**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **M. MAROPAKIS CARPENTRY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2825C** |
| | ) | **(Judge Christine Miller)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 30 days, from February 16, 2004, to and including March 17, 2004, the due-date for its response to plaintiff's complaint. This is the Government's first such request. Plaintiff does not oppose this motion.

Counsel for the Department of the Navy has informed the Government's counsel, Mr. James D. Colt, that the Navy has not yet been able to gather the information it needs to prepare the required litigation report for the Department of Justice in response to plaintiff's complaint. Agency counsel expects that the Navy will be able to secure the necessary information fairly soon. The Government further expects that it will be able to file a response by March 17, 2004.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 30 days, from February 16, 2004 to and including March 17, 2004, the due date for defendant's response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

Attorneys for Defendant
February 11, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of February, 2004, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt