**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **M. MAROPAKIS CARPENTRY, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 03-2825C** |
| | ) | **(Judge Christine Miller)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 7 days, from March 17, 2004, to and including March 24, 2004, the due-date for its response to plaintiff's complaint. This is the Government's second such request. The plaintiff has indicated that it does not oppose this enlargement.

Government counsel has prepared a draft answer in this matter. However, the time required to resolve remaining issues and for supervisory review requires that we ask for this enlargement. The Government further expects that it will be able to file a response by March 24, 2004.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 7 days, from March 17, 2004 to and including March 24, 2004, the due date for defendant's response.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

March 17, 2004

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2004, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt