# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: March 22, 2004)

*****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Defendant's unopposed Motion for an Enlargement of Time (7 days) until March 24, 2004, to respond to Plaintiff's Complaint is hereby GRANTED.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge