# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: March 22, 2004)

******************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
******************************************************

## ORDER

Defendant's unopposed Motion for an Enlargement of Time (7 days) until March 24, 2004, to respond to Plaintiff's Complaint is hereby GRANTED.

Parties are referred to U.S. Court of Federal Claims Rule 5.3(g), which states:

> In pleadings and papers other than the complaint, the name of the judge assigned to the case shall be included under the docket number.

The above motion for enlargement of time was filed with the ADR Judge's name instead of Judge Baskir.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge