# In the United States Court of Federal Claims

**Case No. 03-2825C**
**(Filed: March 30, 2004)**

**************************************************
**M. MAROPAKIS CARPENTRY, INC.,** *
***Plaintiff,*** *
*
**v.** *
*
**THE UNITED STATES OF AMERICA,** *
***Defendant.*** *
**************************************************

## ORDER

**On December 17, 2003, this case was designated as an electronic case in the Court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order 42, the attorneys of record must have a CM/ECF account and the court issues an account login and password only to members of the Court's bar who have passed a certification test.**

**Records before the Court indicate that the Plaintiff has not complied with this requirement. Plaintiff shall comply by April 16, 2004, or the Court will issue a show cause order why the case should not be dismissed for want of prosecution.**

**If Plaintiff has questions on what is required, please contact the CM/ECF User Assistance line at (866) 784-6273 (toll free) or (202) 219-9942, Monday to Friday, 9 a.m. to 5 p.m.**

**It is also noted in the Court records that Defendant has not filed a Notice of Appearance. Defendant is ORDERED to file a Notice of Appearance, forthwith.**

**Parties are again referred to U.S. Court of Federal Claims Rule 5.3(g), which states: "In pleadings and papers other than the complaint, the name of the judge assigned to the case shall be included under the docket number." The Answer was filed with the ADR Judge's name instead of Judge Baskir. Please correct this error in future filings.**

**IT IS SO ORDERED.**

**/s/ Lawrence M. Baskir**
**LAWRENCE M. BASKIR**
**Judge**