LAW OFFICES
POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO
A PROFESSIONAL CORPORATION
114 NORTH SECOND STREET
HARRISBURG, PA 17101

(717) 238-9300
FACSIMILE (717) 238-9325
KDECKER@POWELLTRACHTMAN.COM
WWW.POWELLTRACHTMAN.COM

MICHAEL G. TRACHTMAN
PAUL A. LOGAN*○◇
GUNTHER O. CARRLE*
BRUCE D. LOMBARDO
JONATHAN K. HOLLIN
LAWRENCE A. BORDA*
NEIL P. CLAIN, JR.*
DAVID T. BOLGER
RICHARD J. DAVIES*
DAVID W. FRANCIS○
KEVIN B. WATSON
STEVEN G. BARDSLEY*
ANTHONY S. POTTER○
GEORGE T. REYNOLDS*
MARY J. PEDERSEN*
SEAN G. DUFFY*
FREDERICK M. BREHM*
JAMES S. BAINBRIDGE*
CRAIG H. O'NEILL
KELLY H. DECKER*
KEVIN K. CARTON, JR.*
DIRK M. SIMPSON, LL.M. (TAXATION)*
JOHN J. MANGAN
ERIN L. GINSBERG
CHRISTINE N. DANTONIO*

*ALSO ADMITTED IN NJ
○ALSO ADMITTED IN MD
◇ALSO ADMITTED IN DE

OF COUNSEL
RALPH B. POWELL, JR.
MALCOLM B. JACOBSON
RICHARD L. BUSH
EILEEN C. CLARK*

475 ALLENDALE ROAD
SUITE 200
KING OF PRUSSIA, PA 19406
(610) 354-9700
FAX (610) 354-9760

SUITE 213
1763 ROUTE 70 EAST
CHERRY HILL, NJ 08003
(856) 663-0021
FAX (856) 663-1590

April 2, 2004

PLEASE REPLY TO:

HARRISBURG

Filed Electronically
Honorable Lawrence M. Baskir
United States Court of Federal Claims
717 Madison Place, NW
Washington, D.C. 20005-1011

Re: M. Maropakis Carpentry, Inc. v. The United States of America
Case No. 03-2825C (Judge Lawrence M. Baskir)

Dear Judge Baskir:

We represent Plaintiff, M. Maropakis Carpentry, Inc. in this matter. I am in receipt of Your Honor's Order of March 30, 2004. The Order states that Plaintiff has not complied with the Court's case management/electronic case filing (CM/ECF) system requirements.

On December 19, 2003, the undersigned successfully completed and forwarded the Attorney Registration Form for CM/ECF. Counsel received a login and password from the Court on December 30, 2003. Apparently, there was a computer error which prevented me from receiving notices for this particular case. As of this date, the undersigned Counsel is now listed to receive e-mail notices for this case. If there is anything additional that Counsel is required to do pursuant to the Court's Order, kindly advise. I appreciate the Court's attention to this matter.

Very truly yours,

*/s/ Kelly H. Decker*

Kelly H. Decker

HB:50064v1 4735-01