**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | : | |
| Plaintiff, | : | |
| v. | : | No. 03-2825 C |
| THE UNITED STATES OF AMERICA | : | Judge Lawrence M. Baskir |
| | : | |
| Defendant. | : | |

**M. MAROPAKIS CARPENTRY, INC.'S REPLY TO DEFENDANT'S COUNTERCLAIM WITH AFFIRMATIVE DEFENSES**

Plaintiff, M. Maropakis Carpentry, Inc. ("Plaintiff"), by and through its counsel, Powell Trachtman, Logan, Carrle & Lombardo, P.C., hereby files this reply and affirmative defenses to the Counterclaim filed by Defendant, United States of America ("Defendant") as follows:

**REPLY TO COUNTERCLAIM**

1. Denied. The allegations contained in paragraph 1 of Defendant's Counterclaim constitute conclusions of law to which no response is required. To the extent the allegations are deemed factual, they are denied.

2. Denied. It is specifically denied that Plaintiff failed to perform its contractual obligations. To the contrary, as set forth in Plaintiff's Complaint, at all relevant times, Plaintiff performed its obligations in a good and workmanlike manner. Plaintiff specifically incorporates its Complaint as if fully set forth herein. Plaintiff further denies that the Government suffered a loss in the amount claimed. The remaining allegations in this paragraph are conclusions of law to which no response is required. To the extent the allegations are deemed factual, the allegations are denied.

3. It is admitted that on December 20, 2002, Contracting Officer Richard G. Smith issued Final Decision #03-002F demanding an amount of $59,514. The reason for issuing the Final Decision is denied as unknown to Plaintiff. By way of additional answer, the Final Decision dated December 20, 2002 is a document that speaks for itself and any characterizations of the document are denied. The remaining allegations in this paragraph are denied.

WHEREFORE, Plaintiff M. Maropakis Carpentry, Inc. requests that Defendant United States of America's counterclaim be dismissed, that the relief requested in Plaintiff's Complaint be granted, and the Court grant such other relief as the Court deems appropriate and just.

**AFFIRMATIVE DEFENSES**

FIRST AFFIRMATIVE DEFENSE

Plaintiff incorporates paragraphs 1 through 87 of its Complaint and paragraphs 1 through 3 of Plaintiff's Answer to the Defendant's counterclaim as if set forth at length herein.

SECOND AFFIRMATIVE DEFENSE

______Defendant's counterclaim fails to state a claim upon which relief may be granted.

THIRD AFFIRMATIVE DEFENSE

This Court lacks subject matter jurisdiction over the Defendant's counterclaim.

FOURTH AFFIRMATIVE DEFENSE

Defendant's counterclaim is barred by principles of equitable estoppel and/or estoppel by laches.

FIFTH AFFIRMATIVE DEFENSE

Defendant's counterclaim against Plaintiff is barred because Plaintiff performed in accordance with the parties' contract.

SIXTH AFFIRMATIVE DEFENSE

______Defendant's counterclaim is barred by the applicable statute of limitations.

SEVENTH AFFIRMATIVE DEFENSE

______Defendant's counterclaim is barred by impossibility of performance.

EIGHTH AFFIRMATIVE DEFENSE

______Defendant's counterclaim is barred by defendant's own actions and/or omissions as set forth more fully in Plaintiff's Complaint.____

NINTH AFFIRMATIVE DEFENSE

Defendant's counterclaim for liquidated damages is barred by the contract and applicable statutes and is improper. At all relevant times, Plaintiff requested and was improperly denied, requests for extensions of time.

WHEREFORE, Plaintiff M. Maropakis Carpentry, Inc. respectfully requests that this Honorable Court enter judgment in its favor and against Defendant, together with costs, attorneys' fees, interest and such other relief as the Court may deem appropriate.

Respectfully submitted,

POWELL, TRACHTMAN, LOGAN, CARRLE
& LOMBARDO, P.C.

By: /s/ Kelly H. Decker

Paul A. Logan
David W. Francis
Kelly H. Decker
114 North Second St.
Harrisburg, PA 17101
(717) 238-9300
*Attorneys for Plaintiff*

Date: April 13, 2004

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2004, a copy of the foregoing *M. Maropakis Carpentry, Inc.'s Reply to Defendant's Counterclaim with Affirmative Defenses* was filed electronically and that all parties of record will receive a copy of the attached through the Court's filing system. A copy of the aforementioned was also mailed via first class mail, postage prepaid to the following:

James D. Colt, Esq.
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Classification Unit, 8th Floor
1100 L Street, NW
Washington, D.C. 20530

/s/ Kelly H. Decker
Kelly H. Decker