ORIGINAL

# In the United States Court of Federal Claims

FILED
JUN 1 4 2004
U.S. COURT OF FEDERAL CLAIMS

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**M. MAROPAKIS CARPENTRY, INC.,** *

Plaintiff, *

v. * No. 03-2825C

**THE UNITED STATES,** * (Filed June 14, 2004)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

A telephonic Early Neutral Evaluation Conference is scheduled for 10:00 a.m. on Friday, June 18, 2004. The call will be placed from the Howard T. Markey National Courts Building.

All information and documents submitted to the ADR judge for purposes of ADR will be kept confidential, not be included in the court's official file in this case, and not be disclosed to any person who is not participating in the ADR process.

**IT IS SO ORDERED.**

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir