IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M. MAROPAKIS CARPENTRY, INC.,<br>Plaintiff<br>v.<br><br>THE UNITED STATES OF AMERICA,<br>Defendant | No. 03-2825 C<br><br>Judge Lawrence M. Baskir |

**PLAINTIFF M. MAROPAKIS CARPENTRY, INC.'S INITIAL DISCLOSURES PURSUANT TO RCFC 26(A)(1)**

Plaintiff, M. Maropakis Carpentry, Inc. ("Maropakis") hereby provides its Initial Disclosures and in support thereof states as follows:

A. **Individuals with Discoverable Information** - *Pursuant to RCFC 26(a)(1)(A), the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claim or defenses, unless solely for impeachment, identifying the subjects of the information;*

1. Abdul Rangwalla
Project Engineer
M. Maropakis Carpentry, Inc.
78 Rapelye
Brooklyn, N.Y. 11231

2. R. Rosenberry
Project Manager
Department of the Navy
Naval Inventory Control Point
5450 Carlisle Pike
Mechanicsburg, PA 17055

3. Lt. W.L. Robertson
Department of Navy
Officer in Charge, NAVFAC Contracts
5450 Carlisle Pike
Mechanicsburg, PA 17055

4. James M. Nihoff
Department of Navy

Contract Negotiator
OIC, NAVFAC Contracts
5450 Carlisle Pike
Mechanicsburg, PA 17055

5. Marilyn Colot
Contracting Officer
Department of Navy
5450 Carlisle Pike
Mechanicsburg, PA 17055

6. Robert G. Smith
Contracting Officer
Department of Navy
5450 Carlisle Pike
Mechanicsburg, PA 17055

7. S.K. Larson
Lieutenant, U.S. Navy
Assistant Officer in Charge
Department of Navy
5450 Carlisle Pike
Mechanicsburg, PA 17055

8. Representatives of Gale Associates, Inc., the architect for the Department of Navy for this project concerning the roofing materials for the project.

9. Representatives of the following window manufacturers regarding inquiries and testing of the windows per the specifications set forth in the contract:

   a. Allied Building Products Corp.
   b. Weavers Glass & Building Specialties, Inc.
   c. Forte, Inc.
   d. Extech, Inc.
   e. Harrisburg Glass Co.
   f. The Window Associates, Inc.
   g. I.B.E. Construction, Inc.
   h. Kawneer Co., Inc.
   I. Mason-Norton Co., Inc.
   j. J. Sussman, Inc.

10. Any other individuals identified by the United States Department of Navy or other representatives of the Department of Navy who have information

concerning the issues raised in Plaintiff's Complaint.

B. **Documents** - *Pursuant to RCFC 26(a)(1)(A), a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment; and*

1. Maropakis' project file contains, *inter alia*, the contract, modifications, specifications, correspondence, submissions, and other information relating to the project. Maropakis' project file will be made available for inspection and reproduction at a mutually agreeable time at Maropakis' attorney's office in Harrisburg, Pennsylvania.

C. **Damages** - *Pursuant to RCFC 26(a)(1)(C), a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under RCFC 34 documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.*

Maropakis' damages include the remaining undisputed contract balance on Contract No. N-62472-97-C-4166 with the United States of America, Department of Navy in the amount of $244,035.00. Maropakis also seeks interest and attorneys fees on the outstanding balance. Maropakis further seeks a remission of liquidated damages assessed by the United States Department of Navy in the amount of $303,550.

D. [Not used]

POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO, P.C.

By: _/s Kelly H. Decker____________________

Kelly H. Decker, Esq.
David W. Francis, Esq.
114 North Second St.
Harrisburg, PA 17101
*Attorneys for M. Maropakis Carpentry, Inc.*

Date: August 2, 2004

HB:51136v1 4735-01