* * * * * * * * * * * * * * * * * * * * * * * * * * *

**M. MAROPAKIS CARPENTRY, INC.,** *

Plaintiff, *

v. * No. 03-2825C

**THE UNITED STATES,** * (Filed June 30, 2004)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ADR ORDER**

______Further to the Early Neutral Evaluation Conference conducted on June 18, 2004, and subsequent telephone calls with chambers,

**IT IS ORDERED**, as follows:

1. This case is returned to the presiding judge for further proceedings.

2. The parties have indicated that they may want to contact the ADR judge at some time in the future, after or during briefing on dispositive motions, to continue ADR proceedings.

___________________________________

**Christine Odell Cook Miller**
ADR Judge

cc: Judge Baskir