# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: September 17, 2004)

*****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

The Court held a status conference in this matter on September 17, 2004, in order to address preliminary issues involved in the litigation of Plaintiff's claims. After summarizing their respective positions, each party indicated that dispositive motions are not appropriate at this time, as discovery is needed.

Accordingly, the Court adopted the following revised discovery plan. **Fact discovery shall commence immediately and shall conclude by May 2, 2005. Four weeks prior to that date, on April 1, 2005, the Court requires a Joint Status Report (JSR) to be filed, indicating the progress of discovery.**

**Within two weeks after the conclusion of discovery, on May 16, 2005, the parties shall file a second JSR. This JSR should indicate whether any or all of the claims may be resolved by dispositive motion, and if so provide a schedule for briefing. Furthermore, the parties shall indicate whether they anticipate the need for any expert discovery and if so, provide a schedule.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge