IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's September 17, 2004 order, the parties file this Joint Status Report regarding the progress of discovery in the above-titled matter.

The parties have exchanged written discovery requests and most responses to those requests have been produced. M. Maropakis Carpentry, Inc. reserves its right to file a motion to compel production of documents in the contract file that the United States has refused to produce. In addition, the parties are scheduling depositions during the month of April, 2005. The parties hope that they will be able to complete discovery by the scheduled May 2, 2005 deadline for fact discovery. Should more time be necessary, the parties will so inform the Court through a motion for enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/David W. Francis
DAVID W. FRANCIS
dfrancis@rhoads-sinon.com

s/Kelly H. Decker
KELLY H. DECKER
kdecker@rhoads-sinon.com
RHOADS & SINON LLP
1 S. Market Square
Harrisburg, PA 17101
(717) 233-5731

Attorneys for Plaintiff

s/Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/James D. Colt
JAMES D. COLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, DC 20530
(202) 514-7300

Attorneys for Defendant

March 31, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of March, 2005, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A courtesy copy was also faxed to Judge Lawrence M. Baskir at (202) 219-9525.

_s/Kelly H. Decker___