IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS AND DESIGNATION CHANGE OF LEAD COUNSEL**

On behalf of M. Maropakis Carpentry, Inc. in the above-captioned matter, please note the change of address for Kelly H. Decker, Esquire and David W. Francis, Esquire to:

Rhoads & Sinon LLP
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146

Also, please designate David W. Francis, Esquire as lead counsel in this matter.

Respectfully submitted,

s/Kelly H. Decker
KELLY H. DECKER
kdecker@rhoads-sinon.com

s/David W. Francis
DAVID W. FRANCIS
dfrancis@rhoads-sinon.com
RHOADS & SINON LLP
1 S. Market Square
Harrisburg, PA 17101
(717) 233-5731

Attorneys for Plaintiff

April 1, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2005, a copy of the foregoing NOTICE OF CHANGE OF ADDRESS AND DESIGNATION CHANGE OF LEAD COUNSEL was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_s/Kelly H. Decker