# In the United States Court of Federal Claims

**Case No. 03-2825C**
**(Filed: April 4, 2005)**

**********************************************************
**M. MAROPAKIS CARPENTRY, INC.,** *
***Plaintiff,*** *
*
**v.** *
*
**THE UNITED STATES OF AMERICA,** *
***Defendant.*** *
**********************************************************

## ORDER

On April 1, 2005, Plaintiff's Counsel filed a Notice of Change of Address and Designation Change of Lead Counsel. These two events cannot be combined in this manner.

Plaintiff is referred to U.S. Court of Federal Claims Rule 83.1, Attorneys. **Plaintiff shall file a Motion to Substitute Attorney, along with an affidavit of appointment, forthwith.** (See CFC Rule 83.1(c)(4), Change of Parties.)

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge