IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 15 days, from May 16, 2005, to and including May 31, 2005, the due-date for the parties' filing of the post-discovery Joint Status Report. This is the Government's first such request. The plaintiff has indicated that it does not oppose this enlargement.

Fact discovery in this matter was scheduled to end on May 2, 2005. However, discovery was extended by four days until May 6, 2005, to allow plaintiff to take a deposition. Undersigned counsel will be out of the office the week of May 9-13, 2005, conducting discovery in another matter. Given the short time period between the conclusion of fact discovery and the due-date for the parties' Joint Status Report, as well as the unavailability of undersigned counsel in the interim, it is not possible to file an accurate and fully responsive Joint Status Report on May 16, 2005. The parties expect that we will be able to file said Joint Status Report by May 31, 2005.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 15 days, from May 16,

2005, to and including May 31, 2005, the due date for the parties' Joint Status Report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

May 4, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2005, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt