# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: May 6, 2005)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

Defendant's unopposed Motion for an Enlargement of Time (15 days) until May 31, 2005, to file the parties' post-discovery Joint Status Report is hereby GRANTED.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge