IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's September 17, 2004, order, the parties submit the following Joint Status Report.

Fact discovery in this matter ended on May 6, 2005. The parties believe that some of the the claims in this action may be resolved by dispositive motions. Accordingly, we request that the Court set a schedule for the parties to make such motions. The parties propose that Motions for Summary Judgment be made on or before August 1, 2005. Response briefs would be due on or before August 29, 2005. Reply briefs would be due on or before September 12, 2005. Upon resolution of said motions, the parties will be able to suggest what expert discovery may be necessary, if any.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/David W. Francis
DAVID W. FRANCIS

s/Kelly H. Decker
KELLY H. DECKER
RHOADS & SINON, LLP
1 S. Market Square
Harrisburg, PA 17101
(717) 233-5731

Attorneys for Plaintiff

June 14, 2005

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2005, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt