IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 14 days, from May 31, 2005, to and including June 14, 2005, the due-date for the parties' filing of the post-discovery Joint Status Report. This is the Government's second such request. The plaintiff has indicated that it supports this enlargement.

Fact discovery in this matter ended on May 6, 2005. In the time since then, undersigned counsel made repeated attempts for the parties to discuss the post-discovery Joint Status Report. However, because of logistical problems, the parties were not able to discuss the Joint Status report until today, May 31, 2005. Given the inability of the parties to discuss the Joint Status Report until now, and the internal review to which the proposed Joint Status Report will have to be submitted prior to filing, it

is not possible to file an accurate and fully responsive Joint Status Report on May 31, 2005. The parties expect that we will be able to file said Joint Status Report by June 14, 2005.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 14 days, from May 31, 2005, to and including June 14, 2005, the due date for the parties' Joint Status Report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

May 31, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2005, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt