# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: June 1, 2005)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

**Defendant's second unopposed Motion for an Enlargement of Time (15 days) until June 14, 2005, Docket entry #28, is to be stricken from the record.** The Defendant attached the wrong PDF file to the docket entry.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge