# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: June 2, 2005)

*****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

Defendant's second unopposed Motion for an Enlargement of Time (14 days) until June 14, 2005, to file the parties' post-discovery Joint Status Report is hereby GRANTED.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge