# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: June 16, 2005)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

**Because the undersigned disfavors simultaneous briefing,** the briefing schedule proposed in the Joint Status Report filed June 14, 2005, is amended as follows:

One party shall file its motion for summary judgment no later than August 1, 2005;

The other party shall file its response brief and cross motion for summary judgment, if any, no later than August 29;

Response to the cross motion and reply brief shall be filed no later than September 12;

Reply to the cross motion shall be filed no later than September 30.

A Consolidated Statement of Uncontroverted Facts shall be filed no later than 7 days following completion of summary judgment briefing. Parties are referred to this Court's Special Procedures Order filed June 4, 2004, for guidance.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge