**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., Plaintiff, | ) | No. 03-2825C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES, Defendant. | ) | |

**M. MAROPAKIS CARPENTRY, INC.'S**
**MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**

M. Maropakis Carpentry, Inc. respectfully requests this Court issue an order granting leave for Maropakis to file a First Amended Complaint.

Maropakis's First Amended Complaint will accomplish the following goals: (i) it will further clarify the exact nature of Maropakis's claims regarding the defective nature of the specifications; (ii) it will clarify Maropakis's claims regarding the Navy's improper contract administration, and (iii) it removes any allegations regarding the concurrent weather delay originally claimed by Maropakis from consideration.

These amendments are based upon, *inter alia*, newly discovered evidence (e.g. internal e-mails between defendant's employees wherein they admit that the specifications were defective and state that the deficiency should not be reported to Maropakis because, *inter alia*, it will support Maropakis's delay claim and result in the remission of liquidated damages).

Allowing this amendment will not prejudice the defendant. As explained in the accompanying memorandum of law, the defendant has been notified of these claims during the discovery period and had ample opportunity to conduct discovery regarding these issues. In fact, the defendant's counsel did conduct some discovery regarding these issues.

Justice requires that Maropakis be permitted to amend its complaint at this time.

WHEREFORE, the Plaintiff M. Maropakis Carpentry, Inc. respectfully requests that this Court allow it to amend its Complaint in the form attached.

Respectfully submitted,

RHOADS & SINON LLP

By: ______________________

David W. Francis
Kelly H. Decker
One South Market Square
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff

Date: July 6, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of July, 2005, a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT and accompanying BRIEF IN SUPPORT OF PLAINTIFF'S MOTION were filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David W. Francis