IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO SUSPEND SUMMARY JUDGMENT BRIEFING PENDING THIS COURT'S DECISION ON PLAINTIFF'S MOTION TO AMEND ITS COMPLAINT

Pursuant to Rule 7 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court suspend summary judgment briefing in the above-titled matter pending this Court's decision on plaintiff's motion to amend its complaint.

The parties to this action had previously agreed upon a proposed schedule to brief motions for summary judgment in this matter. This Court's June 16, 2005 order established a schedule for briefing summary judgment. However, on July 6, 2005, plaintiff, M. Maropakis Carpentry filed a motion to amend its complaint in this matter. For reasons that we shall explain in a subsequent motion, the United States shall oppose this proposed amendment. We expect to file our opposition by July 25, 2005, pursuant to Rules 6(e) and 7.1(a) of this Court. Given the centrality of the

complaint to the action, and the importance of knowing which allegations are at issue in this case, the Government does not believe that it can effectively brief the issue of summary judgment while the complaint allegations are an open question in this matter. Accordingly, we respectfully request that this Court suspend the briefing schedule outlined in its June 16, 2005 order pending resolution of plaintiff's motion to amend its complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

June 7, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2005, a copy of the foregoing DEFENDANT'S MOTION TO SUSPEND SUMMARY JUDGMENT BRIEFING PENDING THIS COURT'S DECISION ON PLAINTIFF'S MOTION TO AMEND ITS COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt