# In the United States Court of Federal Claims

**Case No. 03-2825C**
**(Filed: July 8, 2005)**

| | |
|---|---|
| ************************************************** | |
| **M. MAROPAKIS CARPENTRY, INC.,** | * |
| ***Plaintiff,*** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES OF AMERICA,** | * |
| ***Defendant.*** | * |
| ************************************************** | |

## ORDER

On July 6, 2005, Plaintiff filed a Motion for Leave to File a First Amended Complaint. **This motion is being striken from the record as it is not signed by the correct Attorney of Record**. On April 4, 2005, Plaintiff was ORDERED to file a Motion of Substitution of Attorney of Record.

Plaintiff is referred to U.S. Court of Federal Claims Rule 83.1, Attorneys. **Plaintiff shall file a Motion to Substitute Attorney, along with an affidavit of appointment, forthwith.** (See CFC Rule 83.1(c)(4), Change of Parties.)

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge