IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

M. MAROPAKIS CARPENTRY, INC.'S MOTION TO SUBSTITUTE COUNSEL UNDER U.S. COURT OF FEDERAL CLAIMS RULE 83.1

M. Maropakis Carpentry, Inc. ("Maropakis") hereby moves for leave of court to Substitute David W. Francis as its counsel in the above referenced matter pursuant to U.S. Court of Federal Claims Rule 83.1(c)(4). Attached hereto is a copy of an Affidavit of Appointment executed by Mr. Francis.

Maropakis's current attorney, Ms. Kelly H. Decker, concurs in this substitution of counsel.

Wherefore M. Maropakis Carpentry, Inc. respectfully requests the issuance of a docket entry reflecting that David. W. Francis has been appointed as its counsel.

Date: July 8, 2005

RHOADS & SINON LLP

By: ______________________
David W. Francis, Esquire

By: Kelly H. Decker
Kelly H. Decker, Esquire
One South Market Square, 12th Floor
P.O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff,
M. Maropakis Carpentry, Inc.

560224 1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2005, a true and correct copy of the attached M. MAROPAKIS CARPENTRY, INC.'S MOTION TO SUBSTITUTE COUNSEL UNDER U.S. COURT OF FEDERAL CLAIMS RULE 83.1 was served and filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David W. Francis