IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT**

I, David W. Francis am authorized to make this affidavit on behalf of Plaintiff M. Maropakis Carpentry, Inc. I hereby verify that M. Maropakis Carpentry, Inc. has appointed me as its counsel pursuant to Federal Court of Claims Rule 83.1(c)(4). Previously designated counsel, Ms. Kelly H. Decker, has consented to this withdrawal as set forth in the motion.

July 8, 2005

David W. Francis

Sworn to and subscribed before me this 8th day of July, 2005.

NOTARY PUBLIC

MY COMMISSION EXPIRES:

(SEAL)

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Judith L. Krape. Notary Public
City Of Harrisburg, Dauphin County
My Commission Expires Oct. 14, 2007
Member. Pennsylvania Association Of Notaries