# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| M. MAROPAKIS CARPENTRY, INC.<br>Plaintiff<br>v.<br>THE UNITED STATES<br>Defendant | NO. 03-2825C<br><br>(Judge Baskir) |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO SUSPEND SUMMARY JUDGMENT BRIEFING PENDING THIS COURT'S DECISION ON PLAINTIFF'S MOTION TO AMEND ITS COMPLAINT

By order dated June 16, 2005, the Court established a briefing schedule for motions for summary judgment establishing August 1, 2005 as the first deadline for filing motions for summary judgment. On July 6, 2005, Plaintiff M. Maropakis Carpentry, Inc. ("Plaintiff") filed a Motion for Leave to File a First Amended Complaint. On July 7, 2005, Defendant filed a Motion To Suspend Summary Judgment Briefing Pending the Court's Decision On Plaintiff's Motion To Amend Its Complaint. Plaintiff has no objection to the Court suspending the summary judgment briefing schedule until Plaintiff's Motion to Amend its Complaint is decided.

Respectfully submitted,

RHOADS & SINON LLP

By: ______________________

David W. Francis
One South Market Square
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

*Attorney for Plaintiff*
*M. Maropakis Carpentry, Inc.*

Date: July 22, 2005



572371 1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July, 2005, a true and correct copy of the foregoing PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO SUSPEND SUMMARY JUDGMENT BRIEFING PENDING THIS COURT'S DECISION ON PLAINTIFF'S MOTION TO AMEND ITS COMPLAINT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

James D. Colt, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Classification Unit
1100 L Street, N.W., 8th Floor
Washington, DC 20530

David W. Francis