# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: August 1, 2005)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

On July 7, 2005, the Defendant filed a motion to suspend summary judgment briefing pending this Court's decision on Plaintiff's motion to amend its Complaint - a motion opposed by the Defendant. **We hereby grant Defendant's motion and stay summary judgment briefing pending our ruling on Plaintiff's motion to amend its Complaint.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge