# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: September 15, 2005)

*****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Plaintiff's July 8, 2005, **Motion for Leave to file its first Amended Complaint is hereby GRANTED**.

Defendant will be permitted additional time to file its motion if required because of the Amended Complaint. Parties are ordered to **file a Joint Status Report** regarding further proceedings no later than **October 7, 2005.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge