IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| Plaintiff, | ) | No. 03-2825C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 7 days, from October 7, 2005, to and including October 14, 2005, the due-date for the parties' filing of the Joint Status Report pursuant to this Court's September 15, 2005, order. This is the Government's first such request. The plaintiff does not oppose this enlargement.

The parties have discussed the upcoming Joint Status Report both by e-mail and by telephone. However, they have still not agreed upon the language or content of such report. At the same time, undersigned Government counsel has been assigned to a bid protest in the Court of Federal Claims. The parties do expect to complete the Joint Status Report by October 14, 2005.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 7 days, from October 7, 2005, to and including October 14, 2005, the due date for the parties' Joint Status Report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

October 7, 2005

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2005, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt