IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's September 15, 2005 order, the parties respectfully submit the following Joint Status Report. Plaintiff M. Maropakis Carpentry, Inc. ("Maropakis") will be filing a motion no later than Monday October 17, 2005, requesting that this Court allow it to reopen fact discovery. Defendant will oppose Maropakis's motion. After the Court rules upon the plaintiff's motion, the parties will propose a schedule for dispositive motions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/David W. Francis
DAVID W. FRANCIS

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Kelly H. Decker
KELLY H. DECKER
RHOADS & SINON, LLP
1 S. Market Square
Harrisburg, PA 17101
(717) 233-5731

Attorneys for Plaintiff

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 514-7300
Fax: (202) 307-0972

Attorneys for Defendant

October 13, 2005

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2005, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt