**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| Plaintiff, | ) | No. 03-2825C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**M. MAROPAKIS CARPENTRY, INC.'S**
**MOTION TO EXTEND DISCOVERY BY AN ADDITIONAL 60 DAYS**

M. Maropakis Carpentry, Inc. ("Maropakis") respectfully requests this Court issue an order granting leave for Maropakis and the United States an additional sixty (60) days to complete factual discovery in this matter. Maropakis requests this brief period of discovery in order to more fully develop and bolster its evidence regarding the deficiencies in the window specifications provided by the United States.

Maropakis relies more fully upon, and incorporates by reference, its attached memorandum of law.

The United States will not be prejudiced by this brief extension of discovery.

Respectfully submitted,

RHOADS & SINON LLP

By: s/David W. Francis
David W. Francis
Kelly H. Decker
One South Market Square
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Date: October 17, 2005

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2005, a true and correct copy of the foregoing MOTION TO EXTEND DISCOVERY BY AN ADDITIONAL 60 DAYS and accompanying BRIEF IN SUPPORT OF M. MAROPAKIS CARPENTRY, INC.'S MOTION TO EXTEND DISCOVERY BY AN ADDITIONAL 60 DAYS were filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David W. Francis
David W. Francis