**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**BRIEF IN SUPPORT OF M. MAROPAKIS CARPENTRY, INC.'S MOTION TO EXTEND DISCOVERY BY AN ADDITIONAL 60 DAYS**

## I. STATEMENT OF THE CASE

Plaintiff, M. Maropakis Carpentry, Inc. ("Maropakis") initiated this matter by the filing of a Complaint on December 16, 2003 against Defendant, the United States. On February 11, 2003 and March 17, 2003 the Defendant requested extensions of time within which to respond to Plaintiff's Complaint. Plaintiff did not oppose those requests. On March 24, 2004, the Defendant filed its Answer and Counter-claim. Maropakis responded to the Counter-claim on April 13, 2004.

Pursuant to a Joint Status Report, factual discovery was to end February 1, 2004 and expert discovery was to end on April 15, 2005. In February, 2005, the Court issued an Order revising the discovery plan, thus setting a discovery deadline of May 2, 2005.[1]

On July 8, 2005, Maropakis filed a Motion for Leave to File an Amended Complaint. Defendant opposed that Motion. On September 25, 2005, the Court granted Plaintiff's Motion.

[1] On May 4, 2005 and May 31, 2005, Defendant filed a first and second Motion for Enlargement of time to file a Joint Status Report, which requests were unopposed by Maropakis.

Maropakis filed its First Amended Complaint on September 15, 2005. The Defendant filed its Answer and Counter-claim on September 29, 2005. Maropakis's response was due on October 24, 2005, but the response was filed on October 14, 2005. Therefore, the Pleadings have just closed.

In the First Amended Complaint, Maropakis alleges that the window specifications issued with the contract were defective for three principal reasons.

First, Maropakis contends that the Untied States specified a window—a P HC-40 optional performance class—which is not recognized by the industry and does not exist. The terms P HC-40 and optional performance class are incompatible.

Second, Maropakis contends that the specifications violated the applicable standards with respect to the water resistance test pressure. Specifically, the Untied States specified a water resistance test pressure of 20 psf, however, the industry recognizes a maximum water resistance test pressure of 12 psf.

Third, Maropakis contends that the specifications violated the applicable standards with respect to air infiltration standards. Specifically, the United States specified an air infiltration pressure of 0.1 psf, however a P HC-40 window has a water resistance test pressure of only 0.37 psf.

While extensive discovery has been conducted, Maropakis filed a Motion for Extension of Discovery for an additional sixty (60) days to complete factual discovery in this matter. Maropakis requested this brief period of discovery in order to more fully develop its evidence regarding the deficiencies in the window specifications provided by the United States.

Maropakis wishes to conduct additional discovery in the following discrete areas:

First, Whether the United States violated any mandatory technical standards in specifying widows identified above. Public Law 104-113, § 12(d) *Utilization of consensus technical standards by Federal Agencies*, 110 Stat. 783, enacted March 7, 1996, provided that "Federal agencies and departments shall use technical standards that are developed or adopted by voluntary consensus standards bodies. . ." A copy of this public law is attached to this Memorandum of Law as exhibit A and is incorporated by reference.

The Department of Defense subsequently promulgated MIL-STD-3007, *Standard Practice For Unified Facilities Criteria* mandating the use of certain specifications in the design of a project. A copy of MIL-STD-3007 is attached to this Memorandum of Law as exhibit B and is incorporated by reference.

The Department of Defense also subsequently enacted certain *Unified Facilities Guide Specifications* (UFGS), including UFGS Section 08520N Aluminum Windows. These specifications support the allegations in Maropakis complaint. A copy of these specifications is attached to this Memorandum of Law as exhibit C and incorporated by reference.

Maropakis wants to conduct discovery regarding whether, at the time the contract was let for bid, the United States had mandatory design specifications for windows and, assuming so, did the United States violate those mandatory design specifications in the contract documents provided to Maropakis.

Second, Maropakis wants to take discovery on whether the Untied States Navy has awarded other contracts for window replacement that contained similarly defective specifications. This consists of obtaining additional information from the United States and from its consultant about other projects where windows were replaced.

## II. QUESTION PRESENTED

WHETHER MAROPAKIS IS ENTITLED TO CONDUCT LIMITED ADDITIONAL DISCOVERY ON AN ISSUE RAISED IN THE AMENDED COMPLAINT WHERE THE PLEADINGS HAVE JUST CLOSED AND THERE IS NO PREJUDICE TO THE DEFENDANT?

Suggested Answer: Yes

## III. ARGUMENT

MAROPAKIS IS ENTITLED TO CONDUCT LIMITED ADDITIONAL DISCOVERY ON AN ISSUE RAISED IN THE AMENDED COMPLAINT WHERE THE PLEADINGS HAVE JUST CLOSED AND THERE IS NO PREJUDICE TO THE DEFENDANT

The Court exercises discretion in deciding whether to reopen discovery. *See SIL-FLO, Inc. v. SFHC, Inc., 917 F.2d 1507, 1514 (10th Cir. 1990).* In making its decision, the following factors are relevant: "(1) whether trial is imminent; (2) whether the request is opposed; (3) whether the non-moving party would be prejudiced; (4) whether the moving party was diligent in obtaining discovery within the guidelines established by the court; (5) the foreseeability of the need for additional discovery in light of the time allowed for discovery; and (6) the likelihood that the discovery will lead to relevant evidence." *Id.* (quoting *Smith v. United States*, 834 F.2d 166, 169 (10th Cir. 1987)).

In this case, all factors weigh in favor of re-opening discovery. First, the pleadings just closed on Friday and Summary Judgment Motions have not been filed. Although Defendant has indicated that it opposes re-opening discovery, it has articulated no reason other than a conclusory statement that it will be prejudiced.

Prejudice, has been defined as referring to the inherent unfairness--in terms of delay, expense, or damage to a party's legal position. *See Doctor's Assocs. v. Distajo*, 107 F.3d 126, 133 (1997). Prejudice has also been defined as "undue difficulty in prosecuting a lawsuit as a

result of a change in tactics or theory on the part of the other party." *Deakyne v. Commissioners of Lewes*, 416 F2d 290, 300 (3rd Cir. 1969). While the Defendant has indicated that it will oppose Plaintiff's request for limited, additional discovery, on the basis of prejudice, it is unable to articulate any prejudice. This is because there is no prejudice to the Defendant.

To the contrary, the United States is well aware of the issues upon which Maropakis seeks discovery. Those issues were raised in a Motion for Leave to file an Amended Complaint and in the Amended Complaint, itself. Moreover, Maropakis does not seek an open ended extension of the discovery deadline, nor does it seek an extension to conduct unlimited additional discovery. To the contrary, it seeks a finite extension for a limited purpose - to further establish and bolster is arguments about the deficiencies in the window specifications. The limited discovery sought, as outlined above, is merely unappealing to the Defendant to the extent it would allow Plaintiff to further establish and bolster its claims. The discovery process has never been interpreted by the Courts as a means of precluding newly discovered, relevant evidence. Therefore, any prejudice argument on the part of the Defendant must fail.

Other factors weighing in favor of granting a limited extension in which to conduct discovery are that Defendants requested and were granted four (4) uncontested extensions, while this is Plaintiff's first request; and that Plaintiff has diligently pursued discovery, including from third parties. It is Plaintiff's diligence in pursuing its claims, rather than dilatoriness, which has resulted in the need for this limited additional discovery. In addition to conducting its own discovery, Plaintiff has appropriately responded to all of Defendant's discovery requests.

Should the Court grant this request, it is not anticipated that there would be any need for additional discovery. Plaintiff has requested that <u>both</u> parties be granted additional time to explore the sole issue of the window specifications. Sixty (60) days provides ample time for

both parties to fully explore that issue. Moreover, the information discovered would clearly lead to the production of relevant evidence as it goes to a central issue in the case, whether the specifications were improperly or illegally developed. Thus, in the absence of prejudice to the Defendant and the potential injustice to the Plaintiff if discovery is not permitted, this Court should grant the requested extension. *See Howze v. Jones & Laughlin Steel Corp.*, 750 F.2d 1208, 1212-13 (3d Cir. 1984).

## IV. CONCLUSION

Having adequately established that Plaintiff has not acted in a dilatory manner in pursuing its discovery, that newly discovered information recently made additional discovery necessary, that the additional discovery will not delay the progress of this matter, and that the Defendant will not be prejudiced by the limited discovery requested, the Court should exercise its sound discretion and grant the requested extension to conduct discovery. To deny such a request would have the potential of preventing the introduction of evidence relevant to the claim in the case. As such, M. Maropakis Carpentry, Inc. respectfully requests that this Court grant its Motion.

Respectfully submitted,

RHOADS & SINON LLP

By: s/David W. Francis

David W. Francis
Kelly H. Decker
One South Market Square
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff

Date: October 17, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2005, a true and correct copy of BRIEF IN SUPPORT OF M. MAROPAKIS CARPENTRY, INC.'S MOTION TO EXTEND DISCOVERY BY AN ADDITIONAL 60 DAYS was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David W. Francis
David W. Francis

# EXHIBIT A

**SEC. 12.** STANDARDS CONFORMITY.

(a) USE OF STANDARDS- Section 2(b) of the National Institute of Standards and Technology Act (15 U.S.C. 272(b)) is amended--

(1) in paragraph (2), by striking `, including comparing standards' and all that follows through `Federal Government';

(2) by redesignating paragraphs (3) through (11) as paragraphs (4) through (12), respectively; and

(3) by inserting after paragraph (2) the following new paragraph:

`(3) to compare standards used in scientific investigations, engineering, manufacturing, commerce, industry, and educational institutions with the standards adopted or recognized by the Federal Government and to coordinate the use by Federal agencies of private sector standards, emphasizing where possible the use of standards developed by private, consensus organizations;'.

(b) CONFORMITY ASSESSMENT ACTIVITIES- Section 2(b) of the National Institute of Standards and Technology Act (15 U.S.C. 272(b)) is amended--

(1) by striking `and' at the end of paragraph (11), as so redesignated by subsection (a)(2) of this section;

(2) by striking the period at the end of paragraph (12), as so redesignated by subsection (a)(2) of this section, and inserting in lieu thereof `; and'; and

(3) by adding at the end the following new paragraph:

`(13) to coordinate Federal, State, and local technical standards activities and conformity assessment activities, with private sector technical standards activities and conformity assessment activities, with the goal of eliminating unnecessary duplication and complexity in the development and promulgation of conformity assessment requirements and measures.'.

(c) TRANSMITTAL OF PLAN TO CONGRESS- The National Institute of Standards and Technology shall, within 90 days after the date of enactment of this Act, transmit to the Congress a plan for implementing the amendments made by this section.

(d) UTILIZATION OF CONSENSUS TECHNICAL STANDARDS BY FEDERAL AGENCIES; REPORTS-

(1) IN GENERAL- Except as provided in paragraph (3) of this subsection, all Federal agencies and departments shall use technical standards that are developed or adopted by voluntary consensus standards bodies, using such technical standards as a means to carry out policy objectives or activities determined by the agencies and departments.

(2) CONSULTATION; PARTICIPATION- In carrying out paragraph (1) of this subsection, Federal agencies and departments shall consult with voluntary, private sector, consensus standards bodies and shall, when such participation is in the public interest and is compatible with agency and departmental missions, authorities, priorities, and budget resources, participate with such bodies in the development of technical standards.

(3) EXCEPTION- If compliance with paragraph (1) of this subsection is inconsistent with applicable law or otherwise impractical, a Federal agency or department may elect to use technical standards that are not developed or adopted by voluntary consensus standards bodies if the head of each such agency or department transmits to the Office of Management and Budget an explanation of the reasons for using such standards. Each year, beginning with fiscal year 1997, the Office of Management and Budget shall transmit to Congress and its committees a report summarizing all explanations received in the preceding year under this paragraph.

(4) DEFINITION OF TECHNICAL STANDARDS- As used in this subsection, the term `technical standards' means performance-based or design-specific technical specifications and related management systems practices.

**SEC. 13.** SENSE OF CONGRESS. It is the sense of the Congress that the Malcolm Baldrige National Quality Award program offers substantial benefits to United States industry, and that all funds appropriated for such program should be spent in support of the goals of the program. Speaker of the House of Representatives. Vice President of the United States and President of the Senate.

# EXHIBIT B

NOT MEASUREMENT SENSITIVE

MIL-STD-3007
1 MAY 2000
SUPERSEDING
MIL-HDBK-1006/3C
31 August 1995

DEPARTMENT OF DEFENSE

# STANDARD PRACTICE FOR UNIFIED FACILITIES CRITERIA

AMSC N/A AREA FACR

DISTRIBUTION STATEMENT A. APPROVED FOR PUBLIC RELEASE: DISTRIBUTION IS UNLIMITED.

Source: http://assist.daps.dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

# FOREWORD

This standard establishes the working relationships and general procedures for the development and maintenance of unified facilities criteria (UFC) and prescribes the use of UFC for planning, design, construction, operation, and maintenance of facilities for the Army, Navy, and Air Force. This standard is approved for use by all departments and agencies of the Department of Defense.

Beneficial comments (recommendations, additions, deletions) and any pertinent data which may be of use in improving this document should be addressed to: Commander, Naval Facilities Engineering Command, NAVFAC Criteria Office, 1510 Gilbert Street, Norfolk, VA 23511-2699; telephone commercial (757) 322-4200, facsimile machine (757) 322-4416, email ufc@efdlant.navfac.navy.mil by using the Standardization Document Improvement Proposal (DD Form 1426) appearing at the end of this document or by letter.



Source: http://assist.daps.dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

CONTENTS


| PARAGRAPH | | PAGE |
|---|---|---|
| | FOREWORD | ii |
| 1. | SCOPE | 1 |
| 1.1 | Purpose | 1 |
| 1.2 | Applicability | 1 |
| 1.2.1 | Application guidance | 1 |
| 2. | APPLICABLE DOCUMENTS | 1 |
| 2.1 | General | 1 |
| 2.2 | Government documents | 1 |
| 2.2.1 | Other Government documents, drawings, and publications | 1 |
| 2.3 | Order of precedence | 2 |
| 3. | DEFINITIONS | 2 |
| 3.1 | AFCESA | 2 |
| 3.2 | CCB | 2 |
| 3.3 | DOD | 2 |
| 3.4 | ESEP | 2 |
| 3.5 | H.R. | 2 |
| 3.6 | NAVFACENGCOM | 2 |
| 3.7 | NIBS | 2 |
| 3.8 | UDGCP | 2 |
| 3.9 | UFC | 2 |
| 3.10 | USACE | 3 |
| 4. | GENERAL REQUIREMENTS | 3 |
| 4.1 | Background | 3 |
| 4.2 | Approach | 3 |
| 4.3 | UFC system and management | 4 |
| 4.4 | UFC distribution | 5 |
| 4.4.1 | UFC Availability | 5 |
| 4.4.2 | UFC Validation | 5 |
| 4.5 | Feedback | 5 |
| 5. | DETAILED REQUIREMENTS | 6 |
| 6. | NOTES | 6 |
| 6.1 | Supersession data | 6 |
| 6.2 | Subject term (key word) listing | 6 |
| | CONCLUDING MATERIAL | 6 |




Source: http://assist.daps.dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

## 1. SCOPE

1.1 Purpose. This standard establishes the working relationships and general procedures for the production and maintenance of UFC and prescribes the use of UFC by the Army, Navy, and Air Force.

1.2 Applicability. UFC provide facility planning, design, construction, operations and maintenance criteria for all Service components having military construction responsibilities. Use UFC for all Service repair and construction projects and for other customers where appropriate.

1.2.1 Application guidance. This standard covers procedures for establishment of a Tri-Service unified design guidance (UDG) program in accordance with House Conference Report 105-247, dated 9 September 1997, and the Tri-Service Unified Design Guidance Report to the Congressional Defense Committees, dated March 1998. UFC are developed jointly by the Army, Navy, and Air Force.

## 2. APPLICABLE DOCUMENTS

2.1 General. The documents listed in this section are specified in Sections 3, 4, and 5 of this standard. This section does not include documents cited in other sections of this standard or recommended for additional information or as examples. While every effort has been made to ensure the completeness of this list, document users are cautioned that they must meet all specified requirements document cited in Sections 3, 4, and 5 of this standard, whether or not they are listed.

2.2 Government documents

2.2.1 Other Government documents, drawings, and publications. The following other Government documents, drawings, and publications form a part of this document to the extent specified herein. Unless otherwise specified, the issues are those cited in the solicitation.

UFC 1-300-01, Unified Facilities Criteria (UFC)
Criteria Format Standard

(Copies of UFC 1-300-01 may be obtained from the following web sites:



Source: http://assist daps dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

Army TECHINFO:
**http://www.hnd.usace.army.mil/techinfo/index.htm**

NAVFACENGCOM Criteria Office:
**http://criteria.navfac.navy.mil/criteria**

CCB: **http://www.ccb.org**)

Public Law 104-113

(Copies of P.L. 104-113 may be obtained from the following web site: http://www4.law.cornell.edu/cgi-bin/usc-pl/104/113.)

OMB Circular A-119

(Copies of OMB Circular A-119 may be obtained from the following web site: http://www.whitehouse.gov/OMB/circulars/a119/a119.html.)

2.3 Order of precedence. In the event of a conflict between the text of this standard and the references cited herein, the text of this standard shall take precedence. Nothing in this standard, however, supersedes applicable laws and regulations unless a specific exemption has been obtained.

3. DEFINITIONS

3.1 AFCESA. U.S. Air Force Civil Engineer Support Agency.

3.2 CCB. Construction Criteria Base.

3.3 DOD. Department of Defense.

3.4 ESEP. Engineering Senior Executive Panel.

3.5 H.R. House Report.

3.6 NAVFACENGCOM. Naval Facilities Engineering Command.

3.7 NIBS. National Institute of Building Sciences.

3.8 UDGCP. Unified Design Guidance Coordinating Panel.

3.9 UFC. Unified Facilities Criteria.



Source: http://assist.daps.dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

3.10 USACE. U.S. Army Corps of Engineers.

## 4. GENERAL REQUIREMENTS

### 4.1 Background

a. Language on unified design guidance (UDG) in House Conference Report 105-247, dated 9 September 1997, accompanying Conference Committee on House Report (H.R.) 2016, Military Construction Appropriations Act, 1998, directed the Department of Defense (DOD) and the Services to establish procedures for unification of facilities criteria. The three Services, with the concurrence of the Office of the Secretary of Defense (OSD), established a Tri-Service Working Group to address unification issues. The working group surveyed existing procedures and criteria, evaluated the extent of criteria uniformity, identified areas where greater uniformity is practical, analyzed options for management of a uniform guidance system, and submitted a joint UDG Report with recommendations, dated March 1998, to the Congressional Defense Committees in response to the House direction.

b. It was concluded that greater use of Tri-Service Working Groups is the most efficient method of achieving criteria uniformity while maintaining specialized Service expertise, and enhancing the ability to provide rapid responses to critical issues, evolving acquisition strategies and changes in contracting procedures. The UFC System was designed to standardize and streamline the process for developing, maintaining, and disseminating criteria in support of the Military Construction Appropriations Act of 1998.

4.2 Approach. The Tri-Service Engineering Senior Executive Panel (ESEP) was established. The ESEP is responsible for implementation of the UFC system for DOD. The ESEP consists of the Director, Analysis and Investment, Deputy Under Secretary of Defense for Installation, and the three service Chiefs of Engineering. ESEP responsibilities include establishing policy; acting as a resource proponent; resolving issues which may impede the unification process; and sponsoring the Tri-Service Unified Design Guidance Coordinating Panel (UDGCP) to work directly with Tri-Service discipline working groups to facilitate unification. The discipline working groups are composed of the Services' technical personnel who develop unified criteria through a structured process.



Source: http://assist.daps.dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

4.3 UFC system and management

a. UFC are issued by the Services under the authority of the ESEP and are effective upon issuance. UFC are living criteria and will be periodically reviewed, updated, and made available as part of the Services' responsibility to provide criteria for military facilities.

b. All planning, design, construction, operations and maintenance criteria for facilities and infrastructure will be unified to the extent practical. The unification process will maximize use of commercial and national non-government standards in accordance with Public Law 104-113, Section 12(d), dated 7 March 1996; the National Technology Transfer and Advancement Act of 1995; and Office of Management and Budget Circular A-119, Federal Participation in the Development and Use of Voluntary Consensus Standards and in Conformity Assessment Activities, dated 19 February 1998.

c. The U.S. Army Corps of Engineers (CECW-E), Naval Facilities Engineering Command (NAVFACENGCOM), and U.S. Air Force Civil Engineer Support Agency (AFCESA) are responsible for administration of the UFC System. UFC are developed by individual discipline working groups and are approved by the UDGCP. UFC may contain general guidance, introduce new and innovative technology, or provide detailed mandatory requirements to implement laws, regulations, executive orders and DOD policies prescribed by higher authority documents. UFC also define the level of quality required for facilities in support of mission requirements throughout their life cycle.

d. Following agreement by the ESEP that criteria should be developed or updated, the appropriate Tri-Service discipline working group(s) will meet as required to accomplish the task. Consensus standards will be surveyed to assess availability of relevant commercial criteria. Criteria will be developed and revised in accordance with UFC 1-300-01, Criteria Format Standard.

e. Once criteria are developed and coordinated with appropriate industry and Service organizations, the preparing activity will forward the UFC to the UDGCP for approval. Upon approval, the preparing activity will forward an electronic file to the appropriate criteria manager for distribution of the UFC as indicated in paragraph 4.4 below.



Source: http://assist.daps.dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use.

f. Complete revisions of UFC always go to the UDGCP for approval. Technical changes to UFC will be developed by the Tri-Service discipline working groups in accordance with UFC 1-300-01, and may be referred to the UDGCP, if necessary. Matters of disagreement will be referred through the UDGCP to the ESEP for resolution.

g. Each Service is responsible for maintaining records of current and superseded UFC, including changes and revisions, for each UFC for which they are the preparing activity.

4.4 UFC distribution

4.4.1 UFC Availability. UFC are available only by electronic media on the Construction Criteria Base (CCB) DVD and CD-ROM system maintained by the National Institute of Building Sciences (NIBS) and on the proponent Service internet site with links to and between the CCB and other Service proponent web sites, as follows:

a. Army TECHINFO internet site: **http://www.hnd.usace.army.mil/techinfo/index.htm**.

b. NAVFACENGCOM Criteria Office internet site: **http://criteria.navfac.navy.mil/criteria**.

c. AFCESA internet site: **http://www.afcesa.af.mil**.

d. CCB internet site: **http://www.ccb.org**.

4.4.2 UFC Validation. Hard copies of UFC printed from electronic media should be checked against the current electronic version on the official Service web sites to ensure that the latest criteria are being used.

4.5 Feedback. User comments and recommended changes to UFC, with rationale for the changes, should be sent to the user's Service criteria office at the relevant address:

a. Army. Submit electronically to Headquarters, U.S. Army Corps of Engineers (HQUSACE) via the **Recommended Changes To Engineering Documents Page** on TECHINFO.



Source: http://assist daps dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

b. Navy. Submit by mail to Commander, Atlantic Division, Naval Facilities Engineering Command, 1510 Gilbert Street (ATTN: NAVFAC Criteria Office, Code 15), Norfolk, VA 23511-2699; by email to **ufc@efdlant.navfac.navy.mil**; by commercial telephone (757) 322-4200 or DSN 262-4200; or by facsimile machine to (757) 322-4416.

c. Air Force. Submit by mail to U.S. Air Force Civil Engineering Support Agency (AFCESA), 139 Barnes Drive, Tyndall AFB, Florida 32403-5319; commercial telephone (850) 283-6180; facsimile machine (850) 283-6219.

## 5. DETAILED REQUIREMENTS

Not applicable.

## 6. NOTES

(This section contains information of a general or explanatory nature which may be helpful, but is not mandatory.)

6.1 Supersession data. This standard, MIL-STD-3007, dated 1 May 2000, cancels and supersedes MIL-HDBK-1006/3C, dated 31 August 1995.

6.2 Subject term (key word) listing.

Building code
Construction
Criteria
Design
Facilities

CONCLUDING MATERIAL

CUSTODIANS:
NAVY - YD
ARMY - CEMP-EA
AIR FORCE - AF-50

PREPARING ACTIVITY:
NAVY - YD

PROJECT NO.:
FACR - 5022



Source: http://assist daps dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

## STANDARDIZATION DOCUMENT IMPROVEMENT PROPOSAL

### INSTRUCTIONS

1. The preparing activity must complete blocks 1, 2, 3, and 8. In block 1, both the document number and revision letter should be given.

2. The submitter of this form must complete blocks 4, 5, 6, and 7, and send to preparing activity.

3. The preparing activity must provide a reply within 30 days from receipt of the form.

NOTE: This form may not be used to request copies of documents, nor to request waivers, or clarification of requirements on current contracts. Comments submitted on this form do not constitute or imply authorization to waive any portion of the referenced document(s) or to amend contractual requirements.

| I RECOMMEND A CHANGE: | 1. DOCUMENT NUMBER MIL-STD-3007 | 2. DOCUMENT DATE *(YYMMDD)* 000501 |
|---|---|---|

3. DOCUMENT TITLE : STANDARD PRACTICE FOR UNIFIED FACILITIES CRITERIA

4. NATURE OF CHANGE (identify paragraph number and include proposed rewrite, if possible. Attach extra sheets as needed.)

5. REASON FOR RECOMMENDATION

6. SUBMITTER

| | | |
|---|---|---|
| a. NAME *(Last, First, Middle Initial)* | b. ORGANIZATION | |
| c. ADDRESS *(Include Zip Code)* | d. TELEPHONE *(Include Area Code)*<br>(1) Commercial<br>(2) DSN<br>*(If applicable)* | 7. DATE SUBMITTED: *(YYMMDD)* |

8. PREPARING ACTIVITY

| | |
|---|---|
| a. NAME | b. TELEPHONE *(Include Area Code)*<br>(1) Commercial (2) DSN |
| c. ADDRESS *(Include Zip Code)* | **IF YOU DO NOT RECEIVE A REPLY WITHIN 45 DAYS, CONTACT:**<br>Defense Standardization Program Office (DLSC-LM)<br>8725 John J. Kingman Road, Suite 2533<br>Fort Belvoir, Virginia 22060-6221<br>Telephone (703) 767-6888 DSN 427-6888 |

DD FORM 1426, FEB 1999 (EG) PREVIOUS EDITIONS ARE OBSOLETE. WHS/DIOR, Feb 99

Source: http://assist.daps.dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

# EXHIBIT C

**************************************************************************
USACE / NAVFAC / AFCESA UFGS-08520N (February 2004)
------------------------------
Preparing Activity: NAVFAC Superseding
UFGS-08520N (August 2001)

UNIFIED FACILITIES GUIDE SPECIFICATIONS

References are in agreement with UMRL dated 23 June 2005

Latest change indicated by CHG tags
**************************************************************************

SECTION TABLE OF CONTENTS

DIVISION 08 - DOORS AND WINDOWS

SECTION 08520N

ALUMINUM WINDOWS

02/04

PART 1 GENERAL

1.1 REFERENCES
1.2 CERTIFICATION
1.3 SUBMITTALS
1.4 QUALITY ASSURANCE
1.4.1 Shop Drawing Requirements
1.4.2 Sample Requirements
1.4.2.1 Finish Sample Requirements
1.4.2.2 Window Sample Requirements
1.4.3 Design Data Requirements
1.4.4 Test Report Requirements
1.5 DELIVERY AND STORAGE
1.6 PROTECTION

PART 2 PRODUCTS

2.1 WINDOWS
2.1.1 Awning Windows (AP)
2.1.2 Casement Windows (C)
2.1.3 Double Hung Windows (DH)
2.1.4 Horizontal Sliding Windows (HS)
2.1.5 Projected Windows (AP)
2.1.6 Top-Hinged Windows (TH)
2.1.7 Vertically Pivoted Windows (VP)
2.1.8 Fixed Windows (F)
2.1.9 Forced Entry Resistant Windows
2.1.10 Glass and Glazing
2.1.11 Calking and Sealing
2.1.12 Weatherstripping
2.1.13 Sash Poles
2.2 FABRICATION
2.2.1 Provisions for Glazing
2.2.2 Weatherstripping

2.2.3 Fasteners
2.2.4 Drips and Weep Holes
2.2.5 Combination Windows
2.2.6 Mullions and Transom Bars
2.2.7 Accessories
2.2.7.1 Hardware
2.2.7.2 Fasteners
2.2.7.3 Window-Cleaner Anchors
2.2.8 Finishes
2.2.8.1 Anodic Coating
2.2.8.2 Organic Coating
2.2.9 Screens
2.3 SPECIAL OPERATORS
2.3.1 Pole Operators
2.3.2 Extension Crank Operators
2.3.3 Mechanical Operators

PART 3 EXECUTION

3.1 INSTALLATION
3.1.1 Method of Installation
3.1.2 Dissimilar Materials
3.1.3 Anchors and Fastenings
3.1.4 Adjustments After Installation
3.2 CLEANING
3.3 SCHEDULE

-- End of Section Table of Contents --

**************************************************************************

USACE / NAVFAC / AFCESA UFGS-08520N (February 2004)

Preparing Activity: NAVFAC

Superseding UFGS-08520N (August 2001)

UNIFIED FACILITIES GUIDE SPECIFICATIONS

References are in agreement with UMRL dated 23 June 2005

Latest change indicated by CHG tags

**************************************************************************

SECTION 08520N

ALUMINUM WINDOWS
02/04

**************************************************************************

NOTE: This guide specification covers the requirements for residential, commercial and heavy commercial grade aluminum windows.

Comments and suggestions on this guide specification are welcome and should be directed to the technical proponent of the specification. A listing of technical proponents, including their organization designation and telephone number, is on the Internet.

Recommended changes to a UFGS should be submitted as a Criteria Change Request (CCR).

Use of electronic communication is encouraged.

Brackets are used in the text to indicate designer choices or locations where text must be supplied by the designer.

**************************************************************************

**************************************************************************

1. Windows requiring UL fire rating must be steel, and may occur in conjunction with aluminum windows which cannot be approved for this use. When steel windows are used in conjunction with aluminum, specify finish matching aluminum windows. Steel windows should be specified in Section 08510 STEEL WINDOWS.

2. Aluminum windows are not acceptable for use as security windows which should be steel, specified in Section 08510 STEEL WINDOWS. Security steel windows are designed and constructed to give protection against unauthorized entrance and removal of materials from warehouses and other storage type areas; they are not designed for detention use. Guard windows for detention use are not included in this guide; where such windows are desired, consult

Steel Window Institute Recommended Specifications and manufacturers' data, and specify in Section 08510 STEEL WINDOWS.

3. Specify the following items of related work under other sections of the specifications:

a. Glass and glazing and the furnishing of glazing clips and gaskets.

b. Calking and sealants.

c. Structural building supports at window mullions.

d. Wood subframes for windows in frame walls.

e. Drilling and tapping for attachment of window shades, drapery rods, and venetian blinds. The drilling and tapping of window frames to receive brackets for shades, venetian blinds, and curtain rods has been omitted from this specification. It is contemplated that this work will be done after erection of windows by the trade for the item to be installed. On projects where factory drilling for these items is required, revise this specification accordingly.

f. Brackets and supports for window shades, drapery rods, and venetian blinds.

g. Electrical requirements for motor driven operators.

**************************************************************************

**************************************************************************

NOTE: On the drawings, show:

1. Sizes and types of windows; metal and wood subframes, casings, or stools; and hardware.

2. Sizes, location, and swing of ventilators; direction of slide for sliding ventilators; location and details of fixed sash.

3. Typical window sections and details. Show glass thickness. Show special glazing.

4. Method of anchoring windows to adjoining construction; size and types of clips, anchors, screws, or other fasteners.

5. Details of nonstructural mullions and mullion covers; details of anchoring and reinforcing nonstructural mullions at windows to receive window cleaner anchors.

6. Number and locations of window cleaner anchors.

7. Locations of windows requiring special

operators. Show method of operation and concealment of operators, cables and rods. Show wiring diagram for motor driven operators.

8. Locations of windows designated as forced entry resistant.
**************************************************************************

PART 1 GENERAL

1.1 REFERENCES

**************************************************************************
NOTE: Issue (date) of references included in project specifications need not be more current than provided by the latest guide specification. Use of SpecsIntact automated reference checking is recommended for projects based on older guide specifications.
**************************************************************************

The publications listed below form a part of this specification to the extent referenced. The publications are referred to within the text by the basic designation only.

ALUMINUM ASSOCIATION (AA)

| | |
|---|---|
| AA 45 | (2003) Designation System for Aluminum Finishes |

AMERICAN ARCHITECTURAL MANUFACTURERS ASSOCIATION (AAMA)

| | |
|---|---|
| AAMA 101 | (2002) Voluntary Specifications for Aluminum, Vinyl (PVC) and Wood Windows and Glass Doors |
| AAMA 1302 | (1976) Voluntary Specifications for Forced-Entry Resistant Aluminum Prime Windows |
| AAMA 1503 | (1998) Voluntary Test Method for Thermal Transmittance and Condensation Resistance of Windows, Doors and Glazed Wall Sections |
| AAMA 2603 | (2002) Voluntary Specification, Performance Requirements and Test Procedures for Pigmented Organic Coatings on Aluminum Extrusions and Panels |
| AAMA 2604 | (2002) Voluntary Specification, Performance Requirements and Test Procedures for High Performance Organic Coatings on Aluminum Extrusions and Panels |
| AAMA 2605 | (2002) Voluntary Specification, Performance Requirements and Test Procedures for Superior Performing Organic Coatings on Aluminum Extrusions and Panels |

| | |
|---|---|
| AAMA 611 | (1998) Voluntary Specification for Anodized Architectural Aluminum; includes 604.2, 606.1, 607.1 and 608.1 (which are no longer available as separate documents) |
| AAMA 902 | (1999) Voluntary Specification for Sash Balances |

1.2 CERTIFICATION

Each prime window unit shall bear the AAMA Label warranting that the product complies with AAMA 101. Certified test reports attesting that the prime window units meet the requirements of AAMA 101, including test size, will be acceptable in lieu of product labeling.

1.3 SUBMITTALS

**************************************************************************

NOTE: Submittals must be limited to those necessary for adequate quality control. The importance of an item in the project should be one of the primary factors in determining if a submittal for the item should be required.

A "G" following a submittal item indicates that the submittal requires Government approval. Some submittals are already marked with a "G". Only delete an existing "G" if the submittal item is not complex and can be reviewed through the Contractor's Quality Control system. Only add a "G" if the submittal is sufficiently important or complex in context of the project.

For submittals requiring Government approval on Army projects, a code of up to three characters within the submittal tags may be used following the "G" designation to indicate the approving authority. Codes for Army projects using the Resident Management System (RMS) are: "AE" for Architect-Engineer; "DO" for District Office (Engineering Division or other organization in the District Office); "AO" for Area Office; "RO" for Resident Office; and "PO" for Project Office. Codes following the "G" typically are not used for Navy projects.

Submittal items not designated with a "G" are considered as being for information only for Army projects and for Contractor Quality Control approval for Navy projects.

**************************************************************************

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are [for Contractor Quality Control approval.][for information only. When used, a designation following the "G" designation identifies the office that will review the submittal for the Government.] The following shall be submitted in accordance with Section 01330 SUBMITTAL PROCEDURES:

SD-02 Shop Drawings

Windows; G

SD-03 Product Data

Windows; G

Hardware; G

Fasteners; G

Screens; G

Weatherstripping; G

Accessories; G

SD-04 Samples

Finish Sample

Window Sample

SD-05 Design Data

Structural calculations for deflection; G

SD-06 Test Reports

Minimum condensation resistance factor

[ Resistance to forced entry]

SD-10 Operation and Maintenance Data

Windows, Data Package 1; G

Submit in accordance with Section 01781 OPERATION AND MAINTENANCE DATA.

## 1.4 QUALITY ASSURANCE

### 1.4.1 Shop Drawing Requirements

Drawings shall indicate elevations of windows, full-size sections, thickness and gages of metal, fastenings, proposed method of anchoring, size and spacing of anchors, details of construction, method of glazing, details of operating hardware, [mullion details,] [method and materials for weatherstripping,] [method of attaching screens,] [material and method of attaching subframes,] [stools,] [casings,] [sills,] [trim,] [window cleaner anchors,] installation details, and other related items.

### 1.4.2 Sample Requirements

#### 1.4.2.1 Finish Sample Requirements

Submit color chart of standard factory color coatings when factory-finish color coating is to be provided.

1.4.2.2 Window Sample Requirements

**************************************************************************
NOTE: Choose one of the following options. Include the first choice for projects requiring a large number of windows. Include the second choice for projects requiring a limited number of windows.
**************************************************************************

[Submit one full-size window of each type proposed for use, complete with AAMA Label, glazing, hardware, anchors, and other accessories. Where screens or weatherstripping is required, fit sample windows with such items that are to be used. After approval, install each sample in work, clearly identified, and record its location.]

[Submit one full-size corner of each window type proposed for use. Where screens or weatherstripping is required, fit sample with such items that are to be used.]

1.4.3 Design Data Requirements

Submit calculations to substantiate compliance with deflection requirements. Calculations shall be provided by a Professional Engineer.

1.4.4 Test Report Requirements

Submit test reports for each type of window attesting that identical windows have been tested and meet the requirements specified herein for conformance to AAMA 101 including test size, [and] minimum condensation resistance factor (CRF) [, and resistance to forced entry].

1.5 DELIVERY AND STORAGE

Deliver windows to project site in an undamaged condition. Use care in handling and hoisting windows during transportation and at the jobsite. Store windows and components out of contact with the ground, under a weathertight covering, so as to prevent bending, warping, or otherwise damaging the windows. Damaged windows shall be repaired to an "as new" condition as approved. If windows can not be repaired, provide a new unit.

1.6 PROTECTION

Protect finished surfaces during shipping and handling using the manufacturer's standard method, except that no coatings or lacquers shall be applied to surfaces to which calking and glazing compounds must adhere.

PART 2 PRODUCTS

2.1 WINDOWS

**************************************************************************
NOTE: Designation system consists of three part product nomenclature representing Product Type, Performance Class and Performance Grade (example DH-C30). Product Type is an abbreviation for window type (A for awning, C for casement, DH for double hung, etc.). Class represents the product's intended use (R for residential, LC for light

commercial, C for commercial, HC for heavy commercial, and AW for architectural). Performance Grade represents the design pressure to which the window is constructed.

AAMA 101 establishes minimum Performance Grade for each Class: 15 for residential (corresponding to a design pressure of 720 Pa 15 psf); 25 for light commercial (corresponding to a design pressure of 1200 Pa 25 psf); 30 for commercial (corresponding to a design pressure of 1440 Pa 30 psf); 40 for heavy commercial (corresponding to a design pressure of 1920 Pa 40 psf); and 40 for architectural (corresponding to a design pressure of 1920 Pa 40 psf).

AAMA 101 also includes criteria for specifying windows required to meet higher design pressures if minimum pressure is inadequate. These windows are designated as Optional Performance Grade and should be specified in increments of 240 Pa 5 psf above the minimum Performance Grade.

**************************************************************************

**************************************************************************

NOTE: Consult AAMA 1503 "Voluntary Test Method for Transmittance and Condensation Resistance of Windows, Doors and Glazed Wall Sections" and select the minimum Condensation Resistance Factor (CRF) required for the particular project conditions.

**************************************************************************

**************************************************************************

NOTE: Consult AAMA 101 to calculate design pressure(s) applicable to the project. Adjust "design factors" because naval facilities are typically less than 100 miles from hurricane oceanline.

**************************************************************************

Prime windows shall comply with AAMA 101 and the requirements specified herein. In addition to compliance with AAMA 101, window framing members for each individual lite of glass shall not deflect to the extent that deflection perpendicular to the glass lite exceeds L/175 of the glass edge length when subjected to uniform loads at specified design pressures. Structural calculations for deflection shall be provided to substantiate compliance with deflection requirements. Provide windows of types, performance classes, performance grades, combinations, and sizes indicated or specified. Design windows to accommodate hardware, glass, weatherstripping, screens, and accessories to be furnished. Each window shall be a complete factory assembled unit with or without glass installed. Dimensions shown are minimum. Provide windows with insulating glass and thermal break necessary to achieve a minimum Condensation Resistance Factor (CRF) of [_____] when tested in accordance with AAMA 1503.

**************************************************************************

NOTE: Include the bracketed paragraph below when personnel density is greater than one person per 40 square meters430 square feet and minimum ATFP

standoff distances are met. This does not include guard type facilities, single and duplex detached family housing. These requirements are specified in "Department of Defense Antiterrorism Standards for Buildings".
**************************************************************************

[Exterior frames, mullions, and window hardware shall be designed to resist equivalent static design loads of 7 kilopascals1 pound per square inch applied to the surface of the glazing. Frame and mullion deformations shall not exceed 1/60 of the unsupported member lengths. A window that complies with the AAMA 101 Optional Performance Grade 60 is acceptable in lieu of tests or calculations showing compliance with load requirement specified above. The Contractor may use other products, but must demonstrate by calculations or tests that the window complies with the loading requirement. Equivalent static design loads for connections of window to the surrounding walls or hardware and associated connections, and glazing stop connections shall be 75 kilopascals 10.8 pounds per square inch for glazing panels with a vision area less than or equal to 1.0 square meter 10.8 square feet and 30 kilopascals 4.4 pounds per square inch for glazing panels with a vision area greater than 1.0 square meter 10.8 square feetbut less than or equal to 3.0 square meters 32 square feet. Alternatively, use frames that provide an equivalent level of performance.]

**************************************************************************
NOTE: Performance Grades represent design pressure values for which products have been tested. Specify an Optional Performance Grade where a higher than minimum Performance Grade is desired due to severe weather conditions and wind loadings. Optional Performance Grade windows shall be tested in compliance with AAMA 101. Testing shall substantiate requirements for uniform loading (structural), water resistance, and air infiltration.
**************************************************************************

**************************************************************************
NOTE: Use frame designation C, HC or AW with a minimum Optional Performance Grade 60 for windows that are required to meet minimum measures in Department of Defense Antiterrorism Standards for Buildings.
**************************************************************************

2.1.1 Awning Windows (AP)

Type AP-[R15][C30][HC40][[C][HC][AW]- 60 (Optional Performance Grade)]. Conceal operating mechanism within the frame members or enclose within a metal casing not less than 1.59 mm 0.0625 inch thick sheet aluminum.

2.1.2 Casement Windows (C)

Type C-[R15][C30][HC40][[C][HC][AW]- 60 (Optional Performance Grade)]. Ventilators shall be [rotary crank] [handle] operated. Provide ventilators over 1650 millimeters 66 inches high with two separate locking devices or a two-point locking device operated by rods from a single lever handle. Conceal rods where possible. [Provide casement windows in combination with [fixed] [projected] windows specified below.]

2.1.3 Double Hung Windows (DH)

**************************************************************************
**NOTE: Tilt-in windows most likely will not meet ATFP pressure requirements and should not be specified if force protection is required.**
**************************************************************************

Type DH-[R15][C30][HC40][[C][HC][AW]- 60 (Optional Performance Grade)]. Sash balances shall be tested and rated to conform with AAMA 902.

2.1.4 Horizontal Sliding Windows (HS)

Type HS-[R15][C30][HC40][[C][HC][AW]- 60 (Optional Performance Grade)].

2.1.5 Projected Windows (AP)

Type AP-[R15][C30][HC40][[C][HC][AW]- 60 (Optional Performance Grade)]. Provide projected windows with concealed four bar friction hinges only.

2.1.6 Top-Hinged Windows (TH)

Type TH-[C30][HC40][[C][HC][AW]- 60 (Optional Performance Grade)]. Top-hinged windows shall be [inswinging][outswinging].

2.1.7 Vertically Pivoted Windows (VP)

**************************************************************************
**NOTE: Pivoting windows most likely will not meet ATFP pressure requirements and should not be specified if force protection is required.**
**************************************************************************

Type VP-[R15][C30][HC40][[_____] (Optional Performance Grade)]. [Provide window with remotely operated venetian blind mounted between an access sash and the main sash.]

2.1.8 Fixed Windows (F)

Type F-[R15][C30][HC40][[C][HC][AW]- 60 (Optional Performance Grade)].

2.1.9 Forced Entry Resistant Windows

**************************************************************************
**NOTE: Conventional aluminum windows offer nominal resistance to forced entry by unskilled or opportunistic intruders. While there is no way to make a window absolutely "burglar proof," windows complying with AAMA 1302 can provide reasonable assurance that entry, or attempted entry, will leave ample evidence of "forced entry." It establishes only a pass/fail condition when specific concentrated loads are applied to sash or ventilator in attempt to open or remove sash or ventilator from window frame and specifies no measured time delay. It provides moderate degree of security against unskilled or opportunistic intruder at little or no additional cost. When forced entry resistant windows are specified, coordinate glazing**

requirements and specify impact resistant glass and glazing materials in Section 08800, "Glazing."

For projects requiring security windows, specify steel security windows in Section 08510, "Steel Windows." Protection in high crime areas against skilled professional intruders requires a more sophisticated approach to physical security. Consult Design Manual 13.1 "Physical Security" for recommendations.

**************************************************************************

In addition to meeting the requirements of AAMA 101, windows designated for resistance to forced entry shall conform to the requirements of AAMA 1302.

2.1.10 Glass and Glazing

Materials are specified in Section 08800 GLAZING.

2.1.11 Calking and Sealing

Are specified in Section 07920 JOINT SEALANTS.

2.1.12 Weatherstripping

AAMA 101.

2.1.13 Sash Poles

Seamless aluminum tube, 1.59 mm 0.0625 inch minimum wall thickness, 25 mm one inch diameter, [_____] m feet long, with cast aluminum hook and protective cover or tip on the lower end. Finish shall match windows.

2.2 FABRICATION

Fabrication of window units shall comply with AAMA 101.

2.2.1 Provisions for Glazing

**************************************************************************

NOTE: Specify glass thickness and vinyl gaskets in Section 08800, "Glazing." Inside glazing is preferred, especially for windows above first floor and other locations where access is difficult. Windows designed for inside glazing may not be available in double-hung type; check manufacturers' literature. Where project requires insulating glass, show sash members, glazing beads, and hardware of sufficient size and weight to receive and support glass of thickness specified. Allow 3 mm 1/8 inch minimum between each side of insulating glass and metal frame and between edges of glass and frame for glazing compound and expansion. Drawings should clearly indicate method for securing insulating glass in place.

**************************************************************************

**************************************************************************

NOTE: Include the bracket option for minimum

glazing frame bite requirements when personnel density is greater than one person per 40 square meters 430 square feet and minimum ATFP standoff distances are met. This does not include guard type facilities, single and duplex detached family housing. These requirements are specified in Department of Defense Antiterrorism Standards for Buildings.

**************************************************************************

Design windows and rabbets suitable for glass thickness shown [or specified]. [Exterior glazing shall have a minimum frame bite of 9.5 mm 3/8 inch for structurally glazed window systems and 25 mm 1 inch for window systems that are not structurally glazed. ]Design sash for [inside] [outside] [single] [double] glazing and for securing glass with [metal beads,] [glazing clips,] [glazing channels,] or glazing compound.

2.2.2 Weatherstripping

Provide for ventilating sections of all windows to ensure a weather-tight seal meeting the infiltration requirements specified in AAMA 101. Provide easily replaceable factory-applied weatherstripping. Use molded vinyl, molded or molded-expanded neoprene or molded or expanded Ethylene Propylene Diene Terpolymer (EPDM) weatherstripping for compression contact surfaces. Use treated woven pile or wool, or polypropylene or nylon pile bonded to nylon fabric and metal or plastic backing strip weatherstripping for sliding surfaces. Do no use neoprene or polyvinylchloride weatherstripping where they will be exposed to direct sunlight.

2.2.3 Fasteners

Use fasteners as standard with the window manufacturer for windows, trim, and accessories. Self-tapping sheet-metal screws are not acceptable for material more than 2 mm 1/16 inch thick.

2.2.4 Drips and Weep Holes

Provide continuous drips over heads of top ventilators. Where fixed windows adjoin ventilators, drips shall be continuous across tops of fixed windows. Provide drips and weep holes as required to return water to the outside.

2.2.5 Combination Windows

Windows used in combination shall be the same class and grade and shall be factory assembled. Where factory assembly of individual windows into larger units is limited by transportation considerations, prefabricate, match mark, transport, and field assemble.

2.2.6 Mullions and Transom Bars

**************************************************************************

NOTE: Specify the design pressure used to specify the Performance Grade or the Optional Performance Grade for the adjoining windows.

**************************************************************************

**************************************************************************

NOTE: Include the bracketed paragraph included under the "WINDOWS" heading for static loads when minimum measures of antiterrorism/force protection (ATFP) are required and delete the first bracketed sentence in the following paragraph.
**************************************************************************

[Provide mullions between multiple window units which meet the design pressure of [720] [1440] [1920] [_____] Pa [15] [30] [40] [_____] psf.] Provide mullions with a structural thermal break. Secure mullions and transom bars to adjoining construction and window units in such a manner as to permit expansion and contraction and to form a weathertight joint. [Where window cleaner anchors are required, reinforce mullions and anchor to adjoining construction so as to provide safe and adequate support.] Provide mullion covers on the interior and exterior to completely close exposed joints and recesses between window units and to present a neat appearance. [Provide special covers over structural support at mullions as indicated.]

2.2.7 Accessories

Provide windows complete with necessary hardware, fastenings, clips, fins, anchors, glazing beads, and other appurtenances necessary for complete installation and proper operation. [Furnish extruded aluminum subframe receptors [and subsill] with each window unit.]

2.2.7.1 Hardware

AAMA 101. The item, type, and functional characteristics shall be the manufacturer's standard for the particular window type. Provide hardware of suitable design and of sufficient strength to perform the function for which it is used. Equip all operating ventilators with a lock or latching device which can be secured from the inside.

2.2.7.2 Fasteners

Provide concealed anchors of the type recommended by the window manufacturer for the specific type of construction. Anchors and fasteners shall be compatible with the window and the adjoining construction. Provide a minimum of three anchors for each jamb located approximately 150 mm 6 inches from each end and at midpoint.

2.2.7.3 Window-Cleaner Anchors

**************************************************************************
NOTE: Window-cleaner anchors should be shown and specified for windows having sills more than [1800 mm] [6 feet] above grade, adjoining balconies, or adjoining roofs, unless window cleaning methods at activity make use of anchors unnecessary. Coordinate window cleaning procedures and requirements with using activity. When requested by using activity, removable or tilting-type sash may be provided instead of anchors. Removable or tilting-type sash may be specified as Contractor option when these units are desired by using activity and are economically competitive with double-hung sash equipped with anchors. When appropriate, add the following at end of paragraph

**entitled "Window-Cleaner Anchors":**

**"Removable or tilting-type sash may be provided in lieu of double-hung windows equipped with window cleaner anchors. Sash shall be designed so that both sides of glass can be readily cleaned from interior without dismantling any part of window or screens. Provide removable and tilting-type sash with tamper-proof hardware to prevent sash removal by unauthorized personnel."**
**************************************************************************

Provide double head anchors for windows [indicated] [specified]. Anchors shall be stainless steel of size and design required for the window type and application. Provide two anchors for each single window [and each adjacent fixed glass window unit]. Fasten anchors 1120 mm 44 inches above the window sill utilizing appropriate methods for the window type and application in accordance with industry safety standards.

2.2.8 Finishes

**************************************************************************
**NOTE: Specify anodic and organic coatings as Contractor's option when these finishes are determined to be economically competitive in the project area, unless the project requires use of one or the other to match an existing condition.**
**************************************************************************

Exposed aluminum surfaces shall be factory finished with an [anodic coating] [or] [organic coating]. [Color shall be [_____] [as indicated].] All windows [for each building] shall have the same finish.

2.2.8.1 Anodic Coating

**************************************************************************
**NOTE: Specify Architectural Class I for highly corrosive industrial atmospheres where dust, gases, salts, and other destructive elements that attack metal exist. Specify Architectural Class II for all atmospheric conditions not requiring Class I.**
**************************************************************************

Clean exposed aluminum surfaces and provide an anodized finish conforming to AA 45 and AAMA 611. Finish shall be:

[a. Architectural Class II (0.01 to 0.0175 mm 0.4 mil to 0.7 mil), designation AA-M10-C22-[A31, clear (natural)] [A32, integral color] [A34, electrolytically deposited color] anodized.]

[b. Architectural Class I (0.0175 mm 0.7 mil or thicker), designation AA-M10-C22-[A41, clear (natural)] [A42, integral color] [A44, electrolytically deposited color] anodized.]

2.2.8.2 Organic Coating

**************************************************************************
**NOTE: When anodic and organic coatings are determined to be economically competitive in the**

**project area, specify baked enamel finish (AAMA 2603) as an option to Architectural Class II, anodic coating or high-performance finish (AAMA 2604 or AAMA 2605) as an option to Architectural Class I, anodic coating.**
**************************************************************************

Clean and prime exposed aluminum surfaces. Provide a [baked enamel finish in accordance with AAMA 2603 with total dry film thickness not less than 0.02 mm 0.8 mil] [high-performance finish in accordance with [AAMA 2604][ AAMA 2605] with total dry film thickness of not less than 0.03 mm 1.2 mils].

2.2.9 Screens

AAMA 101. Provide one insect screen for each operable exterior sash or ventilator. Design screens to be rewirable, easily removable from inside the building, and to permit easy access to operating hardware.

2.3 SPECIAL OPERATORS

**************************************************************************
**NOTE: Remote and group operated windows will require special operators. Identify these windows on the drawings and show method of operation.**
**************************************************************************

For windows having operating hardware or locking or latching devices located more than 1800 mm 6 feet above the floor, provide suitably designed operators or locking or latching devices necessary for convenient and proper window operation.

2.3.1 Pole Operators

Poles shall be of proper length to permit window operation from 1500 mm 5 feet above the floor. Provide one pole operator for each room, and one pole hanger for each pole. Locate hangers where directed.

2.3.2 Extension Crank Operators

Provide removable handles for crank-operated rotary-type operators located more than 1800 mm 6 feet above the floor. Provide one removable handle for each room.

2.3.3 Mechanical Operators

**************************************************************************
**NOTE: When motor driven operators are specified, specify electrical characteristics in Section 16402, "Interior Distribution System."**
**************************************************************************

Provide [manual] [electric motor driven] operators for group operation of continuous rows of windows [located [_____] mm feet above the floor]. Operators shall be capable of opening and closing windows without appreciable deflection, vibration or rattle. Provide means of adjustment for transmission lines. Operators shall control window units in groups [as recommended by the window manufacturer] [or] [as indicated].

## PART 3 EXECUTION

### 3.1 INSTALLATION

#### 3.1.1 Method of Installation

Install in accordance with the window manufacturer's printed instructions and details. Build in windows as the work progresses or install without forcing into prepared window openings. Set windows at proper elevation, location, and reveal; plumb, square, level, and in alignment; and brace, strut, and stay properly to prevent distortion and misalignment. Protect ventilators and operating parts against accumulation of dirt and building materials by keeping ventilators tightly closed and locked to frame. Bed screws or bolts in sill members, joints at mullions, contacts of windows with sills, built-in fins, and subframes in mastic sealant of a type recommended by the window manufacturer. Install windows in a manner that will prevent entrance of water and wind. Fasten insect screens securely in place.

#### 3.1.2 Dissimilar Materials

Where aluminum surfaces are in contact with, or fastened to masonry, concrete, wood, or dissimilar metals, except stainless steel or zinc, the aluminum surface shall be protected from dissimilar materials as recommended in the Appendix to AAMA 101. Surfaces in contact with sealants after installation shall not be coated with any type of protective material.

#### 3.1.3 Anchors and Fastenings

Make provision for securing units to each other, to masonry, and to other adjoining construction. Windows installed in masonry walls shall have head and jamb members designed to recess into masonry wall not less than 11 mm 7/16 inch.

#### 3.1.4 Adjustments After Installation

After installation of windows and completion of glazing and field painting, adjust all ventilators and hardware to operate smoothly and to provide weathertight sealing when ventilators are closed and locked. Lubricate hardware and operating parts as necessary. [Adjust double hung windows to operate with maximum applied force of 25 pounds in either direction, not including breakaway friction force.]

### 3.2 CLEANING

Clean interior and exterior surfaces of window units of mortar, plaster, paint spattering spots, and other foreign matter to present a neat appearance, to prevent fouling of weathering surfaces and weather-stripping, and to prevent interference with the operation of hardware. Replace all stained, discolored, or abraded windows that cannot be restored to their original condition with new windows.

### 3.3 SCHEDULE

Some metric measurements in this section are based on mathematical conversion of inch-pound measurements, and not on metric measurement commonly agreed to by the manufacturers or other parties. The inch-pound and metric measurements are as follows:

| PRODUCTS | INCH-POUND | METRIC |
|---|---|---|
| Metal Casing | 0.0625 inch | 1.59 mm |
| Aluminum Tube | 0.0625 inch | 1.59 mm |
| (Diameter) | 1 inch | 25 mm |

-- End of Section --