**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this ____ day of ______________, 2005, upon consideration of Plaintiff's Motion to Extend Discovery it is hereby ORDERED as follows:

Plaintiff's Motion to extend the discovery period by an additional 60 days is GRANTED. Plaintiff shall have 60 days from the entry of this Order to complete discovery.

IT IS SO ORDERED.

______________________________
Judge Lawrence M. Baskir



582153.1