**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | ELECTRONICALLY FILED |
| Defendant. | ) | |

**REPLY BRIEF IN FURTHER SUPPORT OF M. MAROPAKIS CARPENTRY, INC.'S MOTION TO EXTEND DISCOVERY BY AN ADDITIONAL 60 DAYS**

## I. QUESTION PRESENTED

WHETHER MAROPAKIS CARPENTRY, INC. SHOULD BE GRANTED 60 ADDITIONAL DAYS TO COMPLETE IMPORTANT RELEVANT DISCOVERY WHERE THERE IS NO PREJUDICE TO THE UNITED STATES?

Suggested Answer: Yes

## II. STATEMENT OF THE CASE

M. Maropakis Carpentry, Inc.'s ("Maropakis") action against the United States sets forth, *inter alia*, a claim based upon deficiencies and errors in the window specifications issued as part of the contract between the parties. Maropakis seeks to conduct two areas of additional discovery:

First, Maropakis wants to conduct discovery regarding whether, at the time the contract was let for bid, the United States had mandatory design specifications for windows and, assuming so, did the United States violate those mandatory design specifications in the contract documents provided to Maropakis.

Second, Maropakis wants to take discovery on whether the Untied States Navy has awarded other contracts for window replacement that contained similarly defective specifications.

Maropakis has attempted to obtain the requested information through Freedom of Information Act ("FOIA") requests forwarded to federal contracting agencies. However, it has been unable to obtain the requested information through FOIA because Maropakis does not have the contract numbers for the projects. The United States and Gale & Associates, Inc. have those contract numbers and the relevant information.

## III. ARGUMENT

Defendant contends that Maropakis' request for an extension of the discovery deadline by a mere sixty (60) days should be denied because Maropakis argued that the issues raised in the Amended Complaint were "addressed in substantial detail during discovery." It alleges therefore, that any additional discovery would be unreasonably cumulative or duplicative.

This argument has no merit. Although Maropakis had conducted substantial discovery, it has not *completed* its discovery. The discrete items now sought by Maropakis were not addressed during discovery, and therefore they are not unreasonably cumulative or duplicative. Second, the United States also argues that if the requested specifications were not produced during the discovery period, then Maropakis should have filed a Motion to Compel. This is not a valid basis for denying Maropakis' motion to conduct the additional discovery.

Third, the United States argues that this matter is ripe for dispositive motions and that nothing produced in discovery will be relevant to the issues in this case. This is not the case. Deficiencies in the contract specifications are directly relevant to the issues that will be argued in the motion for summary judgment. In *R.P. Wallace, Inc. v. The United States*, 63 Fed. Cl. 402

(2004), this court found in favor of the contractor where the contract contained two incompatible window requirements. Maropakis will make a similar argument in its motion for summary judgment.

## IV. CONCLUSION

For the foregoing reasons, and for the reasons set forth in Maropakis' initial Motion to Extend Discovery By an Additional 60 Days, Plaintiff M. Maropakis Carpentry, Inc. respectfully requests that this Court grant its Motion allowing sixty (60) additional days to conduct discovery.

Respectfully submitted,

RHOADS & SINON LLP

By: s/David W. Francis

David W. Francis
Pa. I.D. No. 53718
dfrancis@rhoad-sinon.com
Kelly H. Decker
Pa. I.D. No. 84886
kdecker@rhoads-sinon.com
One South Market Square, 12th Floor
Harrisburg, PA 17108-1146
PH: (717) 233-5731
FX:(717) 231-6600

Date: November 18, 2005

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2005, a true and correct copy of the foregoing REPLY BRIEF IN FURTHER SUPPORT OF M. MAROPAKIS CARPENTRY, INC.'S MOTION TO EXTEND DISCOVERY BY AN ADDITIONAL 60 DAYS was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/David W. Francis
David W. Francis