# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: December 22, 2005)

*****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

On October 17, 2005, Plaintiff filed a Motion to Extend Fact Discovery (60 days). On November 3, Defendant filed its opposition to Plaintiff's motion. On November 18, Plaintiff replied in support of its motion. **After review of these briefs, the Court hereby GRANTS the Plaintiff's Motion to Extend Fact Discovery.**

**Fact Discovery shall be continued until February 22, 2006. At that time, the parties shall file a Joint Status Report to include a briefing schedule for dispositive motions.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge