# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

M. MAROPAKIS CARPENTRY, INC.,)
)
Plaintiff, )
) No. 03-2825C
v. )
) (Judge Baskir)
THE UNITED STATES, )
)
Defendant. )

**ORDER**

AND NOW, this ____ day of _______________, 2006, upon consideration of Plaintiff's Motion to Compel Testimony and Production of Documents or, in the Alternative, For a Modification to the Procedural Schedule it is hereby ORDERED that Plaintiff's Motion to Compel is GRANTED;

IT IS FURTHER ORDERED that Defendant United States shall have ___________ days from the date of this order to produce the proper United States Designee to testify on the subject matters delineated in the February 9, 2006 revised Notice of Deposition of the Designee for the United States and produce documents requested in Plaintiff's Request for the Production of Documents of the Navy's Designee.

IT IS SO ORDERED.

_________________________________
Judge Lawrence M. Baskir



582153.1