IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by nine days, from February 22, 2006, to and including March 3, 2006, the due-date for the parties' filing of the post-discovery Joint Status Report. This is the Government's first such request. The plaintiff has indicated that it does not oppose this enlargement.

Fact Discovery in this matter is scheduled to end on February 22, 2006. The parties were busy completing fact discovery during the past week. In addition, defendant's counsel has a deposition scheduled in another matter this week for which he has been preparing. The parties also require additional time to determine the best schedule for further proceedings. In addition, defendant's counsel will require time to submit any agreed upon language for internal Department of Justice review. Because the conclusion of fact discovery occurred on the same day as the deadline for the parties' Joint Status Report, as well as the busy schedule of parties' counsel in the interim, it is not possible to file an accurate and fully responsive Joint Status Report on February 22, 2006. The parties expect that we will be able to file said Joint Status Report by March 3, 2006.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by nine days, from February 22, 2006, to and including March 3, 2006, the due date for the parties' Joint Status Report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

February 22, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2006, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt