IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 21 days, from March 3, 2006, to and including March 24, 2006, the due-date for the parties' filing of the post-discovery Joint Status Report. This is the Government's second such request, having previously received an enlargement of nine days. Plaintiff's counsel does not oppose this enlargement.

Fact Discovery in this matter ended upon February 22, 2006. After seeking the first enlargement of time because of the inability of the parties to discuss the Joint Status Report, defendant's counsel attempted to contact both attorneys for plaintiff, Mr. David Francis and Ms. Kelly Decker. Defendant's counsel left messages for Mr. Francis and Ms. Decker on Tuesday, February 28, Wednesday March 1, but did not receive a

response until the afternoon of Thursday March 2, 2006. Opposing counsel were able to discuss the Joint Status Report, but have not agreed upon a final version. After this week, defendant's counsel has travel scheduled in Riley & Ephriam v. United States, 03-177 and United Partitions v. United States, 03-1242. In addition, any agreed upon version will have to undergo internal Department of Justice review. For this reason, it is likely that the parties will require 21 additional days to complete the Joint Status Report. Defendant's counsel does expect that the parties will be able to file said Joint Status Report by March 24, 2006.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 21 days, from March 3, 2006, to and including March 24, 2006, the due date for the parties' Joint Status Report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

March 3, 2006 Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2006, a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt