# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: March 7, 2006)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

Defendant's second unopposed **Motion for an Enlargement of Time** (21 days for a total of 30 days) until March 24, 2006, to file the parties' post-discovery Joint Status Report is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge