IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 31 days, from March 24, 2006, to and including April 24, 2006, the due-date for the parties' filing of the post-discovery Joint Status Report. This is the Government's third such request, having previously received two enlargements for a total of 30 days. For the same reasons explained below that make this enlargement necessary, Government counsel has been unable to obtain plaintiff's agreement to this enlargement.

Fact discovery in this matter ended upon February 22, 2006. After seeking the first enlargement of time because of the inability of the parties to discuss the Joint Status Report, defendant's counsel made repeated attempts to contact plaintiff's counsel, but did not receive a response until the afternoon of Thursday March 2, 2006. Defendant's counsel has been

communicating with two attorneys representing the plaintiff. At that time, the opposing counsel was available to discuss the Joint Status Report. That plaintiff's counsel indicated that she would discuss the report with her superior while defendant's counsel submitted the document for internal Department of Justice review. Since receiving internal approval of the Joint Status Report draft, Government counsel has repeatedly attempted to contact both of plaintiff's counsel, but has not received any response other than a message from one plaintiff's attorney telling Government counsel to contact the other plaintiff's attorney. For this reason, it is likely that the parties will require seven additional days to complete the Joint Status Report. Defendant's counsel does expect that the parties will be able to file the Joint Status Report by April 24, 2006.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 30 days, from March 24, 2006, to and including April 24, 2006, the due date for the parties' Joint Status Report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

March 23, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2006, a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt