# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: March 28, 2006)

| | |
|---|---|
| M. MAROPAKIS CARPENTRY, INC., *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

Defendant's third **Motion for an Enlargement of Time** (31 days, for a total of 61 days) until April 24, 2006, to file the parties' post-discovery Joint Status Report is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge