IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by seven days, from April 24, 2006, to and including May 1, 2006, the due-date for the parties' filing of the post-discovery Joint Status Report. This is the Government's fourth such request, having previously received three enlargements for a total of 61 days. Government counsel has sought, but has been unable to obtain, plaintiff's agreement to this enlargement.

Fact discovery in this matter ended upon February 22, 2006. After seeking the first enlargement of time because of the inability of the parties to discuss the Joint Status Report, defendant's counsel made repeated attempts to contact plaintiff's counsel, but did not receive a response until the afternoon of Thursday March 2, 2006. Government counsel has been dealing with two attorneys for Maropakis in this matter. On March 2, one of

the opposing counsel was available to discuss the Joint Status Report. That plaintiff's counsel indicated that she would discuss the report with her superior while defendant's counsel submitted the document for internal Department of Justice review. After receiving internal approval of the Joint Status Report draft, Government counsel repeatedly attempted to contact both of plaintiff's counsel, but did not receive any response other than a message from one plaintiff's attorney telling Government counsel to contact the other plaintiff's attorney. For this reason, Government counsel sought a second and third enlargement.

Since then, Government counsel repeatedly attempted to contact opposing counsel, most recently on April 17, 18, and 20, but did not receive any response until the evening of April 20. At that time, opposing counsel sent a draft JSR that was significantly different from the draft previously discussed. Opposing counsel has also not clarified various issued raised in its JSR draft. For this reason, as well as the need to resubmit any rewritten JSR for internal Department of Justice review, it is likely that the parties will require seven additional days to complete the Joint Status Report. Assuming cooperation by plaintiff's counsel,

defendant's counsel does expect that the parties will be able to file the Joint Status Report by May 1, 2006.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by seven days, from April 24, 2006, to and including May 1, 2006, the due date for the parties' Joint Status Report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

April 24, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of April, 2006, a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt