# EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF CORPORATE DESIGNEE(S)**
**FOR DEFENDANT, THE UNITED STATES**

TO: The United States
c/o James D. Colt, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Classification Unit
1100 L Street, N.W., 8th Floor
Washington, DC 20530

PLEASE TAKE NOTICE that pursuant to the Rules of the Court of Federal Claims, Plaintiff will take the deposition of the Corporate Designee(s) for Defendant, The United States, upon oral examination, for the purpose of discovery or for use at trial, before a Notary Public, or other person authorized to administer oaths at the offices of Rhoads & Sinon LLP, One South Market Square, Harrisburg, PA 17101, on Monday, February 6, 2006, beginning at 1:00 p.m. and continuing from day to day until concluded.

By this Notice, Defendant is requested to send to the deposition one or more officers, directors, managing agents, or other persons who are authorized and who consent to testify on its behalf as to the matters set forth below. Said person(s) are requested and subpoenaed to appear at the aforesaid time and place and submit to examination under oath.

**The Corporate Designee(s)** will be expected to testify as to the following subject matters:

1. All projects and project numbers where Gale was the design professional for the United States Government.

2. For each of the projects for which Gale was the design professional for a United States' Government project, the windows specified in specification section 08520.

3. The mandatory design specifications in effect for windows issued by the U.S. Government from the design phase of the project that is the subject of this lawsuit to the end of construction.

4. The AAMAs identified in the specifications and/or relied upon or used in the preparation of the plans, drawings, and specifications of any Government project.

5. All specifications and list of projects where Gale specified P-HC-40 (optimal performance class) windows or a window other than approved by the AAMA 101.

6. Any and all correspondence from contractors, subcontractors, construction manager, or material supplier, or the Government on any project regarding the windows identified in specification section 08520.

7. The identity of the individual from the United States Government or Gale, who authorized a modification of the specification section 08520 on the project that is the subject of this lawsuit.

8. The identity of the individual from either the United States Government or Gale who authorized a modification of the specification section 08520 on any project where Gale was the design professional.

RHOADS & SINON LLP

By: ______________________________
David W. Francis, Esquire
Kelly H. Decker, Esquire
One South Market Square, 12th Floor
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff
M. Maropakis Carpentry, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2005, a true and correct copy of the foregoing was served by means of United States mail, first class, postage prepaid, upon the following:

James D. Colt, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Classification Unit
1100 L Street, N.W., 8th Floor
Washington, DC 20530

David W. Francis