# EXHIBIT C

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEPOSITION OF DESIGNEE(S)**
**FOR DEFENDANT, THE UNITED STATES**

TO: The United States
c/o James D. Colt, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Classification Unit
1100 L Street, N.W., 8th Floor
Washington, DC 20530

PLEASE TAKE NOTICE that pursuant to the Rules of the Court of Federal Claims, Plaintiff will take the deposition of the Designee(s) for Defendant, The United States, upon oral examination, for the purpose of discovery or for use at trial, before a Notary Public, or other person authorized to administer oaths at the offices of Rhoads & Sinon LLP, One South Market Square, Harrisburg, PA 17101, on Friday, February 17, 2006, beginning at 10:00 a.m. and continuing from day to day until concluded.

By this Notice, Defendant is requested to send to the deposition one or more officers, directors, managing agents, or other persons who are authorized and who consent to testify on its behalf as to the matters set forth below. Said person(s) are requested and subpoenaed to appear at the previously mentioned time and place and submit to examination under oath.



Meyer
DEPOSITION
EXHIBIT
PENGAD 800-631-6989

The Designee(s) will be expected to testify as to the following subject matters:

1. The existence of any statutes, acts, regulations, directives, standards, handbooks or other publications that address standard specifications for construction projects. This includes, but is not limited to, standard specifications for windows.

2. The existence of any statutes, acts, regulations, directives, standards, handbooks or other publications which address any mandatory requirements for compliance with standard specifications for construction projects. This includes, but is not limited to, mandatory specifications for windows.

3. The existence of any statutes, acts, regulations, directives, standards, handbooks or other publications that address modifications of standard specifications for construction projects. This includes, but is not limited to, mandatory specifications for windows.

4. The existence of any command, office, department, division, branch, unit, or other such entity that is responsible for standardization of construction specifications. This includes any such entity either within the Department of the Navy or in the Department of Defense.

5. The existence of any command, office, department, division, branch, unit, or other such entity that is responsible for approving modifications of construction specifications. This includes any such entity either within the Department of the Navy or in the Department of Defense.

6. Whether the Navy or its engineers requested authority to make modifications to design criteria used for the windows on this project.

7. All reasons justifying the use of non-standard windows for this project. This will include discussion of any performance criteria or formulas used in developing the additional information.

8. Whether and when the Navy provided Gale with justifications for using non-standard specifications for widows.

9. Whether Gale developed the non-standard specifications for the windows with or without notifying the Department of the Navy why it was doing so.

10. Whether and when the Navy agreed with any such use of non-standard windows.

11. Whether the Navy and/or its design professionals were or are encouraged or required to use the Unified Facilities Guide Specifications for windows and doors, and if so, whether they were used during the design phase of this project.

RHOADS & SINON LLP

By: ______________________________
David W. Francis, Esquire
Kelly H. Decker, Esquire
One South Market Square, 12th Floor
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff
M. Maropakis Carpentry, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2006 a true and correct copy of the foregoing was served by means of e-mail, facsimile, and United States mail, first class, postage prepaid, upon the following:

James D. Colt, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Classification Unit
1100 L Street, N.W., 8th Floor
Washington, DC 20530

______________________________
David W. Francis