# EXHIBIT D

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**M. MAROPAKIS CARPENTRY, INC.'S REQUEST FOR THE PRODUCTION OF DOCUMENTS AT THE DEPOSITION OF THE NAVY'S DESIGNEE**

PLEASE TAKE NOTICE that you are hereby required, pursuant to the Rules of the Court of Federal Claims 30(b)(5), to produce for inspection, examination, and copying, all documents responsive to the following Requests for Production at the Deposition of the Navy's Designee. These Requests shall be continuing. If, between the time of producing such documents and the trial of this case, you or anyone acting on your behalf learn of additional documents responsive to these Requests, you shall produce such documents by supplemental response.

**DEFINITIONS AND INSTRUCTIONS**

(A) "You," "your" and/or "the Navy" or the "Government" refers to Defendant, United States, and its representatives or agents, if any.

(B) "And" and "or" shall be construed conjunctively and disjunctively so as to bring within the scope of this Request for Production any information which might otherwise be construed to be outside its scope.

PENGAD 800-631-6989
Moyer
DEPOSITION EXHIBIT
B
5/16/06 BM

(C) The word "document" means any correspondence, memoranda, inter-office communication, intra-office communication, agreement, minute, report, note, schedule, book of account, ledger, invoice, receipt, purchase order, pleading, questionnaire, contract, bill, check, draft, diary, log, proposal, bid, recording, telex, telegram, drawing, picture, table, graph, chart, map or survey, including the originals and working drafts of all of the above, and any copies thereof which are different from the original by way of interlineations or notation, any transcript or summary of the foregoing, and any other tangible data compilations from which information may be obtained, no matter how stored, including internet, e-mail, and word processing files.

(D) If you claim that the subject matter of a document or oral communication is privileged you are required to identify the document or communication by stating the following information:

(1) Its nature (e.g., letter, memorandum, tape recording, etc.);

(2) Its date (or if it bears no date, the date when it was prepared);

(3) The name, address, employer and job position of the signer or signers (or if there is no signer, of the person who prepared it);

(4) The name, address, employer and job position of the person, if any, to whom the document was sent;

(5) The name, address, employer and job position of each person known or believed to have originals of copies of the documents; or

(6) A brief statement of the subject matter of the document; and state each ground or basis on which you contend that the document or oral communication is privileged.

(E) If you do not have possession, custody or control of a document request, but know who does have possession, custody or control, you are required to identify the document and the person who has possession, custody or control in the manner requested in subparagraph (D) thereof.

**DOCUMENTS TO BE PRODUCED AT THE DEPOSITION**

1. All documents (including regulations, memoranda, orders, pamphlets, handbooks, or other such items) which concern or govern the content of specifications used in Navy Construction projects. This includes, but is not limited to, any publications by the Department of the Navy, U.S. Army, Department of Defense or other such agency, whether internal or external.

2. Copies of any documents addressing the project requirements that were cited, if any, in providing non-standard specifications for the windows on this project.

3. Copies of all sample or standard window specifications used by the Department of the Navy as guidance or requirements for designing windows. This includes, but is not limited to, any Unified Facilities Guide Specifications or the like which were used.

4. Any other documents relevant to the use of non-standard specifications for windows.

RHOADS & SINON LLP

By: ______________________________
David W. Francis, Esquire
Kelly H. Decker, Esquire
One South Market Square, 12th Floor
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff
M. Maropakis Carpentry, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2006 a true and correct copy of the foregoing was served by means of e-mail, facsimile, and United States mail, first class, postage prepaid, upon the following:

James D. Colt, Esq.
United States Department of Justice
Commercial Litigation Branch, Civil Division
Classification Unit
1100 L Street, N.W., 8th Floor
Washington, DC 20530

______________________________
David W. Francis