# EXHIBIT E

**U. S. Departm. . of Justice**

Civil Division

DEK: JDColt
D.J. No. 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

Telephone:
(202) 305-7562

*Washington, D.C. 20530*

VIA FACSIMILE AND FIRST CLASS MAIL

February 9, 2006

David W. Francis
Rhoads & Sinon, LLP
One Market Square
P.O. Box 1146
Harrisburg, PA 17108
(717) 232-1459

Re: Maropakis Carpentry, Inc. v. United States, Fed. Cl. No. 03-2825C

Dear Mr. Francis:

This letter responds to the letter, revised 30(b)(6) deposition notice, and 30(b)(5) document request that I electronically received this same day. You had intended to take the deposition on February 17, 2006. However, at my request, we have now scheduled the 30(b)(6) deposition for the day prior to that, February 16, 2006. I must inform you that we regard requests for information such as "statutes, acts, regulations" on various matters to be impermissible insofar as they seek information that is available to Maropakis. Similarly, we retain our prior objections to any requests that seek Navy-wide information that cannot reasonably be obtained in the time allotted.

In addition, your revised Notice of Deposition was accompanied by a Request for the Production of Documents pursuant to Rule 30(b)(5). However, that rule specifies that such requests must be made in accordance with Rule 34. Rule 34(b) specifies that such requests only apply if a "reasonable time" is afforded. Given that this request was not made prior to this day and refers to a deposition that will occur in seven days (as well as the fact that it makes broad requests such as "documents . . . which concern or govern the content of [Navy] specifications" and unspecific terms such as "non-standard specifications"), it is unreasonable and our deponent will not bring the requested documents.

If you have any questions, please do not hesitate to contact me at (202) 305-7562.

Very truly yours,

James D. Colt

James D. Colt
Trial Attorney