# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: April 28, 2006)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

Defendant's fourth **Motion for an Enlargement of Time** (7 days, for a total of 68 days) until May 1, 2006, to file the parties' post-discovery Joint Status Report is hereby **GRANTED**. **No further enlargements of time will be allowed for the filing of this Joint Status Report.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge