IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's February 23, 2006, order, the parties submit the following Joint Status Report. On April 24, 2006, the plaintiff filed a Motion to Compel Testimony From Proper Designee and to Compel Production of Documents. Defendant, the United States, intends to oppose this motion. The parties request that this Court stay proceedings in this matter until plaintiff's motion is resolved.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/David W. Francis
DAVID W. FRANCIS

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Kelly H. Decker
KELLY H. DECKER
RHOADS & SINON, LLP
1 S. Market Square
Harrisburg, PA 17101
(717) 233-5731

Attorneys for Plaintiff

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Attorneys for Defendant

May 1, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2006, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt