IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) ) ) ) ) ) ) ) ) | No. 03-2825C (Judge Baskir) |

DEFENDANT'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by seven days, from May 11, 2006, to and including May 18, 2006, the due-date for the defendant’s response to the plaintiff’s motion to compel. This is the Government's first such request. Plaintiff’s counsel does not oppose this enlargement.

On April 24, the plaintiff filed a motion to compel in this matter. Since that time, defendant’s counsel has been drafting a response to the motion. However, defendant’s counsel was out of the office for personal reasons which were scheduled long before he was aware that the motion to compel would be filed. A draft response is currently being revised. However, undersigned counsel has previously scheduled work in other cases and must submit the revised draft for required internal review. For this reason,

we will require seven additional days to complete our response to plaintiff's motion to compel. We do expect that we will be able to file our response by May 18, 2006.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by seven days, from May 11, 2006, to and including May 18, 2006, the due date for our response to the plaintiff's motion to compel.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

May 11, 2006

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of May, 2006, a copy of the foregoing DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt