# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: May 12, 2006)

| | |
|---|---|
| M. MAROPAKIS CARPENTRY, INC., *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

Defendant's unopposed **Motion for an Enlargement of Time** (7 days) **until May 18, 2006**, to file its response to the Plaintiff's Motion to Compel is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge