# EXHIBIT A

**SEC. 12.** STANDARDS CONFORMITY.
(a) USE OF STANDARDS- Section 2(b) of the National Institute of Standards and Technology Act (15 U.S.C. 272(b)) is amended--
(1) in paragraph (2), by striking `, including comparing standards' and all that follows through `Federal Government';
(2) by redesignating paragraphs (3) through (11) as paragraphs (4) through (12), respectively; and
(3) by inserting after paragraph (2) the following new paragraph:
`(3) to compare standards used in scientific investigations, engineering, manufacturing, commerce, industry, and educational institutions with the standards adopted or recognized by the Federal Government and to coordinate the use by Federal agencies of private sector standards, emphasizing where possible the use of standards developed by private, consensus organizations;'.
(b) CONFORMITY ASSESSMENT ACTIVITIES- Section 2(b) of the National Institute of Standards and Technology Act (15 U.S.C. 272(b)) is amended--
(1) by striking `and' at the end of paragraph (11), as so redesignated by subsection (a)(2) of this section;
(2) by striking the period at the end of paragraph (12), as so redesignated by subsection (a)(2) of this section, and inserting in lieu thereof `; and'; and
(3) by adding at the end the following new paragraph:
`(13) to coordinate Federal, State, and local technical standards activities and conformity assessment activities, with private sector technical standards activities and conformity assessment activities, with the goal of eliminating unnecessary duplication and complexity in the development and promulgation of conformity assessment requirements and measures.'.
(c) TRANSMITTAL OF PLAN TO CONGRESS- The National Institute of Standards and Technology shall, within 90 days after the date of enactment of this Act, transmit to the Congress a plan for implementing the amendments made by this section.
(d) UTILIZATION OF CONSENSUS TECHNICAL STANDARDS BY FEDERAL AGENCIES; REPORTS-
(1) IN GENERAL- Except as provided in paragraph (3) of this subsection, all Federal agencies and departments shall use technical standards that are developed or adopted by voluntary consensus standards bodies, using such technical standards as a means to carry out policy objectives or activities determined by the agencies and departments.
(2) CONSULTATION; PARTICIPATION- In carrying out paragraph (1) of this subsection, Federal agencies and departments shall consult with voluntary, private sector, consensus standards bodies and shall, when such participation is in the public interest and is compatible with agency and departmental missions, authorities, priorities, and budget resources, participate with such bodies in the development of technical standards.
(3) EXCEPTION- If compliance with paragraph (1) of this subsection is inconsistent with applicable law or otherwise impractical, a Federal agency or department may elect to use technical standards that are not developed or adopted by voluntary consensus standards bodies if the head of each such agency or department transmits to the Office of Management and Budget an explanation of the reasons for using such standards. Each year, beginning with fiscal year 1997, the Office of Management and Budget shall transmit to Congress and its committees a report summarizing all explanations received in the preceding year under this paragraph.
(4) DEFINITION OF TECHNICAL STANDARDS- As used in this subsection, the term `technical standards' means performance-based or design-specific technical specifications and related management systems practices.

**SEC. 13.** SENSE OF CONGRESS. It is the sense of the Congress that the Malcolm Baldrige National Quality Award program offers substantial benefits to United States industry, and that all funds appropriated for such program should be spent in support of the goals of the program. Speaker of the House of Representatives. Vice President of the United States and President of the Senate.

# EXHIBIT B

NOT MEASUREMENT SENSITIVE

MIL-STD-3007
1 MAY 2000
SUPERSEDING
MIL-HDBK-1006/3C
31 August 1995

DEPARTMENT OF DEFENSE

# STANDARD PRACTICE FOR UNIFIED FACILITIES CRITERIA

AMSC N/A

AREA FACR

DISTRIBUTION STATEMENT A. APPROVED FOR PUBLIC RELEASE: DISTRIBUTION IS UNLIMITED.

Source: http://assist.daps.dla mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use.

## FOREWORD

This standard establishes the working relationships and general procedures for the development and maintenance of unified facilities criteria (UFC) and prescribes the use of UFC for planning, design, construction, operation, and maintenance of facilities for the Army, Navy, and Air Force. This standard is approved for use by all departments and agencies of the Department of Defense.

Beneficial comments (recommendations, additions, deletions) and any pertinent data which may be of use in improving this document should be addressed to: Commander, Naval Facilities Engineering Command, NAVFAC Criteria Office, 1510 Gilbert Street, Norfolk, VA 23511-2699; telephone commercial (757) 322-4200, facsimile machine (757) 322-4416, email ufc@efdlant.navfac.navy.mil by using the Standardization Document Improvement Proposal (DD Form 1426) appearing at the end of this document or by letter.



Source: http://assist.daps dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

CONTENTS


| PARAGRAPH | | PAGE |
|---|---|---|
| | FOREWORD | ii |
| 1. | SCOPE | 1 |
| 1.1 | Purpose | 1 |
| 1.2 | Applicability | 1 |
| 1.2.1 | Application guidance | 1 |
| 2. | APPLICABLE DOCUMENTS | 1 |
| 2.1 | General | 1 |
| 2.2 | Government documents | 1 |
| 2.2.1 | Other Government documents, drawings, and publications | 1 |
| 2.3 | Order of precedence | 2 |
| 3. | DEFINITIONS | 2 |
| 3.1 | AFCESA | 2 |
| 3.2 | CCB | 2 |
| 3.3 | DOD | 2 |
| 3.4 | ESEP | 2 |
| 3.5 | H.R. | 2 |
| 3.6 | NAVFACENGCOM | 2 |
| 3.7 | NIBS | 2 |
| 3.8 | UDGCP | 2 |
| 3.9 | UFC | 2 |
| 3.10 | USACE | 3 |
| 4. | GENERAL REQUIREMENTS | 3 |
| 4.1 | Background | 3 |
| 4.2 | Approach | 3 |
| 4.3 | UFC system and management | 4 |
| 4.4 | UFC distribution | 5 |
| 4.4.1 | UFC Availability | 5 |
| 4.4.2 | UFC Validation | 5 |
| 4.5 | Feedback | 5 |
| 5. | DETAILED REQUIREMENTS | 6 |
| 6. | NOTES | 6 |
| 6.1 | Supersession data | 6 |
| 6.2 | Subject term (key word) listing | 6 |
| | CONCLUDING MATERIAL | 6 |




Source: http://assist.daps dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

1. SCOPE

1.1 Purpose. This standard establishes the working relationships and general procedures for the production and maintenance of UFC and prescribes the use of UFC by the Army, Navy, and Air Force.

1.2 Applicability. UFC provide facility planning, design, construction, operations and maintenance criteria for all Service components having military construction responsibilities. Use UFC for all Service repair and construction projects and for other customers where appropriate.

1.2.1 Application guidance. This standard covers procedures for establishment of a Tri-Service unified design guidance (UDG) program in accordance with House Conference Report 105-247, dated 9 September 1997, and the Tri-Service Unified Design Guidance Report to the Congressional Defense Committees, dated March 1998. UFC are developed jointly by the Army, Navy, and Air Force.

2. APPLICABLE DOCUMENTS

2.1 General. The documents listed in this section are specified in Sections 3, 4, and 5 of this standard. This section does not include documents cited in other sections of this standard or recommended for additional information or as examples. While every effort has been made to ensure the completeness of this list, document users are cautioned that they must meet all specified requirements document cited in Sections 3, 4, and 5 of this standard, whether or not they are listed.

2.2 Government documents

2.2.1 Other Government documents, drawings, and publications. The following other Government documents, drawings, and publications form a part of this document to the extent specified herein. Unless otherwise specified, the issues are those cited in the solicitation.

UFC 1-300-01, Unified Facilities Criteria (UFC) Criteria Format Standard

(Copies of UFC 1-300-01 may be obtained from the following web sites:



Source: http://assist daps.dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

Army TECHINFO:
http://www.hnd.usace.army.mil/techinfo/index.htm

NAVFACENGCOM Criteria Office:
http://criteria.navfac.navy.mil/criteria

CCB: http://www.ccb.org)

Public Law 104-113

(Copies of P.L. 104-113 may be obtained from the following web site: http://www4.law.cornell.edu/cgi-bin/usc-pl/104/113.)

OMB Circular A-119

(Copies of OMB Circular A-119 may be obtained from the following web site: http://www.whitehouse.gov/OMB/circulars/a119/a119.html.)

2.3 Order of precedence. In the event of a conflict between the text of this standard and the references cited herein, the text of this standard shall take precedence. Nothing in this standard, however, supersedes applicable laws and regulations unless a specific exemption has been obtained.

3. DEFINITIONS

3.1 AFCESA. U.S. Air Force Civil Engineer Support Agency.

3.2 CCB. Construction Criteria Base.

3.3 DOD. Department of Defense.

3.4 ESEP. Engineering Senior Executive Panel.

3.5 H.R. House Report.

3.6 NAVFACENGCOM. Naval Facilities Engineering Command.

3.7 NIBS. National Institute of Building Sciences.

3.8 UDGCP. Unified Design Guidance Coordinating Panel.

3.9 UFC. Unified Facilities Criteria.



Source: http://assist.daps.dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

3.10 USACE. U.S. Army Corps of Engineers.

4. GENERAL REQUIREMENTS

4.1 Background

a. Language on unified design guidance (UDG) in House Conference Report 105-247, dated 9 September 1997, accompanying Conference Committee on House Report (H.R.) 2016, Military Construction Appropriations Act, 1998, directed the Department of Defense (DOD) and the Services to establish procedures for unification of facilities criteria. The three Services, with the concurrence of the Office of the Secretary of Defense (OSD), established a Tri-Service Working Group to address unification issues. The working group surveyed existing procedures and criteria, evaluated the extent of criteria uniformity, identified areas where greater uniformity is practical, analyzed options for management of a uniform guidance system, and submitted a joint UDG Report with recommendations, dated March 1998, to the Congressional Defense Committees in response to the House direction.

b. It was concluded that greater use of Tri-Service Working Groups is the most efficient method of achieving criteria uniformity while maintaining specialized Service expertise, and enhancing the ability to provide rapid responses to critical issues, evolving acquisition strategies and changes in contracting procedures. The UFC System was designed to standardize and streamline the process for developing, maintaining, and disseminating criteria in support of the Military Construction Appropriations Act of 1998.

4.2 Approach. The Tri-Service Engineering Senior Executive Panel (ESEP) was established. The ESEP is responsible for implementation of the UFC system for DOD. The ESEP consists of the Director, Analysis and Investment, Deputy Under Secretary of Defense for Installation, and the three service Chiefs of Engineering. ESEP responsibilities include establishing policy; acting as a resource proponent; resolving issues which may impede the unification process; and sponsoring the Tri-Service Unified Design Guidance Coordinating Panel (UDGCP) to work directly with Tri-Service discipline working groups to facilitate unification. The discipline working groups are composed of the Services' technical personnel who develop unified criteria through a structured process.



Source: http://assist.daps dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

4.3 UFC system and management

a. UFC are issued by the Services under the authority of the ESEP and are effective upon issuance. UFC are living criteria and will be periodically reviewed, updated, and made available as part of the Services' responsibility to provide criteria for military facilities.

b. All planning, design, construction, operations and maintenance criteria for facilities and infrastructure will be unified to the extent practical. The unification process will maximize use of commercial and national non-government standards in accordance with Public Law 104-113, Section 12(d), dated 7 March 1996; the National Technology Transfer and Advancement Act of 1995; and Office of Management and Budget Circular A-119, Federal Participation in the Development and Use of Voluntary Consensus Standards and in Conformity Assessment Activities, dated 19 February 1998.

c. The U.S. Army Corps of Engineers (CECW-E), Naval Facilities Engineering Command (NAVFACENGCOM), and U.S. Air Force Civil Engineer Support Agency (AFCESA) are responsible for administration of the UFC System. UFC are developed by individual discipline working groups and are approved by the UDGCP. UFC may contain general guidance, introduce new and innovative technology, or provide detailed mandatory requirements to implement laws, regulations, executive orders and DOD policies prescribed by higher authority documents. UFC also define the level of quality required for facilities in support of mission requirements throughout their life cycle.

d. Following agreement by the ESEP that criteria should be developed or updated, the appropriate Tri-Service discipline working group(s) will meet as required to accomplish the task. Consensus standards will be surveyed to assess availability of relevant commercial criteria. Criteria will be developed and revised in accordance with UFC 1-300-01, Criteria Format Standard.

e. Once criteria are developed and coordinated with appropriate industry and Service organizations, the preparing activity will forward the UFC to the UDGCP for approval. Upon approval, the preparing activity will forward an electronic file to the appropriate criteria manager for distribution of the UFC as indicated in paragraph 4.4 below.



Source: http://assist.daps dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use.

f. Complete revisions of UFC always go to the UDGCP for approval. Technical changes to UFC will be developed by the Tri-Service discipline working groups in accordance with UFC 1-300-01, and may be referred to the UDGCP, if necessary. Matters of disagreement will be referred through the UDGCP to the ESEP for resolution.

g. Each Service is responsible for maintaining records of current and superseded UFC, including changes and revisions, for each UFC for which they are the preparing activity.

4.4 UFC distribution

4.4.1 UFC Availability. UFC are available only by electronic media on the Construction Criteria Base (CCB) DVD and CD-ROM system maintained by the National Institute of Building Sciences (NIBS) and on the proponent Service internet site with links to and between the CCB and other Service proponent web sites, as follows:

a. Army TECHINFO internet site: **http://www.hnd.usace.army.mil/techinfo/index.htm**.

b. NAVFACENGCOM Criteria Office internet site: **http://criteria.navfac.navy.mil/criteria**.

c. AFCESA internet site: **http://www.afcesa.af.mil**.

d. CCB internet site: **http://www.ccb.org**.

4.4.2 UFC Validation. Hard copies of UFC printed from electronic media should be checked against the current electronic version on the official Service web sites to ensure that the latest criteria are being used.

4.5 Feedback. User comments and recommended changes to UFC, with rationale for the changes, should be sent to the user's Service criteria office at the relevant address:

a. Army. Submit electronically to Headquarters, U.S. Army Corps of Engineers (HQUSACE) via the **Recommended Changes To Engineering Documents Page** on TECHINFO.



Source: http://assist daps dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use

b. Navy. Submit by mail to Commander, Atlantic Division, Naval Facilities Engineering Command, 1510 Gilbert Street (ATTN: NAVFAC Criteria Office, Code 15), Norfolk, VA 23511-2699; by email to **ufc@efdlant.navfac.navy.mil**; by commercial telephone (757) 322-4200 or DSN 262-4200; or by facsimile machine to (757) 322-4416.

c. Air Force. Submit by mail to U.S. Air Force Civil Engineering Support Agency (AFCESA), 139 Barnes Drive, Tyndall AFB, Florida 32403-5319; commercial telephone (850) 283-6180; facsimile machine (850) 283-6219.

5. DETAILED REQUIREMENTS

Not applicable.

6. NOTES

(This section contains information of a general or explanatory nature which may be helpful, but is not mandatory.)

6.1 Supersession data. This standard, MIL-STD-3007, dated 1 May 2000, cancels and supersedes MIL-HDBK-1006/3C, dated 31 August 1995.

6.2 Subject term (key word) listing.

Building code
Construction
Criteria
Design
Facilities

CONCLUDING MATERIAL

CUSTODIANS:
NAVY - YD
ARMY - CEMP-EA
AIR FORCE - AF-50

PREPARING ACTIVITY:
NAVY - YD

PROJECT NO.:
FACR - 5022



Source: http://assist daps dla.mil -- Downloaded: 2005-10-11T15:10Z
Check the source to verify that this is the current version before use