# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: June 1, 2006)

*****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

On April 24, 2006, Plaintiff filed a Motion to Compel Testimony from Proper Designee and to Compel Production of Documents. On May 18, 2006, Defendant filed its opposition to Plaintiff's motion. **After review of these briefs, the Court hereby DENIES the Plaintiff's Motion to Compel Production of Documents**, because the Government has stated that Plaintiff has already received all documents which would be responsive to its document requests.

The Court intends to schedule a telephonic hearing on Plaintiff's Motion to Compel Testimony from Proper Designee during the first two weeks of July. Accordingly, it is ORDERED that the parties agree upon at least three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than June 14, 2006.** Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge