# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: June 2, 2006)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

This Order confirms the **telephonic hearing** on Plaintiff's Motion to Compel Testimony from Proper Designee is scheduled for **10:00 a.m., on Tuesday, July 11, 2006. The Plaintiff shall initiate the conference call with the Defendant, before calling the Judge at (202) 357-6504**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge