# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: July 11, 2006)

*****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

On April 24, 2006, Plaintiff filed a Motion to Compel Testimony from Proper Designee and to Compel Production of Documents. On May 18, 2006, Defendant filed its opposition to Plaintiff's motion. In a June 1, 2006 Order, this Court denied Plaintiff's Motion to Compel Production of Documents.

On July 11, 2006, this Court held a telephonic hearing on Plaintiff's Motion to Compel Testimony from Proper Designee. The parties agreed that, in lieu of deposing another designee, **Plaintiff shall file no more than five (5) interrogatories on Defendant today, July 11, 2006.** The scope of these interrogatories is limited to the Naval Facilities Engineering Command's policies and procedures with respect to requests for deviations from or modifications to standard design specifications. **Defendant must file its responses no later than August 11, 2006.**

**The Court hereby DENIES as moot the Plaintiff's Motion to Compel Testimony from Proper Designee**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge