# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: August 17, 2006)

*****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

On December 22, 2005, this Court issued an Order extending fact discovery until February 22, 2006. The parties were ordered to file a Joint Status Report including a briefing schedule for dispositive motions upon completion of fact discovery.

We granted the parties four motions for extensions of time to file the post-discovery Joint Status Report. On April 24, 2006, Plaintiff filed a Motion to Compel Testimony from Proper Designee and to Compel Production of Documents. This dispute was resolved at a status conference held July 11, 2006. We allowed Plaintiff to file no more than five interrogatories on Defendant, to which the Defendant was required to respond no later than August 11, 2006. This concluded fact discovery in this case.

**The Court hereby orders that parties to file a Joint Status Report including a briefing schedule for dispositive motions no later than September 15, 2006.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge