**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| M. MAROPAKIS CARPENTRY, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2825C<br>(Judge Baskir) |

JOINT STATUS REPORT

Pursuant to this Court's August 17, 2006 Order, the parties respectfully submit the following joint status report. The parties propose the following briefing schedule for dispositive motions:

M. Maropakis Carpentry, Inc. ("Maropakis") and the United States will come to a tentative agreement on the facts and documents that are to be included in a Consolidated Statement of Uncontroverted Facts and Appendix no later than October 24, 2006.

Maropakis will file its motion for summary judgment no later than November 22, 2006.

The United States will file its response brief and cross-motion for summary judgment no later than December 22, 2006.

Maropakis will file its response to the cross-motion and reply brief no later than January 12, 2007.

The United States will file its reply brief no later than February 2, 2007.

A Consolidated Statement of Uncontested Facts shall be jointly filed no later than 7 days following completion of summary judgment briefing.

Respectfully submitted,

By: /s/David W. Francis
David W. Francis
Kelly H. Decker
RHOADS & SINON LLP
One South Market Square
P.O. Box 1146
Harrisburg, PA 17108-1146
Tel: (717) 233-5731

Attorneys for Plaintiff

By: PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562

Attorneys for Defendant

Electronically filed,
September 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2006, a true and correct copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David W. Francis
David W. Francis