# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: September 19, 2006)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

The parties' Joint Status Report filed on September 15, 2006, included a proposed briefing schedule. The **briefing schedule is granted** as follows:

- Plaintiff shall file its Motion for Summary Judgment no later than November 22, 2006;
- Defendant shall file its Response brief and Cross Motion for Summary Judgment no later than December 22, 2006;
- Plaintiff shall file its Response to the Cross Motion and Reply brief no later than January 12, 2007;
- Defendant's Reply brief shall be filed no later than February 2, 2007;
- A Consolidated Statement of Uncontroverted Facts shall be filed no later than 7 days following completion of summary judgment briefing.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge