IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| Plaintiff, | ) | No. 03-2825C |
| v. | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this ____ day of ______________, 2006, upon consideration of Plaintiff's Unopposed Motion for Enlargement of Time, it is hereby ORDERED that Plaintiff's Motion is GRANTED;

IT IS FURTHER ORDERED that all deadlines for the briefing of dispositive motions are enlarged by fourteen (14) days, as follows:

- Maropakis will file its Motion for Summary Judgment on December 6, 2006.
- The United States will file its Responsive Brief and Cross-Motion for Summary Judgment no later than January 5, 2007.
- Maropakis will file its Response to the Cross-Motion for Summary Judgment and Reply Brief no later than January 26, 2007.

- The United States will file its reply brief no later than February 16, 2007.

A Consolidated Statement of Uncontested Facts shall be jointly filed no later than 7 days following completion of summary judgment briefing.

IT IS SO ORDERED.

________________________________
Judge Lawrence M. Baskir