# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: November 21, 2006)

| | |
|---|---|
| M. MAROPAKIS CARPENTRY, INC., *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

Plaintiff's unopposed **Motion for an Enlargement of Time** (14 days) for all deadlines for the briefing of dispositive motions is hereby **GRANTED as follows:**

- Plaintiff will file its Motion for Summary Judgment by December 6, 2006;
- Defendant will file its response brief and Cross Motion for Summary Judgment by January 5, 2007;
- Plaintiff will file its response brief to the Cross Motion and reply brief by January 26, 2007;
- Defendant will file its reply brief no later than February 16, 2007;
- Consolidated Statement of Uncontroverted Facts shall be jointly filed no later than 7 days after completion of summary judgment briefing.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge