IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2825C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of Court of the Federal Claims, Plaintiff, M. Maropakis Carpentry, Inc. ("Maropakis") respectfully requests that the Court enlarge, by seven (7) days, all deadlines for the briefing of dispositive motions.

On November 16, 2006, Maropakis filed an Unopposed Motion for Enlargement of Time for briefing of dispositive motions requesting a fourteen (14) day extension as follows:

- Maropakis will file its Motion for Summary Judgment no later than December 6, 2006.
- The United States will file its Responsive Brief and Cross-Motion for Summary Judgment no later than January 5, 2007.
- Maropakis will file its Response to the Cross-Motion for Summary Judgment and Reply Brief no later than January 26, 2007.

- The United States will file its reply brief no later than February 16, 2007.

On November 21, 2006, the Court issued an order granting Maropakis' Motion and incorporating the above briefing schedule for dispositive motions.

Maropakis' counsel, David Francis, has been undergoing treatment at the National Institute of Health ("NIH") in Bethesda, Maryland several times a week and is required to again travel to the NIH on December 1, 2006 and December 5, 2006. For these reasons, Maropakis' counsel will require additional days to complete the motion for summary judgment. Granting this enlargement should not cause any material inconvenience, prejudice, or delay.

Maropakis respectfully requests that the Court enlarge, by seven (7) days, all deadlines for the briefing of dispositive motions as follows:

- Maropakis will file its Motion for Summary Judgment on December 13, 2006.

- The United States will file its Responsive Brief and Cross-Motion for Summary Judgment no later than January 12, 2007.

- Maropakis will file its Response to the Cross-Motion for Summary Judgment and Reply Brief no later than February 2, 2007.

- The United States will file its reply brief no later than February 23, 2007.

A Consolidated Statement of Uncontested Facts shall be jointly filed no later than 7 days following completion of summary judgment briefing.

This is Maropakis' second request for an enlargement of time for briefing of dispositive motions. Counsel for Maropakis has conferred with Defendant's counsel, who does not oppose this enlargement.

Accordingly, the undersigned respectfully requests that the Court enlarge, by seven days, the briefing schedule for summary judgment motions.

Respectfully submitted,

RHOADS & SINON LLP

By: /s/David W. Francis

David W. Francis
Kelly H. Decker
One South Market Square
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December, 2006, a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David W. Francis