IN THE UNITED STATES COURT OF FEDERAL CLAIMS

M. MAROPAKIS CARPENTRY, INC., )
)
Plaintiff, )
)
v. ) No. 03-2825C
) (Judge Baskir)
THE UNITED STATES, )
)
Defendant. )

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of Court of the Federal Claims, Plaintiff, M. Maropakis Carpentry, Inc. ("Maropakis") respectfully requests that the Court enlarge, by one (1) day, all deadlines for the briefing of dispositive motions.

On December 1, 2006, Maropakis filed an Unopposed Motion for Enlargement of Time for briefing of dispositive motions requesting a seven (7) day extension as follows:

- Maropakis will file its Motion for Summary Judgment on December 13, 2006.
- The United States will file its Responsive Brief and Cross-Motion for Summary Judgment no later than January 12, 2007.
- Maropakis will file its Response to the Cross-Motion for Summary Judgment and Reply Brief no later than February 2, 2007.

- The United States will file its reply brief no later than February 23, 2007.

On December 4, 2006, the Court issued an order granting Maropakis' Motion and incorporating the above briefing schedule for dispositive motions.

Maropakis' counsel, David Francis, has been undergoing treatment at the National Institute of Health ("NIH") in Bethesda, Maryland several times a week requiring one additional day to complete Maropakis' motion for summary judgment. Granting this enlargement will not cause any material inconvenience, prejudice, or delay.

Maropakis respectfully requests that the Court enlarge, by one (1) day,[1] the deadlines for the briefing of dispositive motions as follows:

- Maropakis will file its Motion for Summary Judgment on December 14, 2006.
- The United States will file its Responsive Brief and Cross-Motion for Summary Judgment no later than January 16, 2007.
- Maropakis will file its Response to the Cross-Motion for Summary Judgment and Reply Brief no later than February 6, 2007.
- The United States will file its reply brief no later than February 27, 2007.

[1] Adding one (1) day to the Court's December 4, 2006 order results in deadlines falling on a Saturday or a Federal Holiday (Birthday of Martin Luther King, Jr. on January 15, 2006). The dates proposed in this motion were adjusted accordingly.

A Consolidated Statement of Uncontested Facts shall be jointly filed no later than 7 days following completion of summary judgment briefing.

This is Maropakis' third request for an enlargement of time for briefing of dispositive motions. Counsel for Maropakis has conferred with Defendant's counsel, who does not oppose this enlargement.

Accordingly, the undersigned respectfully requests that the Court enlarge, by one day, the briefing schedule for summary judgment motions.

Respectfully submitted,

RHOADS & SINON LLP

By: /s/David W. Francis
David W. Francis
Kelly H. Decker
One South Market Square
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2006, a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David W. Francis