**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **M. MAROPAKIS CARPENTRY, INC.,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | **No. 03-2825C** |
| **v.** | **)** | |
| | **)** | **(Judge Baskir)** |
| **THE UNITED STATES,** | **)** | |
| | **)** | |
| **Defendant.** | **)** | |

**ORDER**

AND NOW, this ____ day of _______________, 2007, upon consideration of Plaintiff M. Maropakis Carpentry, Inc.'s Motion for Partial Summary Judgment, and any opposition thereto, it is **ORDERED** that Plaintiff's Motion is **GRANTED**.

**IT IS SO ORDERED**.

______________________________________
Judge Lawrence M. Baskir

633403.1