SECTION 01110

SUMMARY OF WORK

PART 1 GENERAL

1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

CORPS OF ENGINEERS (COE)

| | |
|---|---|
| COE EM-385-1-1 | (1996) Safety and Health Requirements Manual |

FEDERAL HIGHWAY ADMINISTRATION (FHWA)

| | |
|---|---|
| FHWA MUTCD | (1988) Manual on Uniform Traffic Control Devices, Revision 3, September 3, 1993 |

1.2 WORK COVERED BY CONTRACT DOCUMENTS

1.2.1 Project Description

The work includes the removal and disposal of; existing gravel surfaced multi-ply built-up roof systems, bituminous and asbestos containing bituminous flashings, sheet metal flashings, wood blocking, lightweight concrete crickets, scupper/conductor heads, roof drains, downspouts, roof monitor window assemblies and associated operators, cementitious asbestos siding on monitors, terra cotta coping on firewalls, exterior lighting fixtures, caged access ladder, fire hose connections; the removal and reinstallation of; existing lightning protection system, existing rooftop mechanical equipment; and the installation of new gypsum and felt underlayment, multilayer roof insulation, wood blocking, plywood, EPDM roofing and flashing, sheet metal flashing, edge metal and coping, gutter assemblies, roof drains, downspouts, monitor window assemblies with operators, exterior insulation finish systems on monitor walls and top portions of main building walls, lighting fixtures, caged access ladder, structural augmentation of existing wood joists where indicated, electrical lighting replacement, and incidental related work.

1.2.2 Location

The work shall be located at the NAVAL INVENTORY CONTROL POINT, Mechanicsburg, Pennsylvania, approximately as shown. The exact location will be indicated by the Contracting Officer.

1.3 SUBMITTALS

Submit the following in accordance with Section entitled "Submittal Procedures."

1.3.1 SD-18, Records

a. List of contact personnel G



EXHIBIT Def 1 4-13-05 ...

EXHIBIT A

M0212

b. Safety program G
c. Report of subcontracts G
d. Contractor's work schedule G
e. Permits and notifications G
f. Work Schedule G

1.3.1.1 List of Contact Personnel

Submit to the Contracting Officer a list of contact personnel in case of emergency and for routine project related information. Submit names, titles, phone and facsimile numbers.

1.3.1.2 Report of Subcontractors

Submit to the Contracting Officer a report of subcontracts identifying the work to be performed by subcontractors.

1.3.1.3 Contractor Work Schedule

Submit to the Contracting Officer a report of work and Contractor's work schedule to be performed by the Contractor.

1.3.1.4 Permits and Notifications

Submit to the Contracting Officer required permits and notifications and copies of notification to applicable regulatory agencies.

1.4 SPECIAL SCHEDULING REQUIREMENTS

a. Have materials, equipment, and personnel required to perform the work at the site prior to the commencement of the work. Specific items of work to which this requirement applies include:

(1) Monitor windows and operators

(2) EIFS components for monitor walls

(3) Roof system and related components

b. The building will remain in operation during the entire construction period and the Contractor shall conduct his operations so as to cause the least possible interference with the normal operations of the activity.

c. Normal building operation hours are Monday through Friday, 6:00 a.m. - 11:00 p.m. Demolition operations, interior plumbing and electrical work, and Contractor personnel access for installation and removal of interior protection shall be performed between 11:00 p.m. and 5:45 a.m.

d. The Contractor's work schedule shall clearly identify the work areas and work to be performed. The schedule shall be submitted to the Contracting Officer and the Building Manager on a weekly basis and shall be updated daily as required.

e. Notify the Contracting Officer, in writing, 72 hours in advance of scheduling for access to interior locations below the work as required to properly complete the work.

f. Notify the Contracting Officer, in writing 72 hours in advance of disconnection and reconnection of existing rooftop equipment including, but not limited to; heating, fans, vents, drains, lighting, fire hose water supply, and associated electrical/mechanical penetrations.

g. Schedule work so as to avoid trafficking over completed work and newly installed roof systems. Trafficking over new roof systems will not be permitted. Provide temporary protection over existing roof systems to be trafficked in accordance with Section 01500, "TEMPORARY CONSTRUCTION FACILITIES".

h. Temporary construction will be allowed but only as specified. Schedule, execute and coordinate work without exposing the building interior or its contents to the effects of inclement weather. Repair or replace items damaged as a result of Contractor's operations to the Contracting Officer's satisfaction.

i. Supply, install and maintain barriers, protection, warning lines, lighting and personnel required to segregate the work areas(s) from pedestrian or vehicular traffic, as well as to prevent damage to the buildings, the occupants and the surrounding landscaped and paved areas. Conform to all applicable O.S.H.A. and U.S. Army Corps of Engineer safety and health requirements shall be observed in accordance with the Contractor's submitted Safety Program. Vehicular traffic control shall conform to FHWA MUTCD. Safety and health requirements shall conform to COE EM-385-1-1.

1.5 CONSTRUCTION SEQUENCE

Within the overall project work schedule, commence and complete the work in the sequence listed below. The work on the overall project shall be completed within 210 calendar days from construction start.

a. Work Sequence:

| TASK | DESCRIPTION |
|---|---|
| I | Removal of existing cementitious asbestos siding and metal framed windows on monitors and the installation of new EIFS wall systems and window assemblies |
| II | Removal of existing built-up roof systems and the installation of new EPDM roof systems and associated work as outlined in paragraph 1.2.1 of this section. The roofing work shall begin over Fire Bay A (South Bay) and proceed consecutively to Fire Bay D (North Bay) |
| III | Completion of remaining work final cleanup of the premises, final inspection, and project closeout. |

## 1.6 CONTRACTOR PERSONNEL REQUIREMENTS

### 1.6.1 Subcontractors and Personnel

Furnish a list of contact personnel of the Contractor and subcontractors including addresses and telephone numbers for use in the event of an emergency. As changes occur and additional information becomes available, correct and change the information contained in previous lists.

### 1.6.2 Citizenship Requirements

Contractor employees and representatives performing work under this contract are required to be United States citizens. No employee or representative of the Contractor will be admitted to the work site without satisfactory proof of United States citizenship. Exceptions to citizenship requirements will be considered upon written request to the Contracting Officer.

### 1.6.3 Identification Badges

Identification badges will be furnished without charge. Application for and use of badges will be as directed. Immediately report instances of lost or stolen badges to the Contracting Officer.

## 1.7 CONTRACTOR ACCESS AND USE OF PREMISES

### 1.7.1 Station Regulations

Ensure that Contractor personnel employed on the Station become familiar with and obey Station regulations. Keep within the limits of the work and avenues of ingress and egress. Do not enter restricted areas unless required to do so and until cleared for such entry. Permission to interrupt any station roads, railroads, or utility services shall be requested in writing a minimum of 15 calendar days prior to the desired date of interruption. The Contractor's equipment shall be conspicuously marked for identification.

### 1.7.2 Working Hours

Regular working hours shall consist of a period established by the Contracting Officer between 7 A.M. and 5 P.M., Monday through Friday, excluding Government holidays and the day after Thanksgiving.

Government holidays are as follows:

a. New Year's Day
b. Martin Luther King Jr.'s Birthday
c. George Washington's Birthday
d. Memorial Day
e. Independence Day
f. Labor Day
g. Columbus Day
h. Veterans Day
i. Thanksgiving Day
j. Christmas Day

### 1.7.3 Work Outside Regular Hours

Work outside regular working hours requires Contracting Officer approval. The project requires work outside regular working hours while performing demolition operations, interior plumbing and electrical work, and personnel access for interior protection. Provide written request 15 calendar days prior to beginning work to allow arrangements to be made by the Government for access to the work. During periods of darkness, the different parts of the work shall be lighted in a manner approved by the Contracting Officer.

1.7.4 Utility Cutovers and Interruptions

a. Make utility cutovers and interruptions after normal working hours or on Saturdays, Sundays, and Government holidays. Conform to procedures required in the paragraph "Work Outside Regular Hours."

b. Ensure that new utility lines are complete, except for the connection, before interrupting existing service.

c. Interruption to Water, Sanitary Sewer, Storm Sewer, Telephone Service, Electric Service, Air Conditioning, Heating, Fire Alarm, Compressed Air, etc. shall be considered utility cutovers pursuant to the paragraph entitled "Work Outside Regular Hours." Such interruption shall be further limited to between the hours of 11:00 p.m. and 5:45 a.m. hours. This time limit includes time for deactivation and reactivation.

1.7.5 Occupied Building

The Contractor shall be working on, in and around existing buildings which are occupied. Do not enter the buildings without prior approval of the Contracting Officer.

1.7.5.1 Special Scheduling for Occupied Buildings

The work under this contract requires special attention to the scheduling and conduct of the work in connection with existing operations. Identify on the project schedule each factor which constitutes a potential interruption to operations. Permission to interrupt any Activity roads, building operations, and/or utility service shall be requested in writing a minimum of 15 calendar days prior to the desired date of interruption.

1.7.5.2 Secured Buildings

The existing building and it's contents shall be kept secure at all times. Maintain security as directed by the Contracting Officer.

1.7.5.3 Restricted Access Areas

The Government will provide access and will monitor work in the building interior. Notify the Contracting Officer 15 calendar days prior to beginning interior work.

1.7.6 Special Restrictions Regarding Access of Vehicles and Parking

Restrictions regarding vehicular access and parking shall be identified by the Contracting Officer.

1.8 EXISTING WORK

a. Remove or alter existing work in such a manner as to prevent

injury or damage to any portions of the existing work which remain.

b. Repair or replace portions of existing work which have been altered during construction operations to match existing or adjoining work, as approved by the Contracting Officer. At the completion of operations, existing work shall be in a condition equal to or better than that which existed before new work started.

1.9 PERMITS

Prior to the start of construction, the Contractor is responsible for notifying the applicable Federal, State, and local agencies and acquiring the necessary permits to perform the work within the Contract. Permits include, but are not limited to, building, electrical, and fire. Permit fees shall be paid by the Contractor. Submit copies of required permits to the Contracting Officer.

1.10 CONTRACTOR USE OF UTILITIES

1.10.1 Electrical Service

Electrical service will be provided to the Contractor free of charge by the Government through exterior electrical outlets where available and if operable. Use shall be limited to construction hours. The Government reserves the right to charge the Contractor for excessive electrical service usage. (i.e., wasteful usage). Should charges be considered, the Contracting Officer will notify the Contractor in writing of his intent, 48 hours in advance. The Contractor shall provide generator service to areas where no electrical service is provided by the Government.

1.10.2 Water

Water for construction purposes will be provided to the Contractor free of charge by the Government through exterior water spigots where available and where operable. The Government reserves the right to charge to Contractor for excessive or wasteful usage of water. Should charges be considered, the Contracting Officer shall notify the Contractor in writing of his intent, 48 hours in advance. The Contractor shall provide water service to areas where no water service is provided by the Government.

1.10.3 Other Utilities

Other utilities required will be provided by the Contractor.

1.10.4 Operation of Utilities

Ensure proper and safe operation and maintenance of utility systems within the construction limits, whether supplied by the Government's distribution system or otherwise, until the work is accepted by the Government. Maintain and operate appurtenances within the construction area which serve the distribution system.

1.11 DELIVERY SCHEDULE

Notify the Contracting Officer in writing at least 15 calendar days in advance of the date on which the materials and equipment are to be delivered to the site in accordance with Section 01320, "CONSTRUCTION PROGRESS DOCUMENTATION."

1.11.1 Delivery Location

The materials and equipment are to be delivered to the areas designated by the Contracting Officer

1.12 ACCESS

Contractor personnel access to and from roof areas shall be exterior access provided by the Contractor.

1.12.1 Contractor Personnel Access

Contractor personnel accessing areas within the buildings shall be in street clothing and footwear which are free of asphalt, construction debris, and dirt.

1.12.2 Contractor Responsibility

The Contractor shall be responsible for cleaning and maintaining clean access areas and access routes during the course of work. Cleaning shall be to the satisfaction of the Contracting Officer.

1.13 CONTRACTOR SET-UP LOCATIONS

The Contractor set-up areas shall be as directed by the Contracting Officer.

1.13.1 Barriers

Install temporary fencing, warning lines, barriers and guards, as required, to segregate the construction areas from adjacent operational facilities, occupants and the public. In the event that access cannot be interrupted in the construction area, provide protection above doorways and walks in the construction area which comply with COE EM-385-1-1. Provide guard lights on barriers and lighting as necessary to prevent vandalism of work and storage areas. The Government is not responsible for Contractor's losses due to damage or theft.

1.13.2 Protection at Hoist Locations

Install protective coverings at paving, landscaping, and building walls adjacent to material hoists and asphalt heating equipment prior to starting work. Lap protective coverings at least 1 foot, secure against wind, and vent to prevent condensation of moisture on covered surfaces. Maintain the protective coverings in place for the duration of the project. Protect windows adjacent to Contractor operation areas.

1.14 PRECONSTRUCTION CONFERENCE

After award of the contract, but prior to commencement of any work at the site, the Contractor's Superintendent, Quality Control Manager and Foremen shall meet with the Contracting Officer to discuss and develop a mutual understanding relative to the administration of the value engineering and safety program, preparation and submission of the schedule of prices, shop drawings and other submittals, scheduling, programming and prosecution of work. Major subcontractors who will be engaged in the work shall also attend.

1.15 SUPERVISION

Have at least one qualified supervisor capable of reading, writing, and conversing fluently in the English language on the job site during working hours. In addition, the Contractor Quality Control Manager shall also have fluent English communication skills.

1.16 ENVIRONMENTAL PROTECTION AND HAZARDOUS MATERIAL SAFETY PLAN MEETING

Fourteen days after the preconstruction conference the Contractor shall meet with the Contracting Officer and Environmental Safety and Health Department to discuss the proposed Environmental Protection Plan and the Hazardous Material Safety Plan in accordance with Section 01500, "TEMPORARY CONSTRUCTION FACILITIES". This meeting will address potential sources of Environmental Pollution. The intent of the meeting is to obtain a mutual understanding relative to the details of environmental, worker, and building occupant protection.

1.17 CONTRACTOR SAFETY PRECAUTIONS

The work within this Contract is potentially hazardous. The Contractor shall be responsible for providing all necessary safety devices for his personnel, for insuring protection of his equipment, and for scheduling and performing the work to eliminate hazards to the public, his personnel and equipment, and to prevent damage to work performed by him.

PART 2 PRODUCTS

Not used.

PART 3 EXECUTION

Not used.

-- End of Section --