97-4116

# SECTION 08520

# ALUMINUM WINDOWS

## PART 1 GENERAL

### 1.1 REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by the basic designation only.

THE ALUMINUM ASSOCIATION, INCORPORATED (AA)

| | |
|---|---|
| AA 45 | (1980) Aluminum Finishes |

AMERICAN ARCHITECTURAL MANUFACTURERS ASSOCIATION (AAMA)

| | |
|---|---|
| ANSI/AAMA 101 | (1993) Aluminum and Poly(Vinyl Chloride) (PVC) Prime Windows and Glass Doors |
| AAMA 1503.1 | (1988) Thermal Transmittance and Condensation Resistance of Windows, Doors and Glazed Wall Sections |

AMERICAN SOCIETY FOR TESTING AND MATERIAL

| | |
|---|---|
| ASTM D 3656 | (1989) Insect Screening and Louver Cloth from Vinyl - coated Glass Yarns |
| ASTM E 283 | (1991) Air Leakage Through Exterior Windows, Curtain Walls, and Doors |
| ASTM E 331 | (1986) Water Penetration Through Exterior Windows, Curtain Walls, and Doors (Uniform Statis Pressure) |
| ASTM E 547 | (1986) Water Penetration Through Exterior Windows, Curtain Walls, and Doors (Cyclic Statis Pressure) |

### 1.2 CERTIFICATION

Each prime window unit shall bear the AAMA Label warranting that the product complies with ANSI/AAMA 101. Certified test reports attesting that the prime window units meet the requirements of ANSI/AAMA 101, including test size, will be acceptable in lieu of product labeling.

### 1.3 SUBMITTALS

Submit the following in accordance with section entitled "Submittal Procedures."

1.3.1 SD-02, Manufacturer's Catalog Data

a. Windows G AE

EXHIBIT
tabbies
B

PLAINTIFF'S
EXHIBIT
2
4-12-05 SB

b. Hardware G AE

c. Fasteners G AE

d. Screens G AE

e. Weatherstripping G AE

f. Accessories G AE

g. Remote window operators G AE

1.3.2 SD-03, Manufacturer's Standard Color Charts

a. Finishes G

Submit color chart of standard factory color coatings when factory-finished color coating is to be provided.

1.3.3 SD-04, Drawings

a. Windows G AE

b. Remote window operators G AE

Drawings shall indicate elevations of windows, and remove window operators showing full-size sections, thicknesses and gages of metal, fastenings, proposed method of anchoring, size and spacing of anchors, details of construction, method of glazing, details of operating hardware, mullion details, method and materials for weatherstripping, method of attaching screens, material and method of attaching subframes, sills, trim, installation details, and other related items. Drawings shall include sheet metal window flashings as detailed.

1.3.4 SD-10, Test Reports

a. Minimum condensation resistance factor G AE

1.3.4.1 Report Requirements

Submit test reports for each type of window attesting that identical windows have been tested and meet the requirements specified herein for conformance to ANSI/AAMA 101 including test size, and minimum condensation resistance factor (CRF).

1.3.5 SD-14, Samples

a. Windows G

Submit one full-size window of each type proposed for use, complete with AAMA Label, glazing, hardware, anchors, and other accessories. Where screens or weatherstripping is required, fit sample windows with such items that are to be used. After approval, install each sample in the work, clearly identified, and record its location.

1.3.6 SD-19, Operation and Maintenance Manuals G

a. Windows, Data Package 1 G

b. Remote window operators, Data Package 1 G

Submit in accordance with Section 01781, "Operation and Maintenance Data."

1.4 DELIVERY AND STORAGE

Deliver windows to project site in an undamaged condition. Use care in handling and hoisting windows during transportation and at the jobsite. Store windows and components out of contact with the ground, under a weathertight covering, so as to prevent bending, warping, or otherwise damaging the windows. Damaged windows shall be repaired to an "as new" condition as approved. If windows cannot be repaired, provide new units to replace damaged units.

1.5 PROTECTION

Protect finished surfaces during shipping and handling using the manufacturer's standard method, except that no coatings or lacquers shall be applied to surfaces to which calking and glazing compounds must adhere.

PART 2 PRODUCTS

2.1 WINDOWS

Prime windows shall conform to ANSI/AAMA 101 and the requirements specified herein. Provide windows of types, grades, performance classes, combinations and sizes indicated or specified. Design windows to accommodate hardware, glass, weatherstripping, screens, and accessories to be furnished. Each window shall be a complete factory assembled unit with or without glass installed. Dimensions shown are minimum. Provide windows with insulating glass and thermal break necessary to achieve a minimum Condensation Resistance Factor (CRF) of 53 when tested in accordance with AAMA 1503.1.

2.1.1 Standards

Except as otherwise indicated, requirements for aluminum windows, terminology and standards of performance, and fabriation workmanship are those specified and recommended in ANSI/AAMA 101 and applicable general recommendations published by AAMA and ANSI.

2.1.2 Performance and Testing

Except as otherwise indicated, comply with air infiltration tests, water resistance tests, and applicable load tests specified in ANSI/AAMA 101 for type and classification of window units required in each case

2.1.3 Testing

Where manufacturer's standard window units comply with requirements and have been tested in accordance with specified tests, provide certification by manufacturer showing compliance with such tests.

a. Test reports shall be not more than four years old.

b. Sample submitted for tests shall be of manufacturer's standard construction and shall have been tested in accordance with ASTM E 283. The sequence of tests shall be optional between manufacturer and the testing laboratory except that in all cases, the air infiltration test shall be performed before the water resistance

test.

2.1.4 Specific Performance Requirements

Windows shall conform to specified ANSI/AAMA standards and the following, whichever are the more stringent.

a. Air Infiltration Test (Fixed Units): The window shall be subjected to an air infiltration test in accordance with ASTM E 283. Air infiltration shall not exceed .06 cfm/ft$^2$ when tested at a pressure of 6.24 psf.

b. Air Infiltration Test (Operable Units): With the vent in a closed and locked position, the window shall be subjected to an air infiltration test in accordance with ASTM E 283. Air infiltration shall not exceed .10 cfm/ft when tested a pressure of 6.24 psf.

2.1.5 Water Resistance Test

The glazed unit shall be mounted in its vertical position continuously supported around perimeter. The window unit shall be subjected to a water resistance test in accordance with ASTM E 331 and ASTM E 547. When a static pressure of 20.00 pounds per square foot has been stabilized, five gallons of water per square foot of window area shall be applied to the exterior face of the unit for a period of 15 minutes. No water shall pass the interior face of the window frame and there shall be no leakage as defined in the test method.

2.1.6 Condensation Resistance Factor

The window shall be tested in accordance with AAMA 1502.7 standards and test of thermal performance, and shall have a condensation resistance factor of no less than 53.

2.1.7 "U" Value Tests (Co-Efficient of Heat Transfer

Thermal Transmittance of Conduction with a 15 mph perpendicular dynamic wind: 0.60 BTU/hr/ft$^2$/F

2.1.8 Projected Windows

Type P-HC 40 (Optional Performance Class). Provide projected windows with concealed four bar friction hinges only.

2.1.9 Fixed Windows

Type F-HC40 (Optional Performance Class).

2.1.10 Glass and Glazing

Materials are specified in Section 08800, "Glazing."

2.1.11 Thermal Barrier

Thermal barrier shall be cast-in-place high density two part polyurethane provided by the window manufacturer.

2.1.12 Caulking and Sealing

Are specified in Section 07920, "Joint Sealants."

2.1.13 Weatherstripping

Provide for operating sections of windows to ensure weather-tight seal meeting the infiltration requirements specified by ANSI/AAMA 101. Factory installed weatherstripping shall be capable of readily replaced for future maintenance.

2.1.14 Insect Screening

ASTM D 3656, Class 2, 18 by 14 mesh, grey or bronzed colored.

2.2 FABRICATION

Window units shall conform to ANSI/AAMA 101.

2.2.1 Provisions for Glazing

Design windows and rabbets suitable for glass thickness specified. Design sash for double glazing and for securing glass with glazing channels, or glazing compound.

2.2.2 Weatherstripping

Provide for ventilating sections of all windows to ensure a weather-tight seal meeting the infiltration requirements specified in ANSI/AAMA 101. Provide easily replaceable factory-applied weatherstripping. Use molded vinyl, molded or expanded Ethylene Propylene Diene Terpolymer (EPDM) weatherstripping for compression contact surfaces. Use treated woven pile or wool, or polypropylene or nylon pile bonded to nylon fabric and metal or plastic backing strip weatherstripping for sliding surfaces. Do no use neoprene or polyvinylchloride weatherstripping.

2.2.3 Fasteners

All screw, nuts, washers, bolts, rivets and other miscellaneous fastening devices incorporated in the product shall be of aluminum, stainless steel or other corrosion-resistant material(s) compatible with aluminum. Cadmium or zinc-plated steel, where used, shall be in accordance with ASTM A 164 or ASTM A 165. Fasteners shall be as follows:

a. Aluminum to aluminum fasteners shall be stainless steel, self-drilling, self-tapping screws, No. 12 of sufficient length to penetrate the receiving substrate by 5/8 inch.

b. Aluminum to wood fasteners shall be stainless steel wood screws, No. 12, of sufficient length to penetrate the receiving substrate by 1-1/2 inch with baked enamel conforming to AAMA 603.5 to match window finish.

2.2.4 Drips and Weep Holes

Provide continuous drips over heads of top ventilators. Where fixed windows adjoin ventilators, drips shall be continuous across tops of fixed windows. Provide drips and weep holes as indicated and required to return water to the outside.

2.2.5 Combination Windows

Windows used in combination shall be the same grade and performance class and shall be factory assembled. Where factory assembly of individual windows into larger units is limited by transportation considerations, prefabricate, match mark, transport, and field assemble.

2.2.6 Mullions and Transom Bars

Provide mullions between multiple window units which meet the design pressure of 30 pounds per square foot (psf). Provide mullions with a structural thermal break. Secure mullions and transom bars to adjoining construction and window units in such a manner as to permit expansion and contraction and to form a weathertight joint. Provide mullion covers on the interior and exterior to completely close exposed joints and recesses between window units and to present a neat appearance.

2.2.7 Accessories

Provide windows complete with necessary hardware, fastenings, clips, fins, anchors, glazing beads, and other appurtenances necessary for complete installation and proper operation. Furnish extruded aluminum subframe receptors with each window unit.

2.2.7.1 Hardware

ANSI/AAMA 101. The item, type, and functional characteristics shall be the manufacturer's standard for the particular window type. Provide hardware of suitable design and of sufficient strength to perform the function for which it is used. Equip all operating ventilators with a lock or latching device which can be secured from the inside.

2.2.7.2 Fasteners

Provide concealed anchors of the type recommended by the window manufacturer for the specific type of construction. Anchors and fasteners shall be compatible with the window and the adjoining construction. Provide a minimum of three anchors for each jamb located approximately 6 inches from each end and at midpoint.

2.2.8 Finishes

Exposed aluminum surfaces shall be factory finished with an anodic coating Color shall be dark bronzed aluminum.. All windows for the monitors shall have the same finish as chosen by the Contracting Officer from the submitted color charts.

2.2.8.1 Anodic Coating

Clean exposed aluminum surfaces and provide an anodized finish conforming to AA 45. Finish shall be one of the following:

a. Architectural Class II ( 0.4 mil to 0.7 mil), designation AA-M10-C22-A34, electrolytically deposited color anodized.

b. Architectural Class I ( 0.7 mil or thicker), designation AA-M10-C22-A44, electrolytically deposited color anodized.

2.2.9 Screens

ANSI/AAMA 101. Provide one insect screen for each operable exterior sash or ventilator. Design screens to be rewirable, easily removable from inside the building, and to permit easy access to operating hardware.

2.3 REMOTE WINDOW OPERATORS

Provide manual mechanical operators for group operation of continuous rows of windows located as indicated on the drawings. Provide operators for windows installed on both sides of monitors as indicated. Each monitor side has six bays, approximately 19 feet long. Operators shall be capable of opening and closing windows without appreciable deflection, vibration or rattle. Provide means of adjustment for transmission lines. Operators shall control window units in groups as recommended by the manufacturer of the operators.

2.3.1 Type of Operator

All windows shown on drawings shall be equipped with manually controlled rack and pinion type operators.

2.3.2 Oil Enclosed Powers

Powers shall be of the oil enclosed, worm and gear type. Worms shall be machine cut steel. Gears shall be machine cut iron. Ball thrust bearings shall be mounted at each end of the worm stem. Housings shall be grey iron carefully machined and fitted with gasket between lid and box to assure a greate tight box. All powers shall be packed with sufficient grease at the factory at time of assembly. Provide steel brackets for mounting powers to the building construction.

2.3.3 Operating Line

Horizontal line shall consist of steel pipe shaft to which shall be attached grey iron pinions which are meshed with steel rack arms, the ends of which are attached to the ventilators.

2.3.4 Rack Arms

Steel rack arms shall be fabricated of minimum 1/4 inch x 1 inch flat bars accurately cut to mesh with reinforced grey iron pinion. Arms to be held in mesh pinion by floating steel yoke. Provide one arm for horiziontally pivoted vents and two arms for al projected and top pivoted vents.

2.3.5 Controls

Provide oil enclosed type miter gear box and vertical shaft control. Bevel gears shall be machine cut steel and mounted in grey iron housing of grease tight design for direct attachment to the building construction, approximately 4 foot x 0 inches above the floor level. Gear boxes shall be packed with sufficient grease at the factory and shall be provided with handwheels. Vertical shaft shall be not less than 1-5/16 inches O.D. standard steel pipe and shall be supported with steel roller-bearing brackets at intervals not to exceed 6 foot - 0 inches on centers. Provide universal joints as required to change direction of vertical line to clear building construction. Change in direction of vertical line to clear building construction. Change in direction of vertical line shall not exceed 35 degrees at any universal joint.

2.3.6 Finish

All operators shall receive one shop coat of grey iron paint at the factory.

PART 3 EXECUTION

3.1 INSTALLATION

3.1.1 Method of Installation

Install in accordance with the window manufacturer's printed instructions and details. Build in windows as the work progresses or install without forcing into prepared window openings. Set windows at proper elevation, location, and reveal; plumb, square, level, and in alignment; and brace, strut, and stay properly to prevent distortion and misalignment. Protect ventilators and operating parts against accumulation of dirt and building materials by keeping ventilators tightly closed and locked to frame. Bed screws or bolts in sill members, joints at mullions, contacts of windows with sills, built-in fins, and subframes in mastic sealant of a type recommended by the window manufacturer. Install windows in a manner that will prevent entrance of water and wind. Fasten insect screens securely in place.

3.1.2 Dissimilar Materials

Where aluminum surfaces are in contact with, or fastened to EIFS, wood, or dissimilar metals, except stainless steel or zinc, the aluminum surface shall be protected from dissimilar materials as recommended in the Appendix to ANSI/AAMA 101. Surfaces in contact with sealants after installation shall not be coated with any type of protective material.

3.1.3 Anchors and Fastenings

Make provision for securing units to each other, to wood and to other adjoining construction.

3.1.4 Adjustments After Installation

After installation of windows and completion of glazing and field painting, adjust all ventilators and hardware to operate smoothly and to provide weathertight sealing when ventilators are closed and locked. Lubricate hardware and operating parts as necessary. Adjust double hung windows to operate with maximum applied force of 25 pounds in either direction, not including breakaway friction force

3.2 REMOTE OPERATORS

Install operators in accordance with the manufacturer's printed instructions and details. Adjust all operators to operate smoothly and to provide weathertight seal when ventilators are in closed position.

3.3 CLEANING

Clean interior and exterior surfaces of window units of mortar, plaster, paint spattering spots, and other foreign matter to present a neat appearance, to prevent fouling of weathering surfaces and weather-stripping, and to prevent interference with the operation of hardware. Replace all stained, discolored, or abraded windows that cannot be restored to their original condition with new windows.

3.4 OPERATION AND MAINTENANCE MANUALS

Submit operation and maintenance manuals to the Contracting Officer for windows and remote window operators upon project completion

-- End of Section --