ANSI/AAMA 101-93

# AMERICAN NATIONAL STANDARD

ANSI/AAMA
August 18, 1993
Windows/Sliding Doors

## Voluntary Specifications for Aluminum and Poly (Vinyl Chloride)(PVC) Prime Windows and Glass Doors

ARCHIVED DOCUMENT - OBSOLETE

TECHNICAL INFORMATION CENTER

AAMA®

EXHIBIT
C

tabbies

American Architectural Manufacturers Assoc.
1827 Walden Office Square, Suite 550
Schaumburg, IL 60173
Phone: 847/303-5664 Fax: 847/303-5774
www aamanet org

# PREFACE

This American National Standard establishes minimum requirements for aluminum and poly (vinyl chloride) (pvc) prime windows and glass doors. It consists of three sections and an Appendix.

**SECTION 1** covers the general requirements applicable to all windows and doors. These include requirements for alloys, fasteners, hardware, construction, finishes, glass and glazing.

**SECTION 2** contains the specific requirements for product performance. There are three mandatory primary performance requirements. They are: **1)** Structural adequacy to withstand wind loads, **2)** Resistance to water leakage, and **3)** Resistance to air infiltration. Levels of performance are set forth for each window and door type covered by the standard. Also included in the primary group are optional requirements for forced-entry resistance, condensation resistance and thermal transmittance. In addition to the primary performance requirements there are specific product performance requirements appropriate to each type of window and door. These include requirements for test specimens, hardware, deflection under concentrated and torsional loads, deglazing and life cycle testing. Life Cycle Testing appears as a requirement for the first time in this edition of the standard.

**SECTION 3** contains optional higher performance classes which make it possible for the specifier to require higher uniform load structural test pressures and higher water resistance test pressures than those contained in Section 2. Use of products in the higher performance classes is desirable where severe weather conditions or wind loadings are encountered.

The **APPENDIX**, although not a part of this ANSI/AAMA standard, contains much information on materials, construction, installation, wind loads, water resistance, air infiltration, condensation and heat transmission that will be helpful to the specifier in the selection and specification of windows and doors.

The addition of architectural grade windows represents a major revision to this standard. This grade of window was originally covered in AAMA GS-001, "Voluntary Guide Specifications for Aluminum Architectural Windows," published in 1984.

Architectural windows and sliding glass doors have the same design pressure and structural test pressure minimum requirements as heavy commercial products. Generally higher performance requirements have been specified for water resistance and air infiltration than those required by the heavy commercial grade. A limit to deflection of L/175 under the uniform load test has also been established for architectural windows and doors. Architectural windows and doors are required to also pass the life cycle testing in AAMA 910-93, "Voluntary 'Life Cycle'/Specifications and Test Methods for Architectural Grade Windows and Sliding Glass Doors" in lieu of unglazed component structural tests as required for HC products.

This standard defines requirements for four grades of windows and glass doors. The grades are: Residential (R), Commercial (C), Heavy Commercial (HC) and Architectural (AW).

Performance is designated by a number which follows the type and grade designation. For example, a Double-Hung — Residential window may be designated DH-R15. The number establishes the design pressure, in this case 15 psf. The structural test pressure for all windows and doors is 50% higher than the design pressure which, for the example DH-R15 window, would be 22.5 psf.

Copyright © 1993
American Architectural Manufacturers Assoc
1827 Walden Office Square, Suite 550
Schaumburg, IL 60173
Phone: 847/303-5664 Fax: 847/303-5774

Minimum design pressures, structural test pressures, and water resistance test pressures for the four grades in pounds per square foot are:

| Window and Door Grades | Design Pressure | Structural Test Pressure | Water Resistance Test Pressure |
|---|---|---|---|
| Residential | 15 | 22.5 | 2.86 |
| Commercial | 20 | 30.0 | 3.00 |
| Heavy Commercial | 40 | 60.0 | 6.00 |
| Architectural | 40 | 60.0 | 8.00 |

## CONTENTS

FOREWORD . . . . . 1

SECTION 1 - GENERAL REQUIREMENTS
1.1 General . . . . . 2
1.2 Reference Standards . . . . . 2
1.3 Terminology . . . . . 4
1.4 Materials . . . . . 4
1.5 Construction . . . . . 5
1.6 Finishes . . . . . 6
1.7 Insect Screens . . . . . 6
1.8 Drawings and Installation Details . . . . . 6
1.9 Glass and Glazing Materials . . . . . 6
1.10 Venetian Blinds in a Dual Glazed Window . . . . . 7

SECTION 2 - SPECIFIC REQUIREMENTS
2.1 Primary Performance Requirements . . . . . 8
2.2 Specific Performance Requirements . . . . . 11
2.2.1 (A) Awning Windows . . . . . 11
2.2.2 (C) Casement Windows . . . . . 11
2.2.3 (DH) Double Hung (Single & Triple Hung) Windows & Dual Windows . . . . . 13
2.2.4 (HS) Horizontal Sliding Windows and Dual Windows . . . . . 14
2.2.5 (P) Projected Windows . . . . . 15
2.2.6 (TH) Top-Hinged (Inswinging) Windows 18
2.2.7 (VP) Vertically Pivoted Windows . . . . . 19
2.2.8 (VS) Vertical Sliding Windows . . . . . 21
2.2.9 (SGD) Sliding Glass Doors . . . . . 22
2.2.10 (GH) Greenhouse Windows . . . . . 23
2.2.11 (JA) Jal-Awning Windows . . . . . 23
2.2.12 (J) Jalousie Windows . . . . . 24
2.2.13 (F) Fixed Windows . . . . . 24
2.2.14 (DA) Dual Action Windows . . . . . 25
2.2.15 (SD) Side-Hinged (Inswinging) Windows 26
2.2.16 (SWD) Swing Doors . . . . . 27
2.2.17 (DA-SWD) Dual Action Swing Doors . . . 28

SECTION 3 - OPTIONAL PERFORMANCE CLASSES
3.1 General . . . . . 30
3.2 Criteria . . . . . 30
3.3 Water Resistance Test . . . . . 30
3.4 Uniform Load Test . . . . . 31
3.5 Identification . . . . . 31

APPENDIX A - Corner Weld Test Procedure . . . . . 31

APPENDIX B . . . . . 32

GLASS TABLE . . . . . 44

REFERENCE STANDARDS

Notes included in this document are advisory and are not part of the standard.

This document was developed by representative members of AAMA as advisory information and published as a public service. AAMA disclaims all liability for the use, application or adaptation of materials published herein.

# SECTION 2
# SPECIFIC REQUIREMENTS

## SECTION 2.1 PRIMARY PERFORMANCE REQUIREMENTS

*NOTE: This section contains the primary performance requirements applicable to particular types of aluminum and poly (vinyl chloride)(pvc) windows and doors. ' is to be used in conjunction with Section 1, Section 2 2 and, when required, Section 3.*

*Design Pressure = Performance Class*
*Structural Test Pressure = 1.5 x Design Pressure*

*Water Test Pressure: R, C & HC = .15 x Positive Design Pressure*
*AW = .20 x Positive Design Pressure*

| Window/Door Designation [1] | Design Pressure lbf/ft² | (Pa) | Structural Test Pressure[2] lbf/ft² | (Pa) | Water Resistance Test Pressure[3] lfb/ft² | (Pa) | Air Infiltration Test Pressure lbf/ft² | (Pa) | Air Infiltration Maximum Rate[4] ft³/min | (m³/h) |
|---|---|---|---|---|---|---|---|---|---|---|
| AWNING WINDOWS | | | | | | | | | | |
| A-R15 | 15 | (718) | 22 5 | (1077) | 2 86 | (137) | 1 57 | (75) | 0 37 | (2 06) |
| A-C20 | 20 | (958) | 30 | (1437) | 3.00 | (143.6) | 1.57 | (75) | 0.37 | (2.06) |
| CASEMENT WINDOWS | | | | | | | | | | |
| C-R15 | 15 | (718) | 22 5 | (1077) | 2 86 | (137) | 1 57 | (75) | 0 37 | (2 06) |
| C-C20 | 20 | (958) | 30 | (1437) | 3 00 | (143 6) | 1 57 | (75) | 0 37 | (2 06) |
| C-HC40 | 40 | (1915) | 60 | (2873) | 6 00 | (287.3) | 6 24 | (299) | 0 37 | (2 06) |
| C-AW40 | 40 | (1915) | 60 | (2873) | 8.00 | (383) | 6.24 | (299) | 0.10 | (0.56) |
| DOUBLE HUNG WINDOWS | | | | | | | | | | |
| DH-R15 | 15 | (718) | 22 5 | (1077) | 2 86 | (137) | 1 57 | (75) | 0 37 | (2 06) |
| DH-DW-R15 | 15 | (718) | 22 5 | (1077) | 2 86 | (137) | 1 57 | (75) | 0 37 | (2 06) |
| DH-C20 | 20 | (958) | 30 | (1437) | 3 00 | (143 6) | 1 57 | (75) | 0 37 | (2 06) |
| DH-DW-C20 | 20 | (958) | 30 | (1437) | 3 00 | (143 6) | 1 57 | (75) | 0 37 | (2 06) |
| DH-HC-40 | 40 | (1915) | 60 | (2873) | 6 00 | (287 3) | 1 57 | (75) | 0 37 | (2 06) |
| DH-DW-HC40 | 40 | (1915) | 60 | (2873) | 6 00 | (287.3) | 1 57 | (75) | 0 37 | (2 06) |
| DH-AW40 | 40 | (1915) | 60 | (2873) | 8.00 | (383) | 6.24 | (299) | 0.30 | (1.67) |
| HORIZONTAL SLIDING WINDOWS | | | | | | | | | | |
| HS-R15 | 15 | (718) | 22 5 | (1077) | 2 86 | (137) | 1 57 | (75) | 0 37 | (2 06) |
| HS-DW-R15 | 15 | (718) | 22 5 | (1077) | 2 86 | (137) | 1 57 | (75) | 0.37 | (2 06) |
| HS-C20 | 20 | (958) | 30 | (1437) | 3 00 | (143 6) | 1 57 | (75) | 0 37 | (2 06) |
| HS-DW-C20 | 20 | (958) | 30 | (1437) | 3 00 | (143 6) | 1 57 | (75) | 0 37 | (2 06) |
| HS-HC40 | 40 | (1915) | 60 | (2873) | 6 00 | (287 3) | 1 57 | (75) | 0 37 | (2 06) |
| HS-DW-HC40 | 40 | (1915) | 60 | (2873) | 6 00 | (287.3) | 1 57 | (75) | 0 37 | (2 06) |
| HW-AW40 | 40 | (1915) | 60 | (2873) | 8.00 | (383) | 6.24 | (299) | 0.30 | (1.67) |
| 'ROJECTED WINDOWS | | | | | | | | | | |
| P-R15 | 15 | (718) | 22 5 | (1077) | 2 86 | (137) | 1 57 | (75) | 0 37 | (2 06) |
| P-C20 | 20 | (958) | 30 | (1437) | 3 00 | (143 6) | 1 57 | (75) | 0 37 | (2.06) |
| P-HC40 | 40 | (1915) | 60 | (2873) | 6 00 | (287.3) | 6 24 | (299) | 0 37 | (2 06) |
| P-AW40 | 40 | (1915) | 60 | (2873) | 8.00 | (383) | 6.24 | (299) | 0.10 | (0.56) |
| TOP HINGED (INSWINGING) WINDOWS | | | | | | | | | | |
| TH-C20 | 20 | (958) | 30 | (1437) | 3 00 | (143 6) | 1 57 | (75) | 0 37 | (2 06) |
| TH-HC40 | 40 | (1915) | 60 | (2873) | 6 00 | (287.3) | 6 24 | (299) | 0 37 | (2 06) |
| TH-AW40 | 40 | (1915) | 60 | (2873) | 8.00 | (383) | 6.24 | (299) | 0.10 | (0.56) |
| VERTICALLY PIVOTED WINDOWS | | | | | | | | | | |
| VP-C20 | 20 | (958) | 30 | (1437) | 3 00 | (143 6) | 1 57 | (75) | 0 37 | (2 06) |
| VP-HC40 | 40 | (1915) | 60 | (2873) | 6 00 | (287.3) | 6 24 | (299) | 0 37 | (2 06) |
| VP-AW40 | 40 | (1915) | 60 | (2873) | 8.00 | (383) | 6.24 | (299) | 0.10 | (0.56) |
| VERTICAL SLIDING WINDOWS | | | | | | | | | | |
| VS-R15 | 15 | (718) | 22 5 | (1077) | 2 86 | (137) | 1 57 | (75) | 0 37 | (2 06) |
| VS-DW-R15 | 15 | (718) | 22.5 | (1077) | 2.86 | (137) | 1.57 | (75) | 0.37 | (2.06) |
| SLIDING GLASS DOORS | | | | | | | | | | |
| SGD-R15 | 15 | (718) | 22 5 | (1077) | 2 86 | (137) | 1 57 | (75) | 0 37 | (6 76) |
| SGD-C20 | 20 | (958) | 30 | (1437) | 3 00 | (143 6) | 1 57 | (75) | 0 37 | (6 76) |
| SGD-HC40 | 40 | (1915) | 60 | (2873) | 6 00 | (287.3) | 6 24 | (299) | 0 37 | (6 76) |
| SGD-AW40 | 40 | (1915) | 60 | (2873) | 8.00 | (383) | 6.24 | (299) | 0.30 | (5.48) |
| GREENHOUSE WINDOWS | | | | | | | | | | |
| GH-R15 | 15 | (718) | 22.5 | (1077) | 2.86 | (137) | 1.57 | (75) | 0.37[5] | (6.76)[5] |
| JAL-AWNING WINDOWS | | | | | | | | | | |
| JA-R15 | 15 | (718) | 22.5 | (1077) | 2.86 | (137) | 1.57 | (75) | 0.37 | (2.06) |
| JALOUSIE WINDOWS | | | | | | | | | | |
| J-R15 | 15 | (718) | 22.5 | (1077) | 2.86 | (137) | 1.57 | (75) | 1.50 | (2.74) |

| Window/Door Designation [1] | Design Pressure lbf/ft² | (Pa) | Structural Test Pressure[2] lbf/ft² | (Pa) | Water Resistance Test Pressure[3] lfb/ft² | (Pa) | Air Infiltration Test Pressure lbf/ft² | (Pa) | Air Infiltration Maximum Rate[4] ft³/min | (m³/h) |
|---|---|---|---|---|---|---|---|---|---|---|
| FIXED WINDOWS | | | | | | | | | | |
| F-R15 | 15 | (718) | 22.5 | (1077) | 2.86 | (137) | 1.57 | (75) | 0.15 | (2.74) |
| F-DW-R15 | 15 | (718) | 22.5 | (1077) | 2.86 | (137) | 1.57 | (75) | 0.15 | (2.74) |
| F-C20 | 20 | (958) | 30 | (1437) | 3.00 | (143.6) | 1.57 | (75) | 0.15 | (2.74) |
| F-DW-C20 | 20 | (958) | 30 | (1437) | 3.00 | (143.6) | 1.57 | (75) | 0.15 | (2.74) |
| F-HC40 | 40 | (1915) | 60 | (2873) | 6.00 | (287.3) | 6.24 | (299) | 0.15 | (2.74) |
| F-DW-HC40 | 40 | (1915) | 60 | (2873) | 6.00 | (287.3) | 6.24 | (299) | 0.15 | (2.74) |
| F-AW40 | 40 | (1915) | 60 | (2873) | 8.00 | (383) | 6.24 | (299) | 0.06 | (1.09) |
| DUAL ACTION WINDOWS | | | | | | | | | | |
| DA-R15 | 15 | (718) | 22.5 | (1077) | 2.86 | (137.0) | 1.57 | (75) | 0.37 | (2.06) |
| DA-C20 | 20 | (958) | 30 | (1473) | 3.00 | (143.6) | 1.57 | (75) | 0.37 | (2.06) |
| DA-HC40 | 40 | (1915) | 60 | (2873) | 6.00 | (287.3) | 6.24 | (299) | 0.37 | (2.06) |
| DA-AW40 | 40 | (1915) | 60 | (2873) | 8.00 | (383) | 6.24 | (299) | 0.10 | (0.56) |
| SIDE HINGED (INSWINGING) WINDOWS | | | | | | | | | | |
| SD-AW40 | 40 | (1915) | 60 | (2873) | 8.00 | (383) | 6.24 | (299) | 0.10 | (0.56) |
| SWING DOORS | | | | | | | | | | |
| SWD-R15 | 15 | (718) | 22.5 | (1077) | 2.86 | (137.0) | 1.57 | (75) | 0.37 | (2.06) |
| SWD-C20 | 20 | (958) | 30.0 | (1437) | 3.00 | (143.6) | 1.57 | (75) | 0.37 | (2.06) |
| SWD-HC40 | 40 | (1915) | 60.0 | (2873) | 6.00 | (287.3) | 6.24 | (299) | 0.37 | (2.06) |
| DUAL ACTION - SWING DOORS | | | | | | | | | | |
| DA-SWD-R15 | 15 | (718) | 22.5 | (1077) | 2.86 | (137.0) | 1.57 | (75) | 0.37 | (2.06) |
| DA-SWD-C20 | 20 | (958) | 30.0 | (1437) | 3.00 | (143.6) | 1.57 | (75) | 0.37 | (2.06) |
| DA-SWD-HC40 | 40 | (1915) | 60.0 | (2873) | 6.00 | (287.3) | 6.24 | (299) | 0.37 | (2.06) |

*[1] "DW", where used, indicates dual windows.*

*[2] Structural test pressures shown are for both positive and negative loads. After each specified loading, there shall be no glass breakage, permanent damage to fasteners, hardware parts, support arms or actuating mechanisms or any other damage which causes the window or door to be inoperable. There shall be no permanent deformation of any main frame, sash, panel or ventilator member in excess of 0.4% of its span for R, C and HC grade products or 0.2% of its span for AW grade products. In dual windows 0.4% permanent deformation requirements applies to the primary window members only.*

*[3] Where the manufacturer offers or specifies an exterior insect screen, the water resistance test is to be performed both with and without the insect screen in place. In dual windows, the unit shall be tested in both the summer and winter modes.*

*[4] Air infiltration rate is cubic feet per minute per foot (cubic meter per hour per meter) of operating ventilator or sash crack length except for fixed windows, jalousie windows, and sliding glass doors which shall be cubic feet per minute per square foot (cubic meter per hour per square meter) of area. In dual windows, only the operating sash of the designated primary window or the area of the designated fixed primary window is to be used in determining the sash crack or square footage.*

*[5] Air infiltration rate is cubic feet per minute per square foot (cubic meter per hour per square meter) of finished window opening in the plane of the wall.*

### 2.1.1 TESTING PROCEDURES

The table under Section 2.1 indicates the Primary Performance Requirements for the various windows and doors specified. Units shall be constructed in accordance with the Specific Product Requirements, Section 2.2, for the product specification under consideration. The test sequence shall be optional between the manufacturer and testing laboratory except that in all cases, the Air Infiltration Test shall precede the Water Resistance Test. Concentrated Load and Welded Corner tests are permitted to be performed on separate units or ventilators of identical size and design as used in the test unit. In the absence of any other instructions from manufacturers with regard to test sequence, the laboratory shall perform all tests in the order which follows. Specialized performance require-ments shall be tested in the order specified in the appropriate paragraphs of Section 2.2.

### 2.1.2 AIR INFILTRATION TEST

With the unit closed and locked, it shall be subjected to an air infiltration test in accordance with ASTM E 283-91.

In dual windows, the test shall be performed with the window in the winter mode. Air infiltration shall not exceed the amount shown in the table under Section 2.1.

### 2.1.3 WATER RESISTANCE TEST

With the unit closed and locked. R and C windows and doors shall be subjected to a water resistance test in accordance with ASTM E 547-86 of four test cycles, each cycle consisting of five minutes with pressure applied and one minute with pressure released, during which the water spray is continuously applied. In dual windows, the test shall be performed with the unit in both the summer and winter modes. HC windows and doors shall be tested for water resistance in accordance with both ASTM E 331-86 and ASTM E 547-86. AW windows and doors shall be tested for water resistance in accordance with ASTM E 331-86. There shall be no leakage as defined in the test method at the specified test pressure given in pounds per square foot (psf).

2.1.4 UNIFORM LOAD TESTS

**2.1.4.1 Uniform Load Deflection Test** (For AW Architectural Windows Only)

The unit shall be subjected to a uniform load at the specified design pressure in Section 2.1 given in pounds per square foot (psf) applied both positively and negatively to the surface of the unit. No member shall deflect more than 1/175 of its span. Test shall be conducted in accordance with ASTM E 330-90.

2.1.4.2 UNIFORM LOAD STRUCTURAL TEST

A minimum uniform load as specified (given in pounds per square foot) shall be applied to the unit, first the exterior pressure (positive) and then the interior pressure (negative). The sequence of applying the load is allowed to be reversed at the option of the laboratory. Each maximum pressure shall be stabilized and maintained for a period of 10 seconds. Tests shall be conducted in accordance with ASTM E 330-90. The unit shall be evaluated after each load. Dual windows shall be tested in both the summer and winter modes.

2.1.5 SAFETY DROP TEST
(For vertically operating secondary window sash in dual windows only)

When the glazed sash is allowed to "free fall" the maximum distance provided by latch positions, it shall automatically stop in the next lower position on the first attempt and the glass shall be unbroken or, if broken, all pieces shall be retained in the insert.

2.1.6 CONCENTRATED LOAD OF GLASS ADHERENCE TEST (For secondary sash in dual windows only)

A concentrated load equal to the weight of the sash but not less than 15 pounds (6.8kg) acting parallel to the plane of the glass in the direction tending to pull the member off the glass and applied alternately for three minutes at the center of all surrounding members of a glazed sash shall not cause surround members to deflect more than 1/8" (3.18mm) each.

2.1.7 WELDED CORNER TEST (PVC products only)

When main frame, sash or panel members are welded, all corners in the test unit shall be tested in accordance with the test method in Appendix A and meet the following requirement:

Weld seam shall be tested in the condition existing in the produced window or door product, except that all reinforcing shall be removed before performing the test.

**2.1.7.1** When loaded to failure, the entire break shall not extend along the weld line.

2.1.8 FORCED-ENTRY RESISTANCE (optional)

Where forced-entry resistance characteristics are mandatory, all windows shall conform to ASTM F 588-85 (Performance Level 10) or AAMA 1302.5-1976 and all glass doors shall conform to ASTM F 842-83 (Performance Grade 10) or AAMA 1303.5-1976. In dual windows, only the designated primary window shall be tested.

*NOTE: This paragraph applies provided local code requirements are not in conflict. In case of conflict the local code will obviously govern*

2.1.9 CONDENSATION RESISTANCE (optional)

When tested in accordance to AAMA 1503.1-88, the Condensation Resistance Factor (CRF) shall not be less than the value in the table below for the "CRF-Class" desired.

| CRF Class | Minimum Tested CRF |
|---|---|
| C65 | 65 |
| C55 | 55 |
| C50 | 50 |
| C45 | 45 |
| C35 | 35 |

*NOTE: See Appendix for detailed considerations concerning condensation resistance.*

2.1.10 THERMAL TRANSMITTANCE (optional)

When tested in accordance to AAMA 1503.1-88 the thermal transmittance (U) shall not exceed the values in the table below for the "U Value Class" desired.

| U-value Class | Minimum Tested "U"* |
|---|---|
| U30 | 0.30 |
| U40 | 0.40 |
| U50 | 0.50 |
| U60 | 0.60 |
| U70 | 0.70 |

*"U" = BTU/h • $ft^2$ • F
*NOTE: See Appendix for detailed considerations concerning thermal transmittance*

**2.2.4.5.2 Deglazing Test** (Primary Window Sash Only)
There shall be no disengagement of glazing surround members of operable sash when tested in accordance with ASTM E 987-88. The load for vertical rails shall be 70 lbf (311N), and 50 lbf (222N) for all other rails.

**2.2.4.5.3 Life Cycle Testing** (AW designated windows only)
When tested in accordance with AAMA 910-93, there shall be no damage to fasteners, hardware parts, or any other damage which would cause the window to be inoperable, and air infiltration and water resistance tests shall not exceed the primary performance requirements specified in Section 2.1.

## 2.2.5 PROJECTED WINDOWS

**2.2.5.1 Definition**
Projected windows have one or more ventilators hinged or pivoted at the top or bottom which project outward or inward from the plane of the window, with or without fixed lites of glass. One or more locking handles are furnished to secure the ventilators tightly in the frame in the closed position.

**2.2.5.2 Designations and Types**
Projected windows shall meet all the applicable requirements of Sections 1, 2.1 and this Section for one of the following window designations.

| Window Designation | Type |
|---|---|
| P-R15 | Residential |
| P-C20 | Commercial |
| P-HC40 | Heavy Commercial |
| P-AW40 | Architectural |

**2.2.5.3 Hardware**

**2.2.5.3.1** Each ventilator shall be provided with two balance arms, with adjustable, non-abrasive friction pivots and/or friction shoes, to support it in any open position or shall have concealed, four-bar friction hinges meeting AAMA 904.1-87.

**2.2.5.3.2** For those windows tested with two or more locking devices, only one locking device is required on ventilators 3'0" (910mm) wide or less for C designated windows, and 3'6" (1070mm) wide or less for HC and AW designated windows.

**2.2.5.4 Test Sample Requirements**
Each specimen submitted for tests shall be a completely assembled and glazed window of standard construction made in accordance with one or more of the ventilator and, where indicated, fixed glass arrangements and be at least the minimum dimensions shown in the table:

*NOTE: All dimensions are outside to outside.*



| Test Unit | Also Qualifies |
|---|---|
| A | B, C, F*, G* |
| B | G |
| C | F |
| D | G |
| E | F |
| F | None |
| G | None |

**When testing unit A to qualify units F and G, the air infiltration of each ventilator shall be determined. Each ventilator shall meet the allowable air infiltration requirements.*

| MINIMUM VENTILATOR SIZE | | |
|---|---|---|
| Window Designation | Project-In | Project-Out |
| R | 4'0" (1220mm) x 1'4" (410mm) | 4'0" (1220mm) x 1'4" (410mm) |
| C | 4'0" (1220mm) x 1'4" (410mm) | 4'0" (1220mm) x 2'8" (810mm) |
| HC | 5'0" (1520mm) x 1'4" (410mm) | 4'0" (1220mm) x 2'8" (810mm) |
| AW | 5'0" (1520mm) x 1'4" (910mm) | 5'0" (1520mm) x 3'0" (910mm) |
| Test Unit | Window Designation | Minimum Frame Height |
| A,B | R | 5'9" (1750mm) |
| C,D,E | C | 8'0" (2440mm) |
| | HC | 8'0" (2440mm) |
| | AW | 8'0" (2440mm) |

**2.2.5.5 Performance Requirements**

The following tests are in addition to primary performance requirements specified in Section 2.1.

**2.2.5.5.1 Hardware Load Test** (R designated windows only)

The test is performed on a glazed window with each ventilator open to 45°, securely clamped and continuously supported around outside perimeter. One free corner of each open ventilator shall be securely held in the 45° position by blocking between the corner of the ventilator and a fixed portion of window. A 17 lbf (76N) concentrated load, acting from outside, perpendicular to the plane of a fixed portion and applied to the free rail of the ventilator at the point of the locking handle attachment, shall not cause a deflection at the free corner opposite the blocked corner, measured perpendicular to the plane of the fixed position, greater than 3.500 inches (88.9mm). There shall also be no glass breakage or damage to hardware and window parts that would make it inoperable.

**2.2.5.5.2 Ventilator Torsion Tests** (C designated windows only)

With frame jambs rigidly supported in a vertical position, each glazed ventilator shall be opened to 45°. All friction shall be removed from both jambs at sliding shoes, and each ventilator shall be free to move in its tracks. One side of the ventilator shall be blocked at the sliding shoe to prevent movement. A 30 lbf (133N) concentrated load, applied vertically at the horizontal center of the hardware rail of each ventilator in the direction tending to force the ventilator toward a closed position, shall not cause a deflection at the free corner greater than indicated in the table, measured vertically at the corner of the opposite blocked sliding shoe:

**Maximum Deflection (inches)** = 1.50 A/10.7
where: A = area of tested ventilator ($ft^2$)

or

**Maximum Deflection (mm)** = 38.1 B/.994
where B = area of tested ventilator ($m^2$)

Ventilator area shall be calculated using outside to outside dimensions. There shall be no glass breakage or damage to hardware and window parts that would make it inoperable.

**2.2.5.5.3 Torsion Test** (HC designated windows only)

The test is performed on an unglazed ventilator. The ventilator is supported on fulcrums at diagonally opposite corners with a third corner diagonally opposite the loaded corner secured in the same plane by a fulcrum support block and clamp. A 15 lbf (67N) concentrated load, acting at the unrestrained corner of the ventilator shall not cause a deflection at the unrestrained corner greater than indicated in the table.

**Maximum Deflection (inches)** = 1.625 A/13.34
where: A = area of tested ventilator ($ft^2$)

or

**Maximum Deflection (mm)** = 41.3 B/1.24
where B = area of tested ventilator ($m^2$)

Ventilator area shall be calculated using outside to outside dimensions. Deflection shall be measured from the original position of the free corner after deflecting from its own weight.

**2.2.5.5.4 Horizontal Concentrated Load Test on Latch Rail** (Each ventilator)(HC designated windows only)

Support each unglazed ventilator by clamping the stiles, 6" (152mm) from the latch, to the horizontal supports under the jambs. A 30 lbf (133N) concentrated load applied to the center of the span of the latch rail, perpendicular to the plane of the ventilator, first in one direction then in the opposite direction, shall not cause a deflection at the point of load application greater than 0.062" (1.57mm).

**2.2.5.5.5 Vertical Concentrated Load Test on Latch Rail** (Each ventilator) (HC designated windows only)

Clamp the stiles of each unglazed ventilator to vertical supports 6" (152mm) from the latch rail. A 30 lbf (133N) concentrated load applied at the center of the span of the latch rail, first in one direction then in the opposite direction, parallel to the plane of the ventilator, shall not cause a deflection at the point of load application greater than 0.062" (1.57mm).

**2.2.5.5.6 Torsion Load Test on Intermediate Frame Rails** (HC designated windows only)

Place an unglazed window frame in a horizontal position. Apply a 40 lbf-in. (4.52 N•m) load [10 pounds (45.4 kg) on a 4" (102mm) lever arm measured from the extremity of the rail], at the center of the span of each intermediate horizontal rail, first in one direction, then in the opposite direction. Vertical deflection at point of load application shall be not greater than 0.070" (1.78mm).

**2.2.5.5.7 Vertical Concentrated Load Test on Intermediate Frame Rails** (Over each ventilator) (HC designated windows only)

Clamp the jambs of the unglazed unit to vertical support 6" (152mm) from the test rails. A 30 lbf (133N) concentrated load applied at the center of the span of any intermediate rail parallel to the plane of the window, first in one direction then in the opposite direction, shall not cause a deflection at the point of the load application greater than 0.062" (1.57mm).

**2.2.5.5.8 Balance Arm Load Test** (HC designated windows only)

If two or more ventilators are included in the test unit, compare the balance arm materials and cross sections, pivots, etc. If judged equal, test the largest ventilator only. Otherwise test all arms.

Support the unglazed unit at 45° to the vertical and clamp the frame at its full height. Open the ventilator 45°, with the balance arms in compression, and block the ventilator in the level position at both friction shoes. Apply a 60 lbf (267N) concentrated load vertically downward at one free corner of the ventilator for one minute. Then apply a 60 lbf (267N) concentrated load vertically downward at the other free corner of ventilator for 1 minute. After removal of loads, the balance arms shall function normally with no apparent damage.

**2.2.5.5.9 Life Cycle Testing** (AW designated windows only)

When tested in accordance with AAMA 910-93, there shall be no damage to fasteners, hardware parts, support arms, actuating mechanisms or any other damage which would cause the window to be inoperable, and air infiltration and water resistance tests shall not exceed the primary performance requirements specified in Section 2.1.

# OPTIONAL PERFORMANCE CLASSES

*NOTE: This Section contains additional requirements and tests for products when required by the specifier. It incorporates both higher Uniform Load Structural Test Pressures and higher Water Resistance Test Pressures than those contained in Section 2.*

*As specified below, this Section is to be used in conjunction with both Section 1 and Section 2. All products tested under this Section are required to conform with all of the particular requirements of Sections 1 and 2 for the product designation under consideration.*

## 3.1 GENERAL

After conforming to the general requirements of Section 1 and the primary performance requirements for the minimum performance class listed in Section 2.1 and all of the specific product performance requirements for the product as listed in Section 2.2, a product is permitted to be tested in the same or a smaller test size for conformance to an Optional Performance Class as listed on the table below.

## 3.2 CRITERIA

A higher than minimum performance class designation means that the product has successfully been tested to conform to higher uniform load structural and water resistance criteria than the performance levels specified in Section 2.1.

The structural test pressures shown are for both positive and negative loads. At the conclusion of these tests, there shall be no glass breakage, permanent damage to fasteners, hardware parts, support arms or actuating mechanisms or any other damage which causes the window or door to be inoperable.

There shall be no permanent deformation of any main frame, sash, panel or ventilator member in excess of 0.4% of its span for R, C and HC grade products or 0.2% of its span for AW grade products. In dual windows the 0.4% permanent deformation requirement applies to primary window members only.

Where the manufacturer offers or specifies an exterior screen, the water resistance test is to be performed both with and without the screen in place.

Optional performance higher than values indicated in the table in increments of 5 may be used. When these higher classes are used, the following relationships shall be followed:

| | | |
|---|---|---|
| Design Pressure | = | Performance Class |
| Structural Test Pressure | = | 1.5 x Design Pressure |
| Water Resistance Test Pressure: | | |
| R, C & HC | = | 15 x Positive Design Pressure |
| AW | = | .20 x Positive Design Pressure (Maximum 12 psf) |

## 3.3 WATER RESISTANCE TEST

With the unit closed and locked, R and C windows and doors shall be subjected to a water resistance test in accordance with ASTM E 547-86 with four test cycles, each cycle consisting of five minutes with pressure applied and one minute with pressure released, during which the water spray is continuously applied. In dual windows, the test shall be performed with the unit in both the summer and winter modes.

For Optional Performance Classes of 40 or above, R, C and HC windows and doors shall also be tested for water resistance in accordance with ASTM E 331-86.

For AW windows and doors only, water resistance tests shall be performed in accordance with ASTM E 331-86 at the test pressure for the desired performance class both before and after life cycle testing in accordance with AAMA 910-93.

For all classes there shall be no leakage as defined in the test method, at the specified test pressure (given in pounds per square foot.)

| OPTIONAL PERFORMANCE CLASS | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Optional Performance Class | Applicable Product Designation | Design Pressure | | Structural Test Pressure | | Water Resistance Test Pressure | | | |
| | | | | | | R, C and HC | | AW | |
| | | lb/ft² | (Pa) | lb/ft² | (Pa) | lb/ft² | (Pa) | lb/ft² | (Pa) |
| 20 | R | 20.0 | (958) | 30.0 | (1436) | 3.00 | (143.6) | — — | — — |
| 25 | R,C | 25.0 | (1197) | 37.5 | (1796) | 3.75 | (179.6) | — — | — — |
| 30 | R,C | 30.0 | (1436) | 45.0 | (2155) | 4.50 | (215.5) | — — | — — |
| 35 | R,C | 35.0 | (1676) | 52.5 | (2514) | 5.25 | (251.4) | — — | — — |
| 40 | R,C | 40.0 | (1915) | 60.0 | (2873) | 6.00 | (287.3) | 8.00 | (383.0) |
| 45 | R,C,HC,AW | 45.0 | (2155) | 67.5 | (3232) | 6.75 | (323.2) | 9.00 | (430.9) |
| 50 | R,C,HC,AW | 50.0 | (2394) | 75.0 | (3591) | 7.50 | (359.1) | 10.00 | (478.8) |
| 55 | R,C,HC,AW | 55.0 | (2633) | 82.5 | (3950) | 8.25 | (395.0) | 11.00 | (526.7) |
| 60 | R,C,HC,AW | 60.0 | (2873) | 90.0 | (4309) | 9.00 | (430.9) | 12.00 | (574.6) |
| 65 | R,C,HC,AW | 65.0 | (3112) | 97.5 | (4668) | 9.75 | (466.8) | 12.00 | (574.6) |
| 70 | R,C,HC,AW | 70.0 | (3352) | 105.0 | (5027) | 10.50 | (502.7) | 12.00 | (574.6) |
| 75 | R,C,HC,AW | 75.0 | (3591) | 112.5 | (5387) | 11.25 | (538.7) | 12.00 | (574.6) |
| 80 | R,C,HC,AW | 80.0 | (3830) | 120.0 | (5746) | 12.00 | (574.6) | 12.00 | (574.6) |

### 3.4 UNIFORM LOAD TESTS

**3.4.1 UNIFORM LOAD DEFLECTION TEST** (AW Architectural Windows Only)

The unit shall be subjected to a uniform load at the specified design pressure in Section 3.2 given in pounds per square foot (psf) applied both positive and negative to the surface of the unit. No member shall deflect more than 1/175 of its span. Test shall be conducted in accordance with ASTM E 330-90.

**3.4.2 UNIFORM LOAD STRUCTURAL TEST**

A minimum uniform load as specified (given in pounds per square foot) shall be applied to the unit, first the exterior pressure (positive) and then the interior pressure (negative). The sequence of applying load may be reserved at the option of the laboratory. Each maximum pressure shall be stabilized and maintained for a period of 10 seconds. Tests shall be conducted in accordance with ASTM E 330-90. Unit shall be evaluated after each load. Dual windows shall be tested in both the summer and winter modes.

### 3.5 IDENTIFICATION

Products tested and attaining a higher performance class can be identified by test size, and rated by replacing the 15 (for R products), 20 (for C products) and 40 (for HC and AW products) with the numerical designation for the highest performance class level attained during the test.

For example, if a DH-HC40 product which has passed the General Requirements of Section 1, performance requirements in Section 2.1 and the specific test criteria of Sections 2.2, is then tested and passes the performance requirements for an Optional Performance Class 60 according to Section 3, that product is now identified as a DH-HC60.

**CORNER WELD TEST PROCEDURE** (Rigid PVC products only)

**1. Test Procedure**

**1.1** The welded corner samples shall be of sufficient size to be acccommodated in the test fixture and shall be conditioned per Procedure A of ASTM D 618-61 (90), "Standard Practice for Conditioning Plastics and Electrical Insulating Materials for Testing," prior to testing.

**1.2** The corner sample is to be mounted in the test fixture as indicated.

**2.** Gradually apply load "L" in the direction indicated until breakage of the corner occurs.




Corner Weld Test Fixture

## CAULKING

Proper sealants should be provided and installed by others except that PVC-to-PVC or metal-to-metal contact points shall be sealed by the erection contractor. The window or sealant manufacturer should be consulted to assist in the proper selection of materials and their application.

## GLAZING

Aluminum and PVC products can be prepared for either inside or outside glazing. Consult individual manufacturers to determine their respective glazing details.

## PERFORMANCE REQUIREMENTS

The performance requirements included in Section 2 of this specification were developed by AAMA for use by the entire industry after carrying out experimental tests and observing performance requirements, and were established in preference to specifically designated physical characteristics. Those required of all products are highlighted below.

## AIR INFILTRATION

The standard method of expressing air infiltration is in cubic feet per minute per linear foot of crack length, ($ft^3/min \bullet ft$) [cubic meters per hour per linear meter of crack length ($m^3/h \bullet m$)] or cubic feet per minute per square foot of area ($ft^3/min \bullet ft^2$) [cubic meters per hour per square meter of area ($m^3/h \bullet m^2$)] for a given pressure differential across the product when it is adjusted for normal operation.

The static pressure and wind velocity relationship is expressed mathematically by the formula:

$P = 0.00256V^2$

WHERE:

P = Pressure, $lbf/ft^2$ on a flat surface normal to the wind direction

V = Wind velocity, mph

OR

$P = 0.3173V^2$

WHERE:

P = Pressure, Pa on a flat surface normal to the wind direction

V = Wind velocity, km/h

## WATER RESISTANCE

Resistance to water leakage can be an important consideration in the appearance and maintenance of the product and surrounding areas and, in some cases, the control of humidity.

The test methods used by AAMA for determining water resistance are ASTM E 331-86, "Test Method for Water Penetration of Exterior Windows, Curtain Walls and Doors by Uniform Static Air Pressure Difference," and ASTM E 547-86, "Test Method for Water Penetration of Exterior Windows, Curtain Walls and Doors by Cyclic Static Air Pressure Differential." These nationally recognized standards require the uniform application of water against the exterior surface of the product at a rate of 5 gallons per square foot per hour (0.315 L/min.) This rate corresponds to a rainfall of 8 inches (200mm) per hour. The severity of this test is seen when it is realized that, according to U.S. Department of Commerce, Weather Bureau Technical Paper No. 40-1963, "Rainfall Frequency Atlas of the United States for Durations from 30 Minutes to 24 Hours and Return Periods from 1 to 100 Years", on rainfall frequency published by the National Weather Service, the greatest rainfall expected anywhere in the contiguous 48 United States for a one-hour period during a span of 50 years is less than 5 inches (125mm) per hour.

Since excessive water leakage may jeopardize furnishings and equipment, it is important to design and select products that will not permit significant leakage under normal service conditions. It is generally accepted, however, that water leakage can be tolerated during periods combining high winds and heavy rains.

In recognition of this, water resistance is generally determined at a pressure less than the Design Pressure. The required Water Resistance Test is commonly conducted at a pressure equal to 15% of the Design Pressure for R, C and HC products (20% for AW products) but never less than 2.86 psf (132 Pa) nor more than 12 psf (575 Pa).

# ERRATA

## Voluntary Specifications for Aluminum and Poly (Vinyl Chloride)(PVC) Windows and Glass Doors ANSI/AAMA 101-93

**May 1, 1996**

Please edit your copy of the ANSI/AAMA 101-93 to reflect the following corrections:

Page 1 Change the word "Foreward" to "Foreword."

Page 8 In Section 2.1, Primary Performance Requirements, change the measurement in the column heading, "Water Resistance Test Pressure [3]" from "lfb/ft²" to "lbf/ft²". And, in the table under "Horizontal Sliding Windows," correct the window description "HW-AW40" to read "HS-AW40".

Page 9 In Section 2.1.3, Water Resistance Test, delete "AW windows and doors shall be tested for water resistance in accordance with ASTM E 331-86. There" and replace with: "For AW windows and doors only, water resistance tests shall be performed in accordance with ASTM E 331 at the test pressure for the desired performance class both before and after life cycle testing in accordance with AAMA 910. For all classes there..."

Page 10 In Section 2.1.4.1, change the words in the parenthesis to read, "(For AW Architectural Windows and Doors Only)"

Page 16 Section 2.2.5.4, of the section titled "Projected Windows" the "Minimum Ventilator Size" chart, should be corrected for the HC grade "Project-Out" and AW grade "Project In" columns to read as follows. Please note that the sizes shown in the corrected table are the same sizes given in ANSI/AAMA 101-88.

| MINIMUM VENTILATOR SIZE | | |
|---|---|---|
| **Window Designation** | **Project-In** | **Project-Out** |
| R | 4'0" (1220mm) x 1'4" (410mm) | 4'0" (1220mm) x 1'4" (410mm) |
| C | 4'0" (1220mm) x 1'4" (410mm) | 4'0" (1220mm) x 2'8" (810mm) |
| HC | 5'0" (1520mm) x 1'4" (410mm) | 5'0" (1520mm) x 2'8" (810mm) |
| AW | 5'0" (1520mm) x 1'4" (410mm) | 5'0" (1520mm) x 3'0" (910mm) |
| **Test Unit** | **Window Designation** | **Minimum Frame Height** |
| A,B | R | 5'9" (1750mm) |
| C,D,E | C | 8'0" (2440mm) |
| | HC | 8'0" (2440mm) |
| | AW | 8'0" (2440mm) |

Page 30 In Section 3, Optional Performance Classes, the table in 3.2 "Criteria" should be revised to include asterisks, as shown below, representing the maximum pressures for AW grade windows.

| | | |
|---|---|---|
| Design Pressure | = | Performance Class |
| Strucutral Test Pressure | = | 1.5 x Design Pressure |
| Water Resistance Test Pressure | | |
| R, C & HC | = | .15 x Positive Design Pressure* |
| AW | = | .20 x Positive Design Pressure* |
| | | *(Maximum 12 psf) |

Page 31 Section 3.4.1, change the wording in the parenthesis to read, "(For AW Architectural Windows and Doors Only)."

Page 37 In the footnote at the bottom of the page, change the word "formally" to "formerly."

Page 45 Change the Screen Manufacturers Association phone number to read 312/525-2644.