Terrance L Kline
11/02/99 02:46 PM

To: Lonnie R Moyer/MECH/NICP/NAVSUP@NAVSUP
cc:
Subject: Re: Monitor Windows for "110 Roof Project"

Since you have found three or more manufacturers that can meet the specification, to reduce the number form the 20 psi would serve no purpose.

I agree that the contractor should choose from the manufacturers that can meet all aspects of the specification.

Are there any additional issues.
Lonnie R Moyer

Lonnie R Moyer
11/02/99 09:08 AM

To: Terrance L Kline/MECH/NICP/NAVSUP@NAVSUP
cc:
Subject: Monitor Windows for "110 Roof Project"

Terry,

As you know, I gave a list of three window manufacturers who can meet the spec. for water resistance, to the ROICC office. These manufacturers were: Graham Architectural Products, J. Sussman Inc., and Forte, Inc. Another manufacturer, Peterson Window Corp. has said that they can meet the spec. , but I have not received their information yet. The requirement in the spec is for a water resistance test of 20 psf with no leaks. This requirement should have been 10 psf or perhaps even lower. Bob Rosenberry has advised me that we should not revise this requirement at this time. The consequences may be as follows: (1) The contractor used this item as an excuse for his time delay. A change now would justify his delays and may cost us for delays. (2) LD's would be canceled. (3) Other bidders may file a complaint since they would have bid on the original spec.

R/ L. Moyer

EXHIBIT
G

PLAINTIFF'S EXHIBIT
3
4-12-05