IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2825C (Judge Baskir) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED**
**MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 21 days, until February 6, 2007, to file its response brief and cross-motion for summary judgment in this matter, and further requests that the remaining deadlines in the briefing schedule for dispositive motions be moved back accordingly. This is defendant's first request for an enlargement of time for this purpose. Defendant's response brief and cross-motion for summary judgment is currently due on January 16, 2007. Defendant's counsel has contacted plaintiff's counsel, who has stated that plaintiff does not oppose this motion.

This enlargement of time is necessary because defendant's counsel requires additional time to consult with agency counsel regarding the Government's response to plaintiff's motion for summary judgment, and the

Government's cross-motion for summary judgment. Additionally, because of scheduled leave, defendant's counsel and agency counsel were not able to communicate during the last weeks of December, 2006. The additional three weeks will give defendant's counsel sufficient time to confer with agency counsel, draft the Government's brief, and obtain the necessary internal review.

Defendant respectfully requests that the Court enlarge, by 21 days, all remaining deadlines for the briefing of dispositive motions as follows:

- Defendant will file its response brief and cross-motion for summary judgment on or before February 6, 2007.
- Plaintiff will file its response to the Government's cross-motion for summary judgment and its reply brief on or before February 27, 2007.
- Defendant will file its reply brief on or before March 20, 2007.

A consolidated statement of uncontroverted facts shall be jointly filed no later than seven days following completion of summary judgment briefing.

For these reasons, defendant respectfully requests that the Court grant its motion for enlargement and enlarge the deadlines for the briefing of dispositive motions by 21 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:

ALAN R. CARAMELLA
Senior Trial Attorney
NAVFAC Litigation Office
Washington, D.C. 20374-5051

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

electronically filed
January 10, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad