# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: January 12, 2007)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

Defendant's first unopposed **Motion for an Enlargement of Time** (21 days) for all deadlines for the briefing of dispositive motions is hereby **GRANTED as follows:**

- Defendant will file its Response brief and Cross Motion for Summary Judgment by February 6, 2007;
- Plaintiff will file its Response brief to the Cross Motion and Reply brief by February 27, 2007;
- Defendant will file its Reply brief no later than March 20, 2007;
- Consolidated Statement of Uncontroverted Facts shall be jointly filed no later than March 27, 2007.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge