## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS, CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully moves to dismiss plaintiff's amended complaint, with the exception of the appeal of the liquidated damages assessment, because the claim for Government-caused delay presented in the amended complaint was never presented as a certified claim to the contracting officer, as required by the Contract Disputes Act ("CDA"), 41 U.S.C. § 605(a), (c). Additionally, pursuant to RCFC 56(b), defendant respectfully cross-moves for summary judgment and responds in opposition to plaintiff's motion for partial summary judgment. In support of these motions, defendant relies upon the amended complaint, the brief filed contemporaneously with this motion, the consolidated statement of uncontroverted facts to be filed by the parties at

the close of briefing, and the appendix that will be filed contemporaneously with the parties' consolidated statement of uncontroverted facts.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:

ALAN R. CARAMELLA
Senior Trial Attorney
NAVFAC Litigation Office
Washington, D.C. 20374-5051

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

electronically filed
February 6, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2007, a copy of the foregoing "DEFENDANT'S MOTION TO DISMISS, CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT" and the attached "DEFENDANT'S BRIEF IN SUPPORT OF ITS MOTION TO DISMISS, CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad