IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2825C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of Court of the Federal Claims, Plaintiff, M. Maropakis Carpentry, Inc. ("Maropakis") respectfully requests that the Court enlarge, by twenty-eight (28) days, all remaining deadlines for the briefing of dispositive motions.

On January 10, 2007, Defendant filed an Unopposed Motion for Enlargement of Time for briefing of dispositive motions requesting a twenty–one (21) day extension as follows:

- The United States will file its Responsive Brief and Cross-Motion for Summary Judgment no later than February 6, 2007.
- Maropakis will file its Response to the Cross-Motion for Summary Judgment and Reply Brief no later than February 27, 2007.
- The United States will file its reply brief no later than March 20, 2007.

On January 12, 2007, the Court issued an order granting Defendant's Motion and incorporating the above briefing schedule for dispositive motions.

Maropakis' counsel, David Francis, has been undergoing treatment at the National Institute of Health ("NIH") in Bethesda, Maryland. Between now and March 27, 2007, Mr. Francis will be at NIH no less than four (4) times. Further, Mr. Francis is attached to a jury trial before the Honorable Richard P. Conaboy in the United States District Court for the Middle District of Pennsylvania beginning on March 12, 2007. This federal jury trial is scheduled to last at least five (5) days. Granting this enlargement will not cause any material inconvenience, prejudice, or delay.

Maropakis respectfully requests that the Court enlarge, by twenty-eight (28) days, the deadlines for the remaining briefing of dispositive motions as follows:

- Maropakis will file its Response to the Cross-Motion for Summary Judgment and Reply Brief no later than March 27, 2007.

- The United States will file its reply brief no later than April 17, 2007.

A Consolidated Statement of Uncontested Facts shall be jointly filed no later than 7 days following completion of summary judgment briefing.

This is Maropakis' fourth request for an enlargement of time for briefing of dispositive motions. Counsel for Maropakis has conferred with Defendant's counsel, who does not oppose this enlargement.

Accordingly, the undersigned respectfully requests that the Court enlarge, by twenty-eight (28) days, the remaining briefing schedule for summary judgment motions.

Respectfully submitted,

RHOADS & SINON LLP

By: /s/David W. Francis

David W. Francis
Kelly H. Decker
One South Market Square
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2007, a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David W. Francis