IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., Plaintiff, | ) | |
| v. | ) | No. 03-2825C (Judge Baskir) |
| THE UNITED STATES, Defendant. | ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of Court of the Federal Claims, Plaintiff, M. Maropakis Carpentry, Inc. ("Maropakis") and Defendant, the United States ("Defendant") respectfully request that the Court enlarge, by thirteen (13) days, all remaining deadlines for the briefing of dispositive motions.

On March 23, 2007, Plaintiff filed an Unopposed Motion for Enlargement of Time for briefing of dispositive motions requesting a seven (7) day extension as follows:

- Maropakis will file its Response to the Cross-Motion for Summary Judgment and Reply Brief no later than April 3, 2007.
- The United States will file its reply brief no later than April 24, 2007.

On March 23, 2007, the Court issued an order granting Plaintiff's Motion and incorporating the above briefing schedule for dispositive motions.

Maropakis' counsel, David Francis, has been undergoing treatment in a clinical trial at the National Institute of Health ("NIH") in Bethesda, Maryland. After Plaintiff filed its motion for enlargement on Friday, March 23, 2007, Mr. Francis was informed by NIH that they had scheduled him for two additional appointments during the week of March 26th that required him to be out of the office all day on March 26th and again, all day on March 28th.

Further, counsel of record for the United States will be out of the country from April 27th until May 6th. Granting this enlargement will not cause any material inconvenience, prejudice, or delay.

The parties jointly and respectfully request that the Court enlarge, by thirteen (13) days, the deadlines for the remaining briefing of dispositive motions as follows:

- Maropakis will file its Response to the Cross-Motion for Summary Judgment and Reply Brief no later than April 16, 2007.
- The United States will file its reply brief no later than May 14, 2007.

A Consolidated Statement of Uncontested Facts shall be jointly filed no later than 7 days following completion of summary judgment briefing.

Between the parties, this is the seventh request for an enlargement of time for briefing of dispositive motions. Counsel for both parties have conferred and agree to the above schedule.

Accordingly, the undersigned respectfully requests that the Court enlarge, by thirteen (13) days, the remaining briefing schedule for summary judgment motions.

Respectfully submitted,

s/David W. Francis
DAVID W. FRANCIS
dfrancis@rhoads-sinon.com

s/Kelly H. Decker
KELLY H. DECKER
kdecker@rhoads-sinon.com
RHOADS & SINON LLP
1 S. Market Square
Harrisburg, PA 17101
(717) 233-5731

*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, NW
Attn: Classification Unit, 8th Floor
Washington, DC 20530
(202) 616-2279

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2007, a true and correct copy of the foregoing Joint Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David W. Francis ____________