IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2825C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of Court of the Federal Claims, Plaintiff, M. Maropakis Carpentry, Inc. ("Maropakis") respectfully requests that the Court enlarge, by fourteen (14) days, all remaining deadlines for the briefing of dispositive motions.

On March 28, 2007, the Parties filed a Joint Motion for Enlargement of Time for briefing of dispositive motions requesting a thirteen (13) day extension as follows:

- Maropakis will file its Response to the Cross-Motion for Summary Judgment and Reply Brief no later than April 16, 2007.

- The United States will file its reply brief no later than May 14, 2007.

On March 30, 2007, the Court issued an order granting the Joint Motion and incorporating the above briefing schedule for dispositive motions.

Maropakis' counsel, David Francis, continues to undergo treatment in a clinical trial at the National Institute of Health ("NIH") in Bethesda, Maryland for malignant brain cancer. Mr. Francis has been required to travel to Bethesda several times per month for chemotherapy, MRI testing, blood and urine testing, and doctor's appointments. In March Mr. Francis traveled to NIH five (5) times. His cancer and treatment schedule have adversely impacted his ability to finalize Maropakis pending responsive brief.

Counsel for the United States will be out of the country from April 27th until May 6th. Granting this enlargement will not cause any material inconvenience, prejudice, or delay. The Untied States concurs in this motion.

Maropakis respectfully requests that the Court enlarge, by fourteen (14) days, the deadlines for the remaining briefing of dispositive motions as follows:

- Maropakis will file its Response to the Cross-Motion for Summary Judgment and Reply Brief no later than April 30, 2007.

- The United States will file its reply brief no later than May 21, 2007.

A Consolidated Statement of Uncontested Facts shall be jointly filed no later than 7 days following completion of summary judgment briefing.

Between the parties, this is the seventh request for an enlargement of time for briefing of dispositive motions. Counsel for both parties have conferred and agree to the above schedule.

Accordingly, the undersigned respectfully requests that the Court enlarge, by fourteen (14) days, the remaining briefing schedule for summary judgment motions.

Respectfully submitted,

By: /s/David W. Francis
DAVID W. FRANCIS
dfrancis@rhoads-sinon.com

By: /s/Kelly H. Decker
KELLY H. DECKER
kdecker@rhoads-sinon.com
RHOADS & SINON LLP
1 S. Market Square
Harrisburg, PA 17101
(717) 233-5731

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2007, a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David W. Francis