# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: April 13, 2007)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

Plaintiff's April 12, 2007, unopposed Motion for a 14-day Enlargement of Time for the parties' briefing schedule **is hereby granted** as follows:

- **Plaintiff** shall file its **Response to the Cross Motion for Summary Judgment and Reply brief** no later than **April 30, 2007**;
- **Defendant's Reply brief** shall be filed no later than **May 21, 2007**;
- A Consolidated Statement of Uncontroverted Facts shall be filed no later than 7 days following completion of summary judgment briefing.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge