IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2825C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED**
**MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of eight days, to and including May 29, 2007, to file its reply brief in this matter, and further requests that the parties be permitted to file the Consolidated Statement of Uncontroverted Facts no later than 14 days following the filing of defendant's reply brief. This is defendant's first request for an enlargement of time for this purpose. Defendant's reply brief is currently due on May 21, 2007. Defendant's counsel has contacted plaintiff's counsel, who has stated that plaintiff does not oppose this motion.

This enlargement of time is necessary because defendant's counsel was out of the office on vacation from April 27 to May 6, 2007, and because of defendant's counsel's current work load, which includes filing a

brief in the United States Court of Appeals for the Federal Circuit on May 15, 2007. The additional eight days will give defendant's counsel sufficient time to confer with agency counsel, draft the Government's brief, and obtain the necessary internal review.

Additionally, defendant requests an additional seven days to file the Consolidated Statement of Uncontroverted Facts in this matter because of the multiple documents that will need to be compiled to go into the appendix for the summary judgment briefing. The additional week will permit the parties to compile the documents and agree upon the statement of uncontroverted facts.

For these reasons, defendant respectfully requests that the Court enlarge by eight days, its deadline to file its reply brief, and additionally enlarge by seven days the deadline to file the Consolidated Statement of Uncontroverted Facts in this matter, so that the Consolidated Statement of Uncontroverted Facts is due no later than 14 days following the filing of defendant's reply brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

OF COUNSEL:

ALAN R. CARAMELLA
Senior Trial Attorney
NAVFAC Litigation Office
Washington, D.C. 20374-5051

s/ Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

electronically filed,
May 15, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad