# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: May 16, 2007)

******************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
******************************************************

## ORDER

Defendant's unopposed Motion for an Enlargement of Time (filed May 15, 2007) of 8 days to file its **reply** brief and 14 days to file its **Consolidated Statement of Uncontroverted Facts** is hereby **GRANTED as follows:**

- Defendant will file its **reply brief** no later than **May 29, 2007**;
- **Consolidated Statement of Uncontroverted Facts** shall be jointly filed no later than 14 days after completion of summary judgment briefing, or no later than **June 12, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge