# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: June 6, 2007)

| | |
|---|---|
| ****************************************************** | |
| M. MAROPAKIS CARPENTRY, INC., | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| | * |
| ****************************************************** | |

**ORDER**

Plaintiff's first unopposed Motion for an Enlargement of Time (filed June 5, 2007) of 14 days, until **June 26, 2007**, to file its **Consolidated Statement of Uncontroverted Facts** is hereby **GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge