# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: July 17, 2007)

*****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Plaintiff's third unopposed **Motion for an Enlargement of Time** (7 days, for a total of 42 days) until **July 24, 2007**, to file its **Consolidated Statement of Uncontroverted Facts** is hereby **GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge