# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: July 23, 2007)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

Plaintiff's fourth unopposed **Motion for an Enlargement of Time** (14 days, for a total of 56 days) until **August 7, 2007**, to file its **Consolidated Statement of Uncontroverted Facts** is hereby **GRANTED.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge