# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: August 7, 2007)

| | |
|---|---|
| M. MAROPAKIS CARPENTRY, INC., *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

Plaintiff's unopposed **Motion for an Enlargement of Time** filed **August 2, 2007**, to file its **Consolidated Statement of Uncontroverted Facts** is hereby **GRANTED. The Plaintiff shall file the Consolidated Statement of Uncontroverted Facts on August 31, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge