# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed September 4, 2007)

*****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Plaintiff's unopposed **Motion for a 14-day (for a total of 98 days) Enlargement of Time** filed **August 29, 2007**, to file its **Consolidated Statement of Uncontroverted Facts** is hereby **GRANTED. The Plaintiff shall file the Consolidated Statement of Uncontroverted Facts on September 14, 2007.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge