IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this _____ day of _______________, 2007, upon consideration of the Plaintiff's Unopposed Motion for Enlargement of Time, it is hereby ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the deadline for the filing of the Consolidated Statement of Uncontroverted Facts is enlarged from September 14, 2007 to October 5, 2007. The Consolidated Statement of Uncontested Facts shall be jointly filed no later than October 5, 2007.

**IT IS SO ORDERED.**

_______________________________
Judge Lawrence M. Baskir