IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2825C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of Court of the Federal Claims, Plaintiff, M. Maropakis Carpentry, Inc. ("Maropakis") respectfully requests that the Court enlarge the deadline for filing the parties' Consolidated Statement of Uncontroverted Facts to October 26, 2007. This is Plaintiff's seventh request for an enlargement of time for this purpose. The Consolidated Statement of Uncontroverted Facts is currently due on October 5, 2007. Plaintiff's counsel has contacted Defendant's counsel, who has stated that Defendant does not oppose this motion.

An enlargement of time is necessary because Plaintiff's counsel, David Francis, was diagnosed with proteinuria. Proteinuria is a condition caused by the therapy that Mr. Francis is undergoing. It is damage to the kidneys which allows protein to enter the urine. This can result in kidney failure.

Mr. Francis is also continuing to receive treatment at the National Institute of Health ("NIH") in Bethesda, Maryland for Brain Cancer.

Maropakis is diligently working to revise a draft of the Statement of Uncontroverted Facts provided by Defendant which will include many modifications and additional exhibits for the Court's consideration.

Counsel for the Defendant has advised that she will need time to review Plaintiff's additional facts and documents as well as have her supervisor review them.

The additional time will give counsel for Plaintiff and Defendant ample time to compile the documents to include in the joint appendix for the summary judgment briefing and will permit the parties to agree upon the statement of uncontroverted facts. Granting this enlargement will not cause any material inconvenience, prejudice, or delay.

For these reasons, Plaintiff respectfully requests that the Court enlarge the deadline to file the Consolidated Statement of Uncontroverted Facts in this matter to October 26, 2007.

Respectfully submitted,

RHOADS & SINON LLP

By: /s/David W. Francis

David W. Francis
Kelly H. Decker
One South Market Square
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this October 4, 2007, a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David W. Francis