# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: December 13, 2006)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

Plaintiff's third unopposed **Motion for an Enlargement of Time** (1 day for a total of 22 days) for all deadlines for the briefing of dispositive motions is hereby **GRANTED as follows:**

- Plaintiff will file its Motion for Summary Judgment by December 14, 2006;
- Defendant will file its response brief and Cross Motion for Summary Judgment by January 16, 2007;
- Plaintiff will file its response brief to the Cross Motion and reply brief by February 6, 2007;
- Defendant will file its reply brief no later than February 27, 2007;
- Consolidated Statement of Uncontroverted Facts shall be jointly filed no later than 7 days after completion of summary judgment briefing.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge