# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: January 28, 2008)

******************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
******************************************************

## ORDER

Plaintiff's twelfth unopposed **Motion for an Enlargement of Time** to file the Consolidated Statement of Uncontroverted Facts is hereby **GRANTED.** The Consolidated Statement of Uncontroverted Facts shall be filed no later than **February 14, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge