# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: February 15, 2008)

*************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*************************************************

**ORDER**

Plaintiff's unopposed **Motion for an Enlargement of Time** to file the Consolidated Statement of Uncontroverted Facts is hereby **GRANTED.** The Consolidated Statement of Uncontroverted Facts shall be filed no later than **March 6, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge