# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: March 6, 2008)

*****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

## ORDER

Plaintiff's 14th unopposed 21-day (for a total of 10 months) **Motion for an Enlargement of Time** to file the Consolidated Statement of Uncontroverted Facts is hereby **GRANTED.** The Consolidated Statement of Uncontroverted Facts shall be filed no later than **March 27, 2008.**

**Parties shall file their individual Appendix for their respective briefs, forthwith.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge