# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-2825C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE APPENDIX IN PAPER FORM

Defendant, the United States, respectfully requests leave to file paper versions of the original and two copies of the appendix to defendant's cross-motion for summary judgment. This case is designated for electronic filing using the Court's CM/ECF system. The appendix accompanying defendant's motion for summary judgment is over 700 pages. It will exceed the size limitation applicable to electronic files, Rules of the United States Court of Federal Claims ("RCFC") General Order 42A ¶ 4, and the 50-page limitation requiring printed documents, RCFC General Order 42A ¶ 5. Counsel for plaintiff has been contacted and does not oppose this motion. A paper copy of the appendix will be served upon plaintiff's counsel by United States mail.

For the foregoing reasons, defendant respectfully requests that the

Court grant leave to file the paper versions (rather than the electronic versions) of the original and two copies of the appendix to defendant's cross-motion for summary judgment.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Dawn S. Conrad
DAWN S. CONRAD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-2279
Fax: (202) 305-7643

March 7, 2008

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 7th day of March, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE APPENDIX IN PAPER FORM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Dawn S. Conrad