# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: March 10, 2008)

****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

## ORDER

Defendant's unopposed **Motion for Leave to File in Paper Form the Appendix to the Defendant's Cross Motion for Summary Judgment,** is hereby **GRANTED. The Clerk of the Court is ordered to file the attached hard copy of the Defendant's Appendix.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge