IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| M. MAROPAKIS CARPENTRY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2825C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S SUPPLEMENTAL APPENDIX**

Plaintiff, M. Maropakis Carpentry, Inc. relies on the Appendix filed by Defendant on March 7, 2008, which will serve as the Joint Appendix for the parties' cross-motions for summary judgment.

In addition, M. Maropakis Carpentry, Inc. respectfully requests that the Court consider the attached exhibits as a Supplemental Appendix in further support of Plaintiff's motion for summary judgment.

Respectfully submitted,

RHOADS & SINON LLP

By: /s/David W. Francis

David W. Francis
Kelly H. Decker
One South Market Square
P. O. Box 1146
Harrisburg, PA 17108-1146
(717) 233-5731

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on this March 21, 2008, a true and correct copy of the foregoing Plaintiff's Supplemental Appendix was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/David W. Francis