# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: March 28, 2008)

*****************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

Plaintiff's unopposed **Motion for an Enlargement of Time** filed **March 27, 2008**, to file the parties' **Consolidated Statement of Uncontroverted Facts (CSUF),** is hereby **GRANTED. The parties shall file the CSUF no later than April 17, 2008.**

There will be no further extensions of time granted except for exigent circumstances. The Defendant's Reply in support of its Motion to Dismiss and Cross Motion on Summary Judgment was filed on May 29, 2007, with the CSUF due on June 12, 2007. Since then, there have been 15 Motions for Enlargement of Time to file the CSUF, totalling 310 days.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge