# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: May 6, 2008)

***************************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
***************************************************

## ORDER

The Oral Argument on the parties' Cross-Motions for Summary Judgment and Defendant's Motion to Dismiss is scheduled for 10:00 a.m., on Wednesday, June 11, 2008.

The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the Plaintiff and the United States shall appear in person.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge