# In the United States Court of Federal Claims

Case No. 03-2825C
(Filed: June 12, 2008)

*********************************************
M. MAROPAKIS CARPENTRY, INC., *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*********************************************

ORDER

On June 11, 2008, the Court held oral argument on the Plaintiff's Motion for Summary Judgment and the Defendant's Cross-Motion for Summary Judgment. During the Plaintiff's presentation, counsel raised several arguments which had not been previously briefed. The Court granted the Plaintiff's request to provide further briefing on these issues.

**The Plaintiff is ORDERED to submit its 10-page supplemental brief no later than June 26, 2008. The Defendant is ORDERED to submit its 10-page response by July 11, 2008. The Plaintiff may thereafter file a reply brief, limited to five pages, by July 21, 2008.**

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge